**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOYCE MARIE MOORE, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                       **NO. 65-15556**

**TANGIPAHOA PARISH SCHOOL BOARD, ET AL.**       **SECTION "B"(1)**

<u>ORDER</u>

Considering Defendant's Motion to Withdraw as Counsel of Record (Rec. Doc. No. 1135),

**IT IS ORDERED** that the Motion is **GRANTED**. Charles L. Patin, Jr. is hereby withdrawn as counsel of record in the above captioned case. Further, we thank Attorney Patin for his many years of professional advocacy in this and other cases. His zeal for effectively representing a variety of client interests truly exemplified commendable conduct worthy of replication by members of the legal profession.

New Orleans, Louisiana, this 31st day of January, 2014.


_____
UNITED STATES DISTRICT JUDGE