# TANGIPAHOA PARISH SCHOOL BOARD

## Declaration of Bret Scnadelbach

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARIE MOORE, *et al.*, <br> *Plaintiffs*, | * <br> * <br> * | |
| v. | * <br> * | CIVIL ACTION NO. 65-15556 |
| TANGIPAHOA PARISH SCHOOL BOARD, <br> *Defendant* | * <br> * <br> * <br> * <br> * | JUDGE LEMELLE |

## DECLARATION OF BRET SCHNADELBACH

I, Bret Schnadelbach, have read this declaration and hereby agree, under penalty of perjury, that I have personal knowledge of, do certify, and further state:

1. I am currently employed by the Tangipahoa Parish School Board (the "Board") as Chief Financial Officer. I have served in this position since January 4, 2010.

2. In my role as Chief Financial Officer ("CFO"), I am responsible for and have knowledge of the details of the Board's financial status and matters relevant to the operation of the Tangipahoa Parish School System (the "System" or the "District"). I am also familiar with the terms of the Orders entered in March 2010 and June 2015 by the United States District Court in the Board's desegregation case and, in particular, with the Motion filed by the Tangipahoa Charter School Association seeking authority for it to operate a charter school, Tangi Academy.

3. In my role as CFO, I have conducted a detailed analysis of the projected financial impact on the System which would result from the operation of the subject charter school. My report contains the supporting analyses for the conclusions contained in this Declaration. A copy of my report entitled "Charter School Financial Impact Analyses: July 15, 2015" ("Analyses") is attached to this Declaration as Exhibit A and is incorporated as if fully set out here. In order to

complete a proper analyses, certain assumptions were necessary and are identified in the report as necessary. At pages 2-5 of the Analyses, I have provided a summary explanation of the purpose and results of every analytical chart and appendices provided in the Analyses and supporting the conclusions discussed below.

4. FUNDING SOURCES: Although the District receives some federal and other funds specifically dedicated for certain purposes not related to general operations (such as special education, child nutrition, Title I, etc.), the major funding sources for general operations are local taxes and state funding.

a.. LOCAL FUNDS: The District receives local funds derived mainly from local property taxes and sales taxes. The voters of the Parish approved the following local taxes for specific dedications, the amounts and utilizations of which are further described in the Board's Proposed 2015-2016 Annual Operating Budget, attached as Exhibit B to this Declaration, as referenced:

| PROPERTY TAXES | Mil | Description |
|---|---|---|
| Constitutional Tax | 4.06 | General Fund/Authorized by State Constitution (p. 5, lines 1, 3) |
| Hammond Alternative Tax | 3.00 | Alternative Education (p. 59, lines 1-2) |
| Hammond Magnet Tax | 15.00 | Hammond Zone Magnet Programs/ effective 2014-2023 (p. 79, lines 1-2) |
| General Obligation Bond Debt | 14.00 | Debt Service/Independence Middle Construction Project/effective through 2023-2024 (P. 199, lines 1-2) |
| General Obligation Bond Debt | 11.00 | Debt Service/Sumner Middle Construction Project/effective through 2022-2023 (p. 195, lines 1-2) |

| SALES TAXES | Description |
|---|---|
| First 1-cent | Perpetual Sales Tax/ Supports General Fund for Operating Schools (p. 5, lines 4, 6, 8) |
| Second 1-cent | Expires 2042/ Supports General Fund, Debt Service for O.W. Dillon Campus Construction, Maintenance Fund, and Capital Project Fund (p. 5, lines 5, 7, 9; p. 215, lines 1-2; p. 111, lines 1-2; p. 221, lines 1-2; p. 223, lines 1-2; p. 225, lines 1-2; p. 228, lines 1-2) |

The calls for these referenced taxes, which set out the dedicated use as approved by the voters, are attached at pages 42-53 of the Analyses, Ex. A. The Board is required by Louisiana law to expend these local tax funds only for the purposes as stated in the respective calls.

      b.    STATE FUNDS: The State of Louisiana provides funding for public schools through the Minimum Foundation Program ("MFP") which calculates the amount of funding to be distributed to the District via a formula that takes into account a number of considerations. The MFP formula is fully described in the Concurrent Resolution adopted by the Louisiana Legislature and published on the LDOE website, www.louisianabelieves.com. attached as Exhibit C to this Declaration. On June 30, 2015, the Louisiana Department of Education ("LDOE") issued its 2015-2016 Budget Letter which identifies the total amount of state funding for all public school districts and charter schools for Fiscal Year ("FY") 2015-2016. *See* Analyses, Ex. A at p. 14. The MFP formula is very complicated as the formula relates to the present consideration, the total gross and net state funding to be received by the District for the FY 2015-2016 school year according to the LDOE Budget Letter will be as follows:

| | | |
|---|---|---|
| **Total GROSS MFP State Funding** | $ 110,800,504 | (Table 2A-1, Column 1) (See Budget p. 7, line 25) |

**LESS: Local Revenue Representation to Other Schools**

| | | |
|---|---|---|
| **Tangi Academy (based on 200 students)** - | $ 496,400 | (Table 5C-1, column 18) |
| Other State Schools (for Parish residents attending Louisiana School for Math, Science & the Arts, New Orleans Center for Creative Arts, Louisiana Virtual Charter Academy, Louisiana Connections Academy, Juvenile Justice) - | $ 403,292 | |
| TOTAL DEDUCTION | $899,692 | (Table 2A-1, Column 2) (See Budget p. 45, line 501) |
| **NET MFP State Funding** | $109,900,812 | (Table 2A-1, Column 3) |

Please note that the LDOE's projected local revenue representation for Tangi Academy is based on projected enrollment of only 200 students while the actual enrollment data provided by the charter school shows 226 students enrolled. *See* Analyses, Ex. A at p. 57. In March 2016, after all public schools and charter schools report their actual enrollment as of October 1, 2015, and February 1, 2016, the LDOE will finalize the 2015-2016 MFP calculations and make any funding corrections/adjustments to the remaining month payments (April-June 2016). At that time, the LDOE will adjust the funding reductions to the District to account for the actual Tangi Academy enrollment. In any event, the deductions to the District's state funding are directly attributable to an allocation given to the charter school based on the local tax funds the LDOE estimates will be received by the District. *See* A Concurrent Resolution, Ex. C at pp. 24-25.

    5.    IMPACT OF REDUCED MFP FUNDING

        a.    Based on the student enrollment data provided by the TCSA, the projected total net financial impact to the District is an anticipated first year 2015-2016 loss of $1,559,195.

Based on the charter school's current enrollment data and reported future class sizes, the net financial impact per year is projected to increase to a loss of $2,902,529 over the next 4 years, for a total 4 year projected net loss of $9,322,950. *See* Analyses, Ex. A at p. 21. However, if the TCSA charter grows to 120% capacity as permitted by its BESE-approved charter, the projected annual net impact to state funding would increase to a loss of $3,479,344 by the charter's fourth year of operation. *See* Analyses, Ex. A at p. 21. Nevertheless, this total projected loss based on the actual charter enrollment for the first year flows from 3 events directly resulting from the operation of the charter school:

(1) Loss of Students

The District will realize a loss of state MFP funding due to students who are eligible to attend District schools but enroll in the charter school. For the first year of the charter operation, its enrollment data shows 200 students eligible to enroll in District schools (226 total students less 15 non-enrolled students and 11 out-of-parish students), which would result in a loss of $1,153,400 in MFP state funding. *See* Analyses, Ex. A at p. 16.

(2) Deduction of Local Fund Representation

The District will realize a loss of state MFP funding due a deduction from its state funding in an amount equal to the per pupil amount of the District's projected local revenues based on the number of charter students who reside in the Parish. For the first year of the charter operation, its enrollment data shows 215 students who reside in the Parish (226 total students less 11 out-of-parish students), which would result in a deduction of $533,630. *See* Analyses, Ex. A at p. 16.

            (3)    Reduction of Expenditures

The District will realize a minor reduction of expenditures as a result of students not enrolling in the District. Based on the actual 2015-2016 enrollment data projected by the charter school, only 2 of the District's schools will see a reduction of enrolled students large enough to affect the teacher allotment, allowing a reduction of only 1 teacher at each school for a total savings of $127,835. *See* Analyses, Ex. A at pp. 9, 16. Due to the residential distribution of the charter students, no 1 school bus route will be impacted sufficiently to allow for an elimination or reduction of a bus route. *See* Analyses, Ex. A at p. 7. Due to the distribution of charter students among their District schools, there are no identifiable savings for any other area of operation, such as food service, custodial service, administration, nursing, counseling, etc.

        b.    Based on consideration of the same 3 events and on projections drawn from the charter school's current enrollment data, the total net impact on the District's funding due to the charter's operation is projected to increase to a loss of $2,902,529 over the next 4 years, with a total anticipated 4 year loss projected to be $9,322,950. *See* Analyses, Ex. A at pp. 19, 21.

      6.    SUMMARY OF FINANCIAL STATUS:    Since 2010, the Board has experienced significant financial distress due primarily to the freezing of state funding which coincided with significant increases in mandated employee benefit costs for retirement and health care. The General Fund, as defined by the LDOE's Accounting and Governmental Handbook for Local School Boards, is the chief operating fund of the school district used to account for all financial resources of the school district except for those required to be accounted for in another fund. Thus, an examination of the status of that fund provides a good view of the financial status of the System.

The financial distress continues to be evidenced by the reduction in the Board's General Fund ending fund balance from $25.9 million in June 30, 2009 to the beginning fund balance of $12.1 million for the 2015-2016 school year. Public school financing requires a significant fund balance in order to fund its operations while waiting for reimbursement from the state and federal governments. However, similar to recent prior years, the current fund balance is only 8.1% of the annual expected expenditures for the 2015-2016 school year, which is sufficient to cover only 14.6 days of school operations.

Further evidence of the System's current financial condition, the Board has experienced expenditures exceeding revenues for the past 6 school years:

| GENERAL FUND  Revenues vs. Expenditures | | | |
|---|---|---|---|
| **Year Ending** | **Revenues** | **Expenditures** | **Deficiency of Revenues over Expenditures** |
| June 30, 2010 | $119,948,126 | $120,570,914 | ($622,788) |
| June 30, 2011 | $120,016,196 | $123,407,481 | ($3,391,285) |
| June 30, 2012 | $124,223,654 | $128,903,961 | ($4,680,307) |
| June 30, 2013 | $126,393,070 | $127,991,581 | ($1,598,511) |
| June 30, 2014 | $137,692, 946 | $141,427,801 | (3,734,855) |
| June 30, 2015 (unaudited) | $144,032,661 | $146,907,590 | ($2,874,929) |

*See* Comprehensive Annual Financial Reports (excerpts), attached as Exhibit D to this Declaration. According to the LDOE's Financial Risk Assessment Factors for public school districts, a school district would receive an "unacceptable" rating if 3 or more of the last 5 years resulted in expenditures exceeding revenues, i.e., deficit spending. The Board has experienced deficit spending in all of the last 6 years. The proposed 2015-2016 General Fund Budget, which will be considered by the Board at its August 18, 2015 meeting, includes a deficit of <$1.4>

million and a projected ending fund balance of only $10.7 million - only 7.2% of the System's total expenditures.

    7.    IMPACT OF LOSS OF FUNDING ON DESEGREGATION OBLIGATIONS: The desegregation orders require the implementation and operation of certain magnet programs in the District schools as well as the provision of transportation for magnet and majority-to-minority transfers and the attainment and maintenance of comparability of facilities throughout the District. The ability of the Board to maintain the current status of these desegregation obligations will be adversely affected by the funding losses resulting from the operation of the proposed charter school.

    a.    THE MAGNET PROGRAM OBLIGATIONS: The student assignment plan approved by the Court on June 3, 2015 requires the Board to continue the present 12 magnet programs and to implement and operate 6 new and 5 expanded magnet programs:

| CURRENT MAGNET PROGRAMS<br>All to continue under the 2015 Order with applicable additions or grade expansions |||
| --- | --- | --- |
| **School** | **Grades** | **Magnet Program** |
| Amite Elementary | preK-4 | Communication Arts |
| Career Education Center (at KHS) | 11-12 | Vocational Arts |
| Kentwood High | 7-12 | Fine & Performing Arts |
| Roseland Elementary | preK-6 | Montessori |
| Independence Middle | 5-8 | Communication Arts |
| Hammond Junior High | 7-8 | STEM |
| Hammond Eastside Elementary | preK-8 | International Baccalaureate and Fine & Performing Arts |
| Hammond Westside Elementary | preK-6 | Montessori |
| Hammond High Magnet | 9-12 | International Baccalaureate and Medical Professions |
| Woodland Park Elementary | preK-K | Communication Arts |

| NEW AND/OR EXPANDED MAGNET PROGRAMS<br>Implementation to beginning school year 2016-2020 and<br>to be fully implemented by school year 2019-2020 | | |
|---|---|---|
| **School** | **Grades** | **Magnet Program** |
| Amite Westside Middle Magnet | 5-8 | Communication Arts |
| Amite High | 9-12 | Performing Arts and Medical Professions |
| Kentwood High | 7-12 | STEM (additional program) |
| O.W. Dillon Elementary | preK-6 | STEM |
| Roseland Elementary | preK-8 | Montessori (expand to include grades 7-8) |
| Independence Magnet | preK-8 | Communication Arts (expand to include grades preK-4) STEM (additional program) |
| Independence high | 9-12 | STEM Leadership Academy |
| Greenville Park (formerly Hammond Junior High) | preK-8 | STEM Leadership Academy (expand to include grades preK-6) |
| Hammond Westside Elementary | preK-8 | Montessori (expand to include grades 7-8) |
| Woodland Park Elementary | preK-8 | Communication Arts (expand to include grades 1-8) |

*See* Superceding Consent Order, Record Document 1264; Alternative Student Assignment Plan and Magnet School Programs, Record Documents 1260-2 and 1260-3.

    (2) In addition to the ordinary and customary facility staffing and operating costs for the nine (9) schools with current magnet programs that must be continued under the new plan, magnet costs for these schools include magnet-specific teacher/staff salaries and benefits, magnet transfer transportation, materials and supplies, professional development,

-9-

associated fees and costs, and other miscellaneous costs depending on the type of program. The total amount expended for these costs to operate the current magnet programs in school year 2014-2015 totaled $5,144,221, as referenced:

| MAGNET PROGRAM COSTS School Year 2014-2015 | |
|---|---|
| Hammond Area Schools (L0521) | $3,930,039 |
| Non-Hammond Area Schools (GF120) | 565,975 |
| Magnet Transportation (all schools) (GF 065) | 648,207 |
| TOTAL | $5,144,221 |

*See* General Fund Accounting Reports, Exhibit E to Declaration at pp. 1, 3-4. It is reasonable to expect that these costs will increase as the years of operation pass, especially given the high percentage of related costs being with teacher/staff salaries and benefits which will absolutely increase every year.

(3)  The projected implementation and operating costs for the required new and expanded magnet programs have not yet been determined as the Order is currently in the implementation process. However, it is reasonably expected that the start up of the six (6) new programs will add substantial additional costs.

(4)  The only current funding source specifically for the magnet programs is the Hammond area property tax that was passed in 2014, which is dedicated solely to the support of the Hammond zone magnet programs. This property tax has generated $3,738,716 for the school year 2014-2015. *See* Budget at pp. 79, lines 1-2. However, the 2014-2015 total operating costs for the current Hammond area magnet programs, excluding transportation expenses, was $3,930,039. *See* Budget at p. 81, above line 82. Thus, in order to fully fund those magnet programs, the Board was required to supplement the property taxes with General Fund monies in

the amount of $491,118. *See* Budget at p. 81, line 82.    Again, this nearly $4 million expense was for the operation of the magnet programs *only* in the Hammond zone and *excludes* the cost of transporting those students who exercised a magnet transfer.

(5)    The only other source for supporting the costs of the court-mandated magnet programs is the General Fund, which, as described above, is already operating at a deficit. *See* Budget, Ex. B at pp. 1, 2.

(6)    With the projected first year net financial impact of <$1.6> million due to the charter school operation and with a projected General Fund ending fund balance of only 7.2% of the total expenditures, the Board will be forced to reduce existing magnet services provided to the students and parents of the District. The impact would be lessened if the Board did not lose state funding as a result of the local fund representation deduction; however, even the loss of that amount would be detrimental to the ability of the Board to fully fund and either continue to operate or to implement the ordered magnet programs.  Exactly how this additional deficit could be addressed has not yet been determined. Possible actions that would be presented to the Superintendent and the Board for consideration would include but not be limited to a reduction in magnet program services, reduction in transportation services, reduction in teaching positions above the student-teacher ratio minimum, reduction in facility maintenance and facility improvement, etc.   Since $130.8 million ($87.9%) of the 2015-2016 projected General Fund Budget is salaries and benefits, in order to satisfy an expenditure reduction of this size, the Board will have to consider a reduction in staffing.

b.    THE MAJORITY-TO-MINORITY TRANSPORTATION OBLIGATION: The student assignment plan approved by the Court on June 3, 2015 requires the District to continue to provide free transportation to any student who desires an majority-to-minority transfer ("M-

to-M") within the approved paired zones. (See Superceding Consent Order, Rec. Doc. 1264 at p. 6). The operating costs for the district to provide M-to-M transportation service for the 2014-2015 school year was $783,786.95 and was paid from the General Fund. *See* General Fund Accounting Report GF066, Ex. E at p. 2. These expenses are anticipated to increase due to the continued increase in students submitting M-to-M transfer requests. As with the magnet programs, the ability of the District to fully fund these transportation costs, as well as those for the magnet transfer students, will be adversely affected by the loss of state funding resulting from the charter school operation.

    8. All documents referenced above as exhibits are included as if set forth fully in this Declaration.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing statements are true and correct.

    **EXECUTED,** this the **20** day of July, 2015.

*[signature]*
**BRET SCHNADELBACH**