# DECLARATION OF BRET SCHNADELBACH

## Desegregation Financial Impact Analyses: July 15, 2015

**Exhibit A**

# TANGIPAHOA PARISH SCHOOL BOARD

## Charter School Financial Impact Analyses: July 15, 2015

Analysis of Initial 2014-15 Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Summary of Analytical Charts & Appendixes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-5

CHART 1 - 2014-15 Tangi Academy Demographics by Enrolled School . . . . . . . 6

CHART 2 - 2014-15 Tangi Academy Demographics by Bus Route . . . . . . . . . . . 7

CHART 3 - 2015-16 Tangi Academy Demographics by Grade . . . . . . . . . . . . . . . 8

CHART 4 - 2015-16 Tangi Academy Demographics Impact on Teacher Allocation 9

CHART 5 - Projected Additional Enrollment by District . . . . . . . . . . . . . . . . . . . . . 10

CHART 6 - Projected Enrollment – 4 years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Projected Teacher Allocation Impact Analyses

       CHART 7 - 2016-2017 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

       CHART 8 - 2017-2018 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

       CHART 9 - 2018-2019 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

       CHART 10 - 2018-2019 SY @ 120% Capacity . . . . . . . . . . . . . . . . . . . . . . . 15

Projected Financial Impact Analyses

       CHART 11 - 2015-2016 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

       CHART 12 - 2016-2017 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

       CHART 13 - 2017-2018 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

       CHART 14 - 2018-2019 SY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

       CHART 15 - 2018-2019 SY @ 120% Capacity . . . . . . . . . . . . . . . . . . . . . . . 20

CHART 16 – Desegregation Financial Impact Analyses Summary . . . . . . . . . . . . 21

APPENDIX A – LDOE FY 2015-16 Budget Letter (Table 5C1)

       New Type 2 Charter Schools. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

APPENDIX B – LDOE FY 2015-16 Budget Letter (Table 3)

       Level 1 Base Per Pupil and Level 2 Local Incentive . . . . . . . . . . . . 25

APPENDIX C – LDOE FY 2015-16 Budget Letter (Table 2A-1)

       MFP Transfer Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

APPENDIX D – LDOE FY 2015-16 Budget Letter (Table 7)

       Local Property & Sales Tax Revenues and Tax Calls . . . . . . . . . . . 34

APPENDIX E – LDOE FY 2015-16 Initial Charter School Per Pupil Funding . . . . . . . 54

APPENDIX F – Tangi Academy Actual Enrollment 2015-16 SY (redacted) . . . . . . . 57

**Tangi Academy Demographics**
**Comprehensive Analysis by Race**

Tangi Academy Charter School (TA) is projected to have an enrollment of 226 students in grades
Kn – 5 for the 2015-2016 School Year.  An analysis of the projected enrollment has revealed the
following:

- Initial enrollment is 45.1% black (102 students) and 54.9% non-black (124 students)

- 4.9% of students (11 students) reside outside of Tangipahoa Parish.

- 27.9% of students (60 students) residing within the District are leaving a school where
  their race is in the minority.

- 4.0% of students (9 students) residing within the District are magnet transfers assisting in
  the desegregation of their current school.

- 1.8% of students (4 students) residing within the District are majority-to-minority
  transfers assisting in the desegregation of their current school.

- 59 students are not currently enrolled in Tangipahoa Parish Schools of which 33 are
  planning to enroll in kindergarten next school year (not school-age eligible for 2014-15
  SY).  The remaining 26 students or 11.5% are school-age eligible.

- Of the 26 school-age eligible students 11 students reside outside Tangipahoa Parish.  The
  remaining 15 students (6.64%) are school-aged Tangipahoa residence not enrolled in
  Tangipahoa Parish Schools (home schooled, parochial, private, etc.).

**Summary of Analytical Charts and Appendixes**

**CHART 1:**   **2014-15 Tangi Academy Demographics by Enrolled School**
Provides a count of the Tangi Academy (TA) initial student roster by TPSS School for the 2014-15 school year. Also provides a count and percentage of TA students residing within Tangipahoa Parish but not enrolled in TPSS schools (home schooled, parochial, private, etc.) and a count and percentage of TA students residing outside of Tangipahoa Parish.

**CHART 2:**   **2014-15 Tangi Academy Demographics by Bus Route**
Provides a count of the Tangi Academy initial student roster for all students whether enrolled or not in TPSS Schools for the 2014-15 school year based on the student's actual 911 residential address by TPSS School Bus Routes for the 2014-15 school year.

**CHART 3:**   **2015-16 Tangi Academy Demographics by Grade**
Provides a total count and percentage by TPSS school district of the Tangi Academy initial student roster for all students whether enrolled or not in TPSS Schools for the 2015-16 school year based on the student's actual 911 residential address.

**CHART 4:**   **2015-16 Tangi Academy Demographics Impact on Teacher Allocation**
Provides a count by TPSS school and grade of the Tangi Academy initial student roster for all students whether enrolled or not in TPSS Schools for the 2014-15 school year based on the student's actual 911 residential address. This count is separated by grade groups (Kn-3 & 4-8) and used to determine TPSS teacher allotment reductions (20:1 for grades Kn-3 & 25:1 for grades 4-8).

**CHART 5:**   **Projected Additional Enrollment by District**
Provides the student count by TPSS school district for all additional classrooms/grades projected to be added to the Tangi Academy's student roster in future years. This percentage/count by TPSS school district is based on the actual Tangi Academy initial enrollment found in Chart 3.

**CHART 6:**   **Projected Enrollment – 4 years**
Provides the projected Tangi Academy (TA) student enrollment by year for the next four (4) school years until the TA reaches full capacity. Also provided is the number of projected TA students enrolled that reside within the Tangipahoa Parish (Local Funding count) and the number of TA students projected to transfer from a TPSS school (State Funding Count).

**Projected Teacher Allocation Impact Analyses**

**CHART 7:**   **2016-2017 SY**
Provides a count by TPSS school and grade of the projected Tangi Academy 2016-17 SY student roster for all students. This count is separated by grade groups (Kn-3 & 4-8) and used to determine TPSS teacher allotment reductions (20:1 for grades Kn-3 & 25:1 for grades 4-8).

**CHART 8:**   **2017-2018 SY**
Provides a count by TPSS school and grade of the projected Tangi Academy 2017-18 SY student roster for all students. This count is separated by grade groups (Kn-3 & 4-8) and used to determine TPSS teacher allotment reductions (20:1 for grades Kn-3 & 25:1 for grades 4-8).

**CHART 9:**   **2018-2019 SY**
Provides a count by TPSS school and grade of the projected Tangi Academy 2018-19 SY student roster for all students. This count is separated by grade groups (Kn-3 & 4-8) and used to determine TPSS teacher allotment reductions (20:1 for grades Kn-3 & 25:1 for grades 4-8).

**CHART 10:**   **2018-2019 SY @ 120% Capacity**
Provides a count by TPSS school and grade of the projected Tangi Academy 2018-19 SY student roster for all students increased to the BESE-allowed 120% of capacity. This count is separated by grade groups (Kn-3 & 4-8) and used to determine TPSS teacher allotment reductions (20:1 for grades Kn-3 & 25:1 for grades 4-8).

**Projected Financial Impact Analyses**

**CHART 11:**   **2015-2016 SY**
Provides both the projected loss of state funding (reduced enrollment & local funding) and the projected reduction in TPSS expenditures due to students enrolling in the Tangi Academy for the 2015-16 SY. Also provided is the projected net financial impact on the TPSS for the 2015-16 SY only.

**CHART 12:**   **2016-2017 SY**
Provides both the projected loss of state funding (reduced student enrollment & per pupil local funding) and the projected reduction in TPSS expenditures due to the projected student enrollment for the Tangi Academy for the 2016-17 SY. Also provided is the projected net financial impact on the TPSS for the 2016-17 SY only.

**CHART 13:**   **2017-2018 SY**
Provides both the projected loss of state funding (reduced student enrollment & local funding) and the projected reduction in TPSS expenditures due to the

projected student enrollment for the Tangi Academy for the 2017-18 SY. Also provided is the projected net financial impact on the TPSS for the 2017-18 SY only.

**CHART 14:**   **2018-2019 SY**
Provides both the projected loss of state funding (reduced student enrollment & per pupil local funding) and the projected reduction in TPSS expenditures due to the projected student enrollment for the Tangi Academy for the 2018-19 SY. Also provided is the projected net financial impact on the TPSS for the 2018-19 SY only.

**CHART 15:**   **2018-2019 SY @ 120% Capacity**
Provides both the projected loss of state funding (reduced student enrollment & per pupil local funding) and the projected reduction in TPSS expenditures due to the projected student enrollment increased to the BESE-allowed 120% of capacity for the Tangi Academy for the 2018-19 SY. Also provided is the projected net financial impact on the TPSS for the 2018-19 SY only.

**CHART 16:**   **Desegregation Financial Impact Analyses Summary**
Provides a four (4) year summary of the financial impact of both the projected loss of state funding (reduced student enrollment and per pupil local funding) and the projected reduction in TPSS expenditures due to the projected student enrollment for the Tangi Academy. Also provided is a projected four (4) year total financial impact on the TPSS.

**APPENDIX A:   LDOE FY 2015-16 Budget Letter (Table 5C1) New Type 2 Charter Schools**
Provides the calculation of the state cost allocation and local revenue representation to New Type 2 Charter Schools. This report can be found on the Louisiana Department of Education's web site at the following link: http://www.louisianabelieves.com/resources/library/minimum-foundation-program.

**APPENDIX B:   LDOE FY 2015-16 Budget Letter (Table 3) Level 1 Base Per Pupil and Level 2 Local Incentive**
Provides the detailed calculation of the 2015-16 MFP, Levels 1 and 2, for the 69 Louisiana city/parish school systems. This report can be found on the Louisiana Department of Education's web site at the following link: http://www.louisianabelieves.com/resources/library/minimum-foundation-program.

**APPENDIX C:   LDOE FY 2015-16 Budget Letter (Table 2A-1) MFP Transfer Amount**
Provides the annual MFP state cost allocation (from Table 2) for the 69 Louisiana city/parish school systems, minus the local revenue representation due to other public/charter schools. This report can be found on the Louisiana Department of Education's web site at the following link: http://www.louisianabelieves.com/resources/library/minimum-foundation-program.

**APPENDIX D: LDOE FY 2015-16 Budget Letter (Table 7) Local Property & Sales Tax Revenues and Tax Calls**

Provides a summary of the Net Assessed Property Values, Ad Valorem and Sales Tax amounts and millage and sales tax rates for the 69 Louisiana school systems. This report can be found on the Louisiana Department of Education's web site at the following link:  http://www.louisianabelieves.com/resources/library/minimum-foundation-program.

**APPENDIX E: LDOE FY 2015-16 Initial Charter School Per Pupil Funding**

Provides the MFP State Cost Allocation per pupil amount and Local Revenue Representation per pupil amount for Initial Charter Schools with or without a District Building.  This report can be found on the Louisiana Department of Education's web site at the following link:  http://www.louisianabelieves.com/funding/charter-per-pupil-funding

**APPENDIX F: Tangi Academy Actual Enrollment 2015-16 SY**

Provides the actual 2015-16 Tangi Academy Student Roster (226 students) with their actual 2014-15 SY Enrolled School, their 911 residentially assigned 2015-16 SY School, their 911 residentially assigned 2016-17 SY new Student Assignment zoned School, their assigned bus, and their specific demographics such as race, magnet & majority-to-minority transfer, and minority at assigned school.

**CHART 1 - Tangi Academy Demographics - Enrolled Schools**

### 2014-15 SY

| School | Grade | Students |
|---|---|---|
| AES | 4 | 2 |
| AES | Pk | 1 |
| CCES | 1 | 2 |
| CCES | 2 | 2 |
| CCES | 4 | 5 |
| CCES | Kn | 3 |
| CCES | Pk | 3 |
| CO | Pk | 5 |
| DCR | 3 | 13 |
| DCR | 4 | 6 |
| HEMS | 1 | 7 |
| HEMS | 2 | 2 |
| HEMS | 3 | 2 |
| HEMS | 4 | 7 |
| HWMS | 1 | 10 |
| HWMS | 2 | 7 |
| HWMS | 3 | 4 |
| HWMS | 4 | 13 |
| IES | 1 | 1 |
| IES | 2 | 1 |
| IES | 3 | 1 |
| IES | 4 | 3 |
| LES | Kn | 1 |
| LES | Pk | 2 |
| MES | 1 | 5 |
| MES | 2 | 4 |
| MES | Kn | 2 |
| MES | Pk | 2 |
| NES | 3 | 3 |
| PELC | Kn | 1 |
| REMS | 3 | 1 |
| REMS | Kn | 1 |
| SELU | 3 | 1 |
| TES | 1 | 21 |
| TES | 2 | 6 |
| WPMS | Kn | 13 |
| WPMS | Pk | 4 |
| Not Enrolled | 1 | 4 |
| Not Enrolled | 2 | 2 |
| Not Enrolled | 3 | 1 |
| Not Enrolled | 4 | 14 |
| Not Enrolled | Kn | 5 |
| Not Enrolled | Pk | 33 |
| Total | | 226 |

| | | |
|---|---|---|
| Not Enrolled | 59 | 26.11% |
| KN | (33) | |
| In School Today | 26 | 11.50% |
| Tangi | 15 | 6.64% |
| OOD | 11 | 4.87% |

## CHART 2 - Tangi Academy Demographics - Assigned Bus
### 2014-15 SY

| Bus | Grade | | Bus | Grade |
|-----|-------|---|-----|-------|
| 2-A | 2 | | 1-L | 2 |
| 13-A | 1 | | 3-L | 1 |
| 14-A | 2 | | 5-L | 1 |
| 3-CC | 2 | | 11-L | 1 |
| 4-CC | 3 | | 21-L | 1 |
| 5-CC | 2 | | 4-N | 1 |
| 6-CC | 1 | | 5-N | 1 |
| 8-CC | 1 | | 7-N | 2 |
| 3-H | 3 | | 8-N | 4 |
| 4-H | 3 | | 9-N | 2 |
| 5-H | 1 | | 10-N | 3 |
| 7-H | 2 | | 11-N | 2 |
| 9-H | 8 | | 12-N | 4 |
| 10-H | 2 | | 2-P | 2 |
| 11-H | 1 | | 4-P | 3 |
| 12-H | 2 | | 5-P | 5 |
| 13-H | 7 | | 8-P | 1 |
| 14-H | 1 | | 11-P | 1 |
| 15-H | 8 | | 13-P | 2 |
| 16-H | 5 | | 14-P | 7 |
| 17-H | 3 | | 15-P | 3 |
| 20-H | 5 | | 16-P | 2 |
| 21-H | 1 | | 19-P | 3 |
| 24-H | 1 | | 23-P | 4 |
| 25-H | 1 | | 24-P | 6 |
| 26-H | 1 | | 26-P | 3 |
| 27-H | 3 | | 29-P | 4 |
| 28-H | 13 | | 33-P | 3 |
| 30-H | 3 | | 36-P | 2 |
| 32-H | 1 | | 38-P | 1 |
| 36-H | 10 | | 39-P | 1 |
| 37-H | 1 | | 41-P | 1 |
| 38-H | 1 | | 44-P | 1 |
| 40-H | 2 | | 45-P | 5 |
| 41-H | 1 | | 47-P | 3 |
| 48-H | 1 | | 48-P | 1 |
| 51-H | 1 | | 49-P | 2 |
| 52-H | 1 | | 74-P | 5 |
| 5-I | 2 | | 2-T | 2 |
| 14-I | 2 | | 4-T | 1 |
| 18-I | 3 | | N/A | 1 |
| 19-I | 1 | | OOD | 11 |
| | | | Total | 226 |

**Note:** Properly utilized elementary school bus would have actual
ridership between 52-58 elementary grade students (65 psgr.).

## CHART 3 – Tangi Academy Demographics – by Grade
## 2015-16 SY

**Enrollment Data for All Grades**

| School | Grade | Total | Pct |
|--------|-------|-------|-----|
| AEMS/WMS | Kn-5 | 5 | 2.21% |
| CCES | Kn-5 | 10 | 4.42% |
| HEMS | Kn-5 | 26 | 11.50% |
| HJH | Kn-5 | 27 | 11.95% |
| HWMS | Kn-5 | 10 | 4.42% |
| IES | Kn-5 | 4 | 1.77% |
| IMMS | Kn-5 | 4 | 1.77% |
| LES/LMS | Kn-5 | 6 | 2.65% |
| NMS | Kn-5 | 4 | 1.77% |
| MES/NES | Kn-5 | 19 | 8.41% |
| PELC/TES/DCR/VES | Kn-5 | 91 | 40.27% |
| WPMS | Kn-5 | 9 | 3.98% |
| OOD | | 11 | 4.87% |
| Nine Classes | | 226 | 100.00% |

**Notes:**

(1) The chart above reflects the number and percentage of students and their residentially assigned schools/districts impacted by their enrollment in the 2015-16 Tangi Academy School.

## CHART 4 – Tangi Academy Demographics – Address Assigned Schools
### 2015-16 SY

| School | Grade | Total Students | Grades | Students | Allocation Ratio | Teacher Reductions |
|--------|-------|----------------|--------|----------|------------------|--------------------|
| CCES | Kn | 4 | Kn-3 | 6 | 20:1 | 0 |
| CCES | 1 | 2 | | | | |
| CCES | 5 | 3 | 4-5 | 3 | 25:1 | 0 |
| DCR | 3 | 8 | Kn-3 | 8 | 20:1 | 0 |
| DCR | 4 | 12 | 4-5 | 12 | 25:1 | 0 |
| HEMS | 1 | 4 | Kn-3 | 13 | 20:1 | 0 |
| HEMS | 2 | 5 | | | | |
| HEMS | 3 | 4 | | | | |
| HEMS | 4 | 2 | 4-5 | 12 | 25:1 | 0 |
| HEMS | 5 | 10 | | | | |
| HWMS | 1 | 7 | Kn-3 | 28 | 20:1 | (1) |
| HWMS | 2 | 13 | | | | |
| HWMS | 3 | 8 | | | | |
| HWMS | 4 | 7 | 4-5 | 20 | 25:1 | 0 |
| HWMS | 5 | 13 | | | | |
| IES | Kn | 1 | Kn-3 | 4 | 20:1 | 0 |
| IES | 2 | 2 | | | | |
| IES | 3 | 1 | | | | |
| IES | 4 | 1 | 4 | 1 | 25:1 | 0 |
| IMMS | 5 | 3 | 4-5 | 3 | 25:1 | 0 |
| LES | Kn | 2 | Kn-3 | 4 | 20:1 | 0 |
| LES | 1 | 1 | | | | |
| LES | 2 | 1 | | | | |
| LMS | 5 | 2 | 4-5 | 2 | 25:1 | 0 |
| MES | Kn | 9 | Kn-3 | 17 | 20:1 | 0 |
| MES | 1 | 4 | | | | |
| MES | 2 | 4 | | | | |
| NES | 3 | 3 | Kn-3 | 7 | 20:1 | 0 |
| NES | 4 | 3 | | | | |
| NES | 5 | 1 | | | | |
| OOD | 1 | 1 | | 11 | | 0 |
| OOD | 2 | 3 | | | | |
| OOD | 5 | 5 | | | | |
| OOD | Kn | 2 | | | | |
| PELC | Kn | 14 | Kn-3 | 14 | 20:1 | 0 |
| REMS | 1 | 1 | Kn-3 | 2 | 20:1 | 0 |
| REMS | 4 | 1 | | | | |
| TES | 1 | 6 | Kn-3 | 28 | 20:1 | (1) |
| TES | 2 | 22 | | | | |
| VES | 5 | 11 | 4-5 | 11 | 25:1 | 0 |
| WMS | 5 | 2 | 4-5 | 2 | 25:1 | 0 |
| WPMS | Kn | 18 | Kn-3 | 18 | 20:1 | 0 |
| Total | | 226 | | 226 | | (2) |

**Notes:**    Student counts are taken from Tangi Academy's actual 2015-16 enrollment. Teachers are assigned for grades Kn-3 at a ratio of 20:1 and grades 4-8 at a ratio of 25:1.

OOD – Outside of District (Tangipahoa Parish)

July 15, 2015

**CHART 5 – Projected Student Enrollment for all additional Classrooms/Grades by District – under new Student Assignment Plan**

| School/District | | Pct | Students per Grade | Students at 120% Capacity |
|---|---|---|---|---|
| AEMS/WMS | (Kn-8) | 2.21% | 1 | 1 |
| CCES | (Kn-8) | 4.42% | 2 | 3 |
| HEMS | (Kn-8) | 11.50% | 6 | 7 |
| HJH | (Kn-8) | 11.95% | 6 | 7 |
| HWMS | (Kn-8) | 4.42% | 2 | 3 |
| IES | (Kn-8) | 1.77% | 1 | 1 |
| IMMS | (Kn-8) | 1.77% | 1 | 1 |
| LES/LMS | (Kn-8) | 2.65% | 1 | 2 |
| NMS | (Kn-8) | 1.77% | 1 | 1 |
| MES/NES | (Kn-8) | 8.41% | 4 | 5 |
| PELC/TES/DCR/VES | (Kn-8) | 40.27% | 20 | 24 |
| WPMS | (Kn-8) | 3.98% | 2 | 2 |
| OOD | | 4.87% | 2 | 3 |
| Future Classes | | 100.00% | 50 | 60 |

**Notes:**

(1) The chart above reflects the TPSS Schools/Districts that would be implacted by the addition of future Tangi Academy classrooms/grades.

## CHART 6 - Projected Enrollment for Tangi Academy

| | 2015-16 SY | | 2016-17 SY | | 2017-18 SY | | 2018-19 SY | | 120 % Capacity | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grade | Classes | Grade | Classes | Grade | Classes | Grade | Classes | Grade | Classes |
| | KN | 2 | KN | 2 | KN | 2 | KN | 2 | KN | 2 |
| | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 3 | 1 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 2 |
| | 4 | 1 | 4 | 2 | 4 | 2 | 4 | 2 | 4 | 2 |
| | 5 | 2 | 5 | 2 | 5 | 2 | 5 | 2 | 5 | 2 |
| Total | 6 | 9 | 6 | 2 | 6 | 2 | 6 | 2 | 6 | 2 |
| | | | Total 7 | 14 | 7 | 2 | 7 | 2 | 7 | 2 |
| | | | | | Total 8 | 16 | 8 | 2 | 8 | 2 |
| | | | | | | | Total 9 | 18 | 9 | 18 |

| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 120% Capacity |
|---|---|---|---|---|---|
| Enrollment (25 per class) | 225 | 350 | 400 | 450 | 540 |
| Actual Demographics | 226 | | | | |

**Less:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Students residing outside Tangipahoa Parish | (11) | -4.87% | (17) | (19) | (22) | (26) |

**Local Funding count**

| | | | | | |
|---|---|---|---|---|---|
| | 215 | 333 | 381 | 428 | 514 |

**Less:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Students residing in Tangipahoa Parish but choosing not enrolled in TPSS | (15) | -6.64% | (23) | (27) | (30) | (36) |

**State Funding count**

| | | | | | |
|---|---|---|---|---|---|
| | 200 | 310 | 354 | 398 | 478 |

**Notes:**

(1)  Assume the school reaches its projected full enrollment in four school years by the following:

(2)  In 2015-16 SY the TA student enrollment includes two classes in grades Kn, 2, and 5 and one class in grades 1, 3, and 4.  The total number of classes is nine.

(3)  Each incoming Kindergarten class will encompass two full classrooms (50 students).  It is assumed that these students will be drawn from schools based on the original TA's student population (see page 6).

(4)  In 2016-17 SY the original 1st, 3rd, and 4th grades will add a second class.  This would allow TA to have two classes for all grades Kn-6 (14 classes).

(5)  It is assumed that 4.87% of the TA projected enrollment will be from outside Tangipahoa Parish

(6)  It is assumed that 6.64% of the TA projected enrollment will be from Tangipahoa Parish residents choosing not to enroll in TPSS (i.e. home schooled, parochial, private, etc.)

**CHART 7 – Tangi Academy Projected 2016-17 SY Enrollment - Address Assigned Schools - under new Student Assignment Plan**

| School | Grades | Number of Grades | Students per grade (page 6) | Total Students | Allocation Ratio | Teacher Reductions |
|--------|--------|------------------|------------------------------|----------------|------------------|--------------------|
| AEMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| AEMS | 4 | 1 | 1 | 1 | 25 : 1 | |
| WMS | 5-6 | 2 | 1 | 2 | 25 : 1 | |
| CCES | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| CCES | 4-6 | 3 | 2 | 6 | 25 : 1 | |
| HEMS | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HEMS | 4-6 | 3 | 6 | 18 | 25 : 1 | |
| HJHM | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HJHM | 4-6 | 3 | 6 | 18 | 25 : 1 | |
| HWMS | Kn-3 | 4 | 3 | 12 | 20 : 1 | |
| HWMS | 4-6 | 3 | 3 | 9 | 25 : 1 | |
| WPMS | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| WPMS | 4-6 | 3 | 2 | 6 | 25 : 1 | |
| IES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IES | 4-6 | 3 | 1 | 3 | 25 : 1 | |
| IMMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IMMS | 4-6 | 3 | 1 | 3 | 25 : 1 | |
| LES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| LES | 4 | 1 | 1 | 1 | 25 : 1 | |
| LMS | 5-6 | 2 | 1 | 2 | 25 : 1 | |
| NMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| NMS | 4-6 | 3 | 1 | 3 | 25 : 1 | |
| MES | Kn-3 | 4 | 4 | 16 | 20 : 1 | |
| NES | 4-6 | 3 | 4 | 12 | 25 : 1 | |
| PELC | Kn | 1 | 20 | 20 | 20 : 1 | (1) |
| TES | 1-2 | 2 | 20 | 40 | 20 : 1 | (2) |
| DCR | 3 | 1 | 20 | 20 | 20 : 1 | (1) |
| DCR | 4 | 1 | 20 | 20 | 25 : 1 | |
| VES | 5-6 | 2 | 20 | 40 | 25 : 1 | (1) |
| OOD | Kn-6 | 7 | 2 | 14 | OOD | |
| TOTAL | | | | 350 | | (7) |

**Notes:**   Total Student number is derived from multiplying the number of grades by the projected number of students per grade.

Teachers are assigned for grades Kn-3 at a ratio of 20:1 and grades 4-8 at a ratio of 25:1.

OOD - Outside of District (Tangipahoa Parish)

**CHART 8 – Tangi Academy Projected 2017-18 SY Enrollment – Address Assigned Schools – under new Student Assignment Plan**

| School | Grades | Number of Grades | Students per grade (page 6) | Total Students | Allocation Ratio | Teacher Reductions |
|--------|--------|------------------|------------------------------|----------------|------------------|--------------------|
| AEMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| AEMS | 4 | 1 | 1 | 1 | 25 : 1 | |
| WMS | 5-7 | 3 | 1 | 3 | 25 : 1 | |
| CCES | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| CCES | 4-7 | 4 | 2 | 8 | 25 : 1 | |
| HEMS | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HEMS | 4-7 | 4 | 6 | 24 | 25 : 1 | |
| HJHM | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HJHM | 4-7 | 4 | 6 | 24 | 25 : 1 | |
| HWMS | Kn-3 | 4 | 3 | 12 | 20 : 1 | |
| HWMS | 4-7 | 4 | 3 | 12 | 25 : 1 | |
| WPMS | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| WPMS | 4-7 | 4 | 2 | 8 | 25 : 1 | |
| IES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IES | 4-7 | 4 | 1 | 4 | 25 : 1 | |
| IMMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IMMS | 4-7 | 4 | 1 | 4 | 25 : 1 | |
| LES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| LES | 4 | 1 | 1 | 1 | 25 : 1 | |
| LMS | 5-7 | 3 | 1 | 3 | 25 : 1 | |
| NMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| NMS | 4-7 | 4 | 1 | 4 | 25 : 1 | |
| MES | Kn-3 | 4 | 4 | 16 | 20 : 1 | |
| NES | 4-7 | 4 | 4 | 16 | 25 : 1 | |
| PELC | Kn | 1 | 20 | 20 | 20 : 1 | (1) |
| TES | 1-2 | 2 | 20 | 40 | 20 : 1 | (2) |
| DCR | 3 | 1 | 20 | 20 | 20 : 1 | (1) |
| DCR | 4 | 1 | 20 | 20 | 25 : 1 | |
| VES | 5-6 | 2 | 20 | 40 | 25 : 1 | (1) |
| PJH | 7 | 1 | 20 | 20 | 25 : 1 | |
| OOD | Kn-7 | 8 | 2 | 16 | OOD | |
| TOTAL | | | | 400 | | (7) |

**Notes:** Total Student number is derived from multiplying the number of grades by the projected number of students per grade.

Teachers are assigned for grades Kn-3 at a ratio of 20:1 and grades 4-8 at a ratio of 25:1.

OOD - Outside of District (Tangipahoa Parish)

**CHART 9 – Tangi Academy Projected 2018-19 SY Enrollment – Address Assigned Schools – under new Student Assignment Plan**

| School | Grades | Number of Grades | Students per grade (page 6) | Total Students | Allocation Ratio | Teacher Reductions |
|--------|--------|------------------|------------------------------|----------------|------------------|--------------------|
| AEMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| AEMS | 4 | 1 | 1 | 1 | 25 : 1 | |
| WMS | 5-8 | 4 | 1 | 4 | 25 : 1 | |
| CCES | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| CCES | 4-8 | 5 | 2 | 10 | 25 : 1 | |
| HEMS | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HEMS | 4-8 | 5 | 6 | 30 | 25 : 1 | (1) |
| HJHM | Kn-3 | 4 | 6 | 24 | 20 : 1 | (1) |
| HJHM | 4-8 | 5 | 6 | 30 | 25 : 1 | (1) |
| HWMS | Kn-3 | 4 | 3 | 12 | 20 : 1 | |
| HWMS | 4-8 | 5 | 3 | 15 | 25 : 1 | |
| WPMS | Kn-3 | 4 | 2 | 8 | 20 : 1 | |
| WPMS | 4-8 | 5 | 2 | 10 | 25 : 1 | |
| IES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IES | 4-8 | 5 | 1 | 5 | 25 : 1 | |
| IMMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| IMMS | 4-8 | 5 | 1 | 5 | 25 : 1 | |
| LES | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| LES | 4 | 1 | 1 | 1 | 25 : 1 | |
| LMS | 5-8 | 4 | 1 | 4 | 25 : 1 | |
| NMS | Kn-3 | 4 | 1 | 4 | 20 : 1 | |
| NMS | 4-8 | 5 | 1 | 5 | 25 : 1 | |
| MES | Kn-3 | 4 | 4 | 16 | 20 : 1 | |
| NES | 4-8 | 5 | 4 | 20 | 25 : 1 | |
| PELC | Kn | 1 | 20 | 20 | 20 : 1 | (1) |
| TES | 1-2 | 2 | 20 | 40 | 20 : 1 | (2) |
| DCR | 3 | 1 | 20 | 20 | 20 : 1 | (1) |
| DCR | 4 | 1 | 20 | 20 | 25 : 1 | |
| VES | 5-6 | 2 | 20 | 40 | 25 : 1 | (1) |
| PJH | 7-8 | 2 | 20 | 40 | 25 : 1 | (1) |
| OOD | Kn-7 | 9 | 2 | 18 | OOD | |
| TOTAL | | | | 450 | | (10) |

**Notes:**

Total Student number is derived from multiplying the number of grades by the projected number of students per grade.

Teachers are assigned for grades Kn-3 at a ratio of 20:1 and grades 4-8 at a ratio of 25:1.

OOD - Outside of District (Tangipahoa Parish)

**CHART 10 - Tangi Academy Projected 2018-6-19 SY @ 120% Capacity – Address Assigned Schools - under new Student Assignment Plan**

**Projected Enrollment 2018-19 SY @ 120% Capacity**

| School | Grades | Students per grade (page 6) | Number of Grades | Total Students | Allocation Ratio | Teacher Reductions |
|--------|--------|------|------|------|------|------|
| AEMS | Kn-3 | 1 | 4 | 4 | 20 : 1 | |
| AEMS | 4 | 1 | 1 | 1 | 25 : 1 | |
| WMS | 5-8 | 1 | 4 | 4 | 25 : 1 | |
| CCES | Kn-3 | 2 | 4 | 8 | 20 : 1 | |
| CCES | 4-8 | 2 | 5 | 10 | 25 : 1 | |
| HEMS | Kn-3 | 8 | 4 | 32 | 20 : 1 | (1) |
| HEMS | 4-8 | 8 | 5 | 40 | 25 : 1 | (1) |
| HJHM | Kn-3 | 7 | 4 | 28 | 20 : 1 | (1) |
| HJHM | 4-8 | 7 | 5 | 35 | 25 : 1 | (1) |
| HWMS | Kn-3 | 3 | 4 | 12 | 20 : 1 | |
| HWMS | 4-8 | 3 | 5 | 15 | 25 : 1 | |
| WPMS | Kn-3 | 2 | 4 | 8 | 20 : 1 | |
| WPMS | 4-8 | 2 | 5 | 10 | 25 : 1 | |
| IES | Kn-3 | 2 | 4 | 8 | 20 : 1 | |
| IES | 4-8 | 2 | 5 | 10 | 25 : 1 | |
| IMMS | Kn-3 | 1 | 4 | 4 | 20 : 1 | |
| IMMS | 4-8 | 1 | 5 | 5 | 25 : 1 | |
| LES | Kn-3 | 2 | 4 | 8 | 20 : 1 | |
| LES | 4 | 2 | 1 | 2 | 25 : 1 | |
| LMS | 5-8 | 2 | 4 | 8 | 25 : 1 | |
| NMS | Kn-3 | 1 | 4 | 4 | 20 : 1 | |
| NMS | 4-8 | 1 | 5 | 5 | 25 : 1 | |
| MES | Kn-3 | 5 | 4 | 20 | 20 : 1 | (1) |
| NES | 4-8 | 5 | 5 | 25 | 25 : 1 | (1) |
| PELC | Kn | 24 | 1 | 24 | 20 : 1 | (1) |
| TES | 1-2 | 24 | 2 | 48 | 20 : 1 | (2) |
| DCR | 3 | 24 | 1 | 24 | 20 : 1 | (1) |
| DCR | 4 | 24 | 1 | 24 | 25 : 1 | |
| VES | 5-6 | 24 | 2 | 48 | 25 : 1 | (1) |
| PJH | 7-8 | 24 | 2 | 48 | 25 : 1 | (1) |
| OOD | Kn-7 | 2 | 9 | 18 | OOD | |
| TOTAL | | | | 540 | | (12) |

**Notes:** Total Student number is derived from multiplying the number of grades by the projected number of students per grade.

Teachers are assigned for grades Kn-3 at a ratio of 20:1 and grades 4-8 at a ratio of 25:1.

OOD - Outside of District (Tangipahoa Parish)

July 15, 2015

# CHART 11 - Projected Financial Impact of Tangi Academy

## 2015-16 SY

**Reduction in Funding**

| | Student Count (1) | Funding per Student | Total Funding |
|---|---|---|---|
| Reduction in State Funding (Enrollment) | 200 | $5,767 (2) | ($1,153,400) |
| Reduction in State Funding (Local Funds) | 215 | $2,482 (3) | ($533,630) |
| Total Reduction in Funding | | | ($1,687,030) |

**Reduction in Expenditures:**

| | Teachers | Annual Amount | Total Expense |
|---|---|---|---|
| Reduction in Teacher's Salaries & Benefits (Step 0) | (2) | $63,918 (5) | ($127,835) |
| Total Reduction in Expenditures | | | ($127,835) |

| | | | |
|---|---|---|---|
| **NET IMPACT (2015-16 SY)** | | | **($1,559,195)** |

**Notes:**

(1)  Student Count figure is taken from the 2015-16 SY Tangi Academy Demographic worksheet less students residing outside the District and students not enrolled in TPSS.

(2)  Reduction in State Funding (Enrollment) per student figure is obtained from the LDOE MFP - FY 2015-16 Budget Letter (June 30, 2015) Table 3, Column 34. This report can be found at the LDOE website http://www.louisianabelieves.com/resources/library/minimum-foundation-program.

(3)  Reduction in State Funding (Local funds) per student figure is obtained from the LDOE MFP - FY 2015-16 Initial Charter School Per Pupil Funding (July 2015). This report can be found at the LDOE website http://www.louisianabelieves.com/funding/charter-per-pupil-funding.

(4)  Total number of teaching positions reduced is based on the 2015-16 SY Tangi Academy Demographics - Address Assigned worksheet (page 2).

(5)  The expenditure reduction amounts are based on the TPSS's 2014-15 Salary Schedule adjusted for known changes for the 2015-16 SY such as reduced retirement rate, increased health care cost and workers comp cost.

(6)  Due to the wide disbursement of TA students, no existing school bus route would be significantly impacted as to result in identifiable savings (page 3).

(7)  Due to the wide disbursement of TA students, no existing school food service site would be significantly impacted as to result in identifiable savings.

# CHART 12 - Projected Financial Impact of Tangi Academy - under new Student Assignment Plan

### 2016-17 SY

## Reduction in Funding

| | (1) Student Count | Funding per Student | Total Funding |
|---|---|---|---|
| Reduction in State Funding (Enrollment) | 310 | $5,926 (2) | ($1,836,933.68) |
| Reduction in State Funding (Local Funds) | 333 | $2,482 (3) | ($826,506) |
| Total Reduction in Funding | | | ($2,663,440) |

## Reduction in Expenditures:

| | Teachers | Annual Amount | Total Expense |
|---|---|---|---|
| Reduction in Teacher's Salaries & Benefits (Step 1) | (7) | $64,365 | ($450,553) |
| Total Reduction in Expenditures | | | ($450,553) |
| **NET IMPACT (2016-17 SY)** | | | **($2,212,887)** |

## Notes:

(1) Student Count figure is taken from the 2016-17 SY Tangi Academy Demographic worksheet less students residing outside the District and students not enrolled in TPSS.

(2) Reduction in State Funding (Enrollment) per student figure is obtained from the LDOE MFP - FY 2015-16 Budget Letter (June 30, 2015) Table 3, Column 34 plus an estimated 2.75% Growth Funds.

(3) Reduction in State Funding (Local Funds) per student figure is obtained from the LDOE MFP - FY 2015-16 Initial Charter School Per Pupil Funding (July 2015). This report can be found at the LDOE website http://www.louisianabelieves.com/funding/charter-per-pupil-funding.

(4) Total number of teaching positions reduced is based on the 2015-16 SY Tangi Academy Demographics - Address Assigned worksheet (page 2) and all projected additional classes based on the Projected Student Enrollment by School/District worksheet percentages (page 6).

(5) The expenditure reduction amounts are based on the TPSS's 2014-15 Salary Schedule adjusted for known changes for the 2015-16 SY such as reduced retirement rate, increased health care cost, workers comp cost, and annual one step raise.

(6) Due to the wide disbursement of TA students, no existing school bus route would be significantly impacted as to result in identifiable savings.

(7) Due to the wide disbursement of TA students, no existing school food service site would be significantly impacted as to result in identifiable savings.

July 15, 2015

# CHART 13 – Projected Financial Impact of Tangi Academy - under new Student Assignment Plan

### 2017-18 SY

**Reduction in Funding**

| | Student Count (1) | Funding per Student | Total Funding |
|---|---|---|---|
| Reduction in State Funding (Enrollment) | 354 | $6,089 (2) | ($2,155,345) |
| Reduction in State Funding (Local Funds) | 381 | $2,482 (3) | ($945,642) |
| Total Reduction in Funding | | | ($3,100,987) |

**Reduction in Expenditures:**

| | Teachers | Annual Amount | Total Expense |
|---|---|---|---|
| Reduction in Teacher's Salaries & Benefits (Step 2) | (7) | $64,664 | ($452,649) |
| Total Reduction in Expenditures | | | ($452,649) |

**NET IMPACT (2017-18 SY)** — ($2,648,339)

**Notes:**

(1) Student Count figure is taken from the 2017-18 SY Tangi Academy Demographic worksheet less students residing outside the District and students not enrolled in TPSS.

(2) Reduction in State Funding (Enrollment) per student figure is obtained from the LDOE MFP - FY 2015-16 Budget Letter (June 30, 2015) Table 3, Column 34 plus an estimated 2.75% Growth Funds for two years.

(3) Reduction in State Funding (Local Funds) per student figure is obtained from the LDOE MFP - FY 2015-16 Initial Charter School Per Pupil Funding (July 2015). This report can be found at the LDOE website http://www.louisianabelieves.com/funding/charter-per-pupil-funding.

(4) Total number of teaching positions reduced is based on the 2015-16 SY Tangi Academy Demographics - Address Assigned worksheet (page 2) and all projected additional classes based on the Projected Student Enrollment by School/District worksheet percentages (page 6).

(5) The expenditure reduction amounts are based on the TPSS's 2014-15 Salary Schedule adjusted for known changes for the 2015-16 SY such as reduced retirement rate, increased health care cost, workers comp cost, and two annual step raises.

(6) Due to the wide disbursement of TA students, no existing school bus route would be significantly impacted as to result in identifiable savings.

(7) Due to the wide disbursement of TA students, no existing school food service site would be significantly impacted as to result in identifiable savings.

July 15, 2015

## CHART 14 - Projected Financial Impact of Tangi Academy - under new Student Assignment Plan

### 2018-19 SY

**Reduction in Funding**

| | Student Count (1) | Funding per Student | Total Funding |
|---|---|---|---|
| Reduction in State Funding (Enrollment) | 398 | $6,256 (2) | ($2,489,881) |
| Reduction in State Funding (Local Funds) | 428 | $2,482 (3) | ($1,062,296) |
| Total Reduction in Funding | | | ($3,552,177) |

**Reduction in Expenditures:**

| | Teachers | Annual Amount | Total Expense |
|---|---|---|---|
| Reduction in Teacher's Salaries & Benefits (Step 3) | (10) | $64,965 | ($649,648) |
| Total Reduction in Expenditures | | | ($649,648) |

| | | | |
|---|---|---|---|
| **NET IMPACT (2018-19 SY)** | | | **($2,902,529)** |

**Notes:**

(1)  Student Count figure is taken from the 2018-19 SY Tangi Academy Demographic worksheet less students residing outside the District and students not enrolled in TPSS.

(2)  Reduction in State Funding (Enrollment) per student figure is obtained from the LDOE MFP - FY 2015-16 Budget Letter (June 30, 2015) Table 3, Column 34 plus an estimated 2.75% Growth Funds for three years.

(3)  Reduction in State Funding (Local Funds) per student figure is obtained from the LDOE MFP - FY 2015-16 Initial Charter School Per Pupil Funding (July 2015). This report can be found at the LDOE website http://www.louisianabelieves.com/funding/charter-per-pupil-funding.

(4)  Total number of teaching positions reduced is based on the 2015-16 SY Tangi Academy Demographics - Address Assigned worksheet (page 2) and all projected additional classes based on the Projected Student Enrollment by School/District worksheet percentages (page 6).

(5)  The expenditure reduction amounts are based on the TPSS's 2014-15 Salary Schedule adjusted for known changes for the 2015-16 SY such as reduced retirement rate, increased health care cost, workers comp cost, and three annual step raises.

(6)  Due to the wide disbursement of TA students, no existing school bus route would be significantly impacted as to result in identifiable savings.

(7)  Due to the wide disbursement of TA students, no existing school food service site would be significantly impacted as to result in identifiable savings.

## CHART 15 – Projected Financial Impact of Tangi Academy  - under new Student Assignment Plan

### 2018-19 SY at 120% Capacity

**Reduction in Funding**                                                       (1)

| | Student Count | Funding per Student | Total Funding |
|---|---|---|---|
| Reduction in State Funding (Enrollment) | 478 | $6,256 (2) | ($2,990,359) |
| Reduction in State Funding (Local Funds) | 514 | $2,482 (3) | ($1,275,748) |
| Total Reduction in Funding | | | ($4,266,107) |


**Reduction in Expenditures:**

| | Teachers | Annual Amount | Total Expense |
|---|---|---|---|
| Reduction in Teacher's Salaries & Benefits (Step 4) | (12) | $65,564 | ($786,763) |
| Total Reduction in Expenditures | | | ($786,763) |

| | | | |
|---|---|---|---|
| **NET IMPACT (2018-19 SY)** | | | **($3,479,344)** |


**Notes:**

(1)  Student Count figure is taken from the 2018-19 SY Tangi Academy Demographic worksheet less students residing outside the District and students not enrolled in TPSS times 120% as allowed by BESE.

(2)  Reduction in State Funding (Enrollment) per student figure is obtained from the LDOE MFP - FY 2015-16 Budget Letter (June 30, 2015) Table 3, Column 34 plus an estimated 2.75% Growth Funds for three years.

(3)  Reduction in State Funding (Local Funds) per student figure is obtained from the LDOE MFP - FY 2015-16 Initial Charter School Per Pupil Funding (July 2015). This report can be found at the LDOE website http://www.louisianabelieves.com/funding/charter-per-pupil-funding.

(4)  Total number of teaching positions reduced is based on the 2015-16 SY Tangi Academy Demographics - Address Assigned worksheet (page 2) and all projected additional classes based on the Projected Student Enrollment by School/District worksheet percentages (page 6) adjusted for student capacity at 120%.

(5)  The expenditure reduction amounts are based on the TPSS's 2014-15 Salary Schedule adjusted for known changes for the 2015-16 SY such as reduced retirement rate, increased health care cost and workers comp cost.

# CHART 16 - Desegregation Financial Impact Analyses Summary

### Tangippahoa Parish Charter School Association - Tangi Academy

**2015-16 SY**

| | |
|---|---:|
| Reduction in State Funding (Enrollment) | ($1,153,400) |
| Reduction in State Funding (Local Funds) | ($533,630) |
| Reduction in Expenditures | ($127,835) |
| **Net Impact** | **($1,559,195)** |

**2016-17 SY**

| | |
|---|---:|
| Reduction in State Funding (Enrollment) | ($1,836,934) |
| Reduction in State Funding (Local Funds) | ($826,506) |
| Reduction in Expenditures | ($450,553) |
| **Net Impact** | **($2,212,887)** |

**2017-18 SY**

| | |
|---|---:|
| Reduction in State Funding (Enrollment) | ($2,155,345) |
| Reduction in State Funding (Local Funds) | ($945,642) |
| Reduction in Expenditures | ($452,649) |
| **Net Impact** | **($2,648,339)** |

**2018-19 SY**

| | |
|---|---:|
| Reduction in State Funding (Enrollment) | ($2,489,881) |
| Reduction in State Funding (Local Funds) | ($1,062,296) |
| Reduction in Expenditures | ($649,648) |
| **Net Impact** | **($2,902,529)** |

**Four-Year Impact**

| | |
|---|---:|
| Reduction in State Funding (Enrollment) | ($7,635,560) |
| Reduction in State Funding (Local Funds) | ($3,368,074) |
| Reduction in Expenditures | ($1,680,684) |
| **Net Impact** | **($9,322,950)** |

**Note:**

The 2018-19 SY Net Impact figure could increase $577K if Tangi Academy increased their student enrollment to the 120% capacity level as allowed by BESE.

July 15, 2015