# DECLARATION OF BRET SCHNADELBACH

Tangipahoa Parish School System

Comprehensive Annual Financial Reports

*excerpts:*

Governmental Funds
Statements of Revenues, Expenditures, and Changes in Fund Balances

2010-2014

Exhibit D

TANGIPAHOA PARISH SCHOOL SYSTEM - AMITE, LOUISIANA

Governmental Funds
Statement of Revenues, Expenditures, and Changes in Fund Balances
For the Year Ended June 30, 2010

| | | FUND TYPES | | | | |
|---|---|---|---|---|---|---|
| | | MAJOR | | | NON-MAJOR | |
| | General Fund | Sales Tax Pay as You Go | Sales Tax Maintenance | NCLBA | Other Governmental | Total |
| **REVENUES** | | | | | | |
| Local Sources: | | | | | | |
| Ad Valorem Taxes | $1,874,895 | $0 | $0 | $0 | $3,796,185 | $5,671,080 |
| Sales and Use Taxes | 15,235,259 | 3,124,883 | 8,106,271 | 0 | 4,004,105 | 30,470,518 |
| Tuition | 175,761 | 0 | 0 | 0 | 0 | 175,761 |
| Investment Income | 298,466 | 116,433 | 65,595 | 0 | 68,086 | 568,680 |
| 1% Tax | 396,757 | 0 | 0 | 0 | 0 | 396,757 |
| E-Rate Grant | 1,096,800 | 0 | 0 | 0 | 0 | 1,096,800 |
| Other | 638,396 | 0 | 75,187 | 0 | 1,915,837 | 2,629,420 |
| State Sources: | | | | | | |
| Unrestricted Grants-in-Aid | 99,522,030 | 0 | 0 | 0 | 3,064,175 | 102,586,205 |
| Restricted Grants-in-Aid | 362,442 | 0 | 0 | 0 | 0 | 362,442 |
| Base Constitutional Tax | 129,216 | 0 | 0 | 0 | 0 | 129,216 |
| Federal Sources | 218,104 | 0 | 0 | 14,760,667 | 25,568,839 | 40,547,610 |
| **TOTAL REVENUES** | 119,948,126 | 3,241,316 | 8,267,053 | 14,760,667 | 38,417,227 | 184,634,389 |
| **EXPENDITURES** | | | | | | |
| Current: | | | | | | |
| Instruction: | | | | | | |
| Regular Ed Programs | 59,066,931 | 2,260,283 | 0 | 0 | 5,280,215 | 66,627,429 |
| Special Ed Programs | 16,469,862 | 0 | 0 | 0 | 4,284,414 | 20,754,276 |
| Vocational Ed Programs | 2,393,193 | 0 | 0 | 0 | 420,399 | 2,813,592 |
| Other Instructional Programs | 1,864,007 | 0 | 0 | 0 | 546,207 | 2,410,214 |
| Special Programs | 106,128 | 0 | 0 | 9,218,728 | 2,384,346 | 11,709,202 |
| Adult Ed Programs | 742 | 0 | 0 | 0 | 155,889 | 156,631 |
| Support Services: | | | | | | |
| Student Services | 6,865,214 | 0 | 0 | 396,983 | 154,791 | 7,416,988 |
| Instructional Staff Support | 3,429,766 | 0 | 0 | 4,011,130 | 1,318,482 | 8,759,378 |
| General Administration | 2,059,393 | 20,312 | 52,691 | 0 | 693,748 | 2,826,144 |
| School Administration | 9,036,330 | 0 | 0 | 0 | 317,608 | 9,353,938 |
| Business Services | 1,054,562 | 0 | 156,962 | 39,311 | 19,220 | 1,270,055 |
| Plant Services | 6,241,654 | 184,894 | 7,023,248 | 132,633 | 1,205,897 | 14,788,326 |
| Central Services | 1,328,319 | 0 | 413,751 | 1,150 | 443,305 | 2,186,525 |
| Student Transportation | 10,459,126 | 0 | 0 | 101,687 | 931,092 | 11,491,905 |
| Food Services | 194,730 | 0 | 0 | 0 | 10,071,029 | 10,265,759 |
| Community Service Programs | 957 | 0 | 0 | 67,451 | 5,726,229 | 5,794,637 |
| Capital Outlay | 0 | 2,687,100 | 0 | 0 | 100,510 | 2,787,610 |
| Debt Service: | | | | | | |
| Principal Retirement | 0 | 0 | 0 | 0 | 5,208,333 | 5,208,333 |
| Issuance Cost | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest and Bank Charges | 0 | 0 | 0 | 0 | 786,298 | 786,298 |
| **TOTAL EXPENDITURES** | 120,570,914 | 5,172,589 | 7,646,652 | 13,969,073 | 40,050,012 | 187,409,240 |
| **EXCESS/(DEFICIENCY) OF REVENUES OVER EXPENDITURES** | (622,788) | (1,931,273) | 620,401 | 791,594 | (1,632,785) | (2,774,851) |
| **OTHER FINANCING SOURCES/(USES)** | | | | | | |
| Transfers In | 1,879,696 | 124,810 | 0 | 0 | 4,048,866 | 6,053,372 |
| Transfers (Out) | (3,717,591) | (448,239) | (216) | (791,594) | (1,027,336) | (5,984,976) |
| Proceeds from Sale of Capital Assets | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments to Escrow Agent | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OTHER FINANCING SOURCES/(USES)** | (1,837,895) | (323,429) | (216) | (791,594) | 3,021,530 | 68,396 |
| **NET CHANGES IN FUND BALANCES** | (2,460,683) | (2,254,702) | 620,185 | 0 | 1,388,745 | (2,706,455) |
| **FUND BALANCES, Beginning of Year (restated)** | 25,884,963 | 17,773,041 | 8,357,826 | 0 | 10,329,689 | 62,345,519 |
| **FUND BALANCES, End of Year** | $23,424,280 | $15,518,339 | $8,978,011 | $0 | $11,718,434 | $59,639,064 |

See accompanying notes to basic financial statements.

TANGIPAHOA PARISH SCHOOL SYSTEM - AMITE, LOUISIANA

Governmental Funds
Statement of Revenues, Expenditures, and Changes in Fund Balances

For the Year Ended June 30, 2011

| | General Fund | Sales Tax Pay as You Go | Sales Tax Maintenance | NCLBA | Construction O.W. Dillon | Other Governmental | Total |
|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | |
| Local Sources: | | | | | | | |
| Ad Valorem Taxes | $1,947,644 | $0 | $0 | $0 | $0 | $3,276,927 | $5,224,571 |
| Sales and Use Taxes | 15,661,207 | 4,593,763 | 8,012,766 | 0 | 0 | 3,054,678 | 31,322,414 |
| Tuition | 186,640 | 0 | 0 | 0 | 0 | 0 | 186,640 |
| Investment Income | 171,360 | 126,507 | 67,653 | 0 | 7,639 | 110,478 | 483,637 |
| 1% Tax | 414,438 | 0 | 0 | 0 | 0 | 0 | 414,438 |
| E-Rate Grant | 1,034,161 | 0 | 0 | 0 | 0 | 0 | 1,034,161 |
| Other | 449,986 | 2,900 | 4,391 | 0 | 0 | 1,692,912 | 2,150,189 |
| State Sources: | | | | | | | |
| Unrestricted Grants-in-Aid | 99,575,404 | 0 | 0 | 0 | 0 | 0 | 99,575,404 |
| Restricted Grants-in-Aid | 194,905 | 0 | 0 | 0 | 0 | 1,581,755 | 1,776,660 |
| Base Constitutional Tax | 130,899 | 0 | 0 | 0 | 0 | 0 | 130,899 |
| Federal Sources | 249,552 | 0 | 0 | 12,550,965 | 0 | 26,304,533 | 39,105,050 |
| **TOTAL REVENUES** | 120,016,196 | 4,723,170 | 8,084,810 | 12,550,965 | 7,639 | 36,021,283 | 181,404,063 |
| **EXPENDITURES** | | | | | | | |
| Current: | | | | | | | |
| Instruction: | | | | | | | |
| Regular Ed Programs | 59,159,851 | 1,326,880 | 0 | 19,027 | 0 | 6,636,507 | 67,142,265 |
| Special Ed Programs | 17,211,685 | 0 | 0 | 0 | 0 | 2,482,264 | 19,693,949 |
| Vocational Ed Programs | 2,647,105 | 0 | 0 | 0 | 0 | 332,664 | 2,979,769 |
| Other Instructional Programs | 1,955,989 | 0 | 0 | 0 | 0 | 367,593 | 2,323,582 |
| Special Programs | 337,297 | 0 | 0 | 7,490,335 | 0 | 2,200,103 | 10,027,735 |
| Adult Ed Programs | 0 | 0 | 0 | 0 | 0 | 127,835 | 127,835 |
| Support Services: | | | | | | | |
| Student Services | 6,924,304 | 0 | 0 | 215,141 | 0 | 1,671,547 | 8,810,992 |
| Instructional Staff Support | 3,372,282 | 0 | 0 | 3,823,302 | 0 | 2,778,280 | 9,973,864 |
| General Administration | 1,517,839 | 29,859 | 52,094 | 0 | 0 | 438,230 | 2,038,022 |
| School Administration | 8,243,869 | 0 | 0 | 0 | 0 | 1,156,793 | 9,400,662 |
| Business Services | 1,048,875 | 0 | 179,122 | 60,159 | 0 | 17,562 | 1,305,718 |
| Plant Services | 7,292,797 | 73,714 | 6,837,203 | 114,273 | 0 | 462,044 | 14,780,031 |
| Central Services | 1,546,902 | 0 | 567,937 | 0 | 0 | 404,355 | 2,509,194 |
| Student Transportation | 11,929,089 | 0 | 0 | 98,771 | 0 | 146,001 | 12,175,861 |
| Food Services | 195,673 | 0 | 0 | 0 | 0 | 10,429,997 | 10,625,670 |
| Community Service Programs | 23,924 | 0 | 0 | 24,751 | 0 | 4,281,218 | 4,329,893 |
| Capital Outlay | 0 | 2,292,988 | 41,377 | 0 | 855,425 | 92,198 | 3,281,988 |
| Debt Service: | | | | | | | |
| Principal Retirement | 0 | 0 | 0 | 0 | 0 | 5,040,000 | 5,040,000 |
| Interest and Bank Charges | 0 | 0 | 0 | 0 | 0 | 587,256 | 587,256 |
| **TOTAL EXPENDITURES** | 123,407,481 | 3,723,441 | 7,667,733 | 11,845,759 | 855,425 | 39,654,447 | 187,154,286 |
| **EXCESS/(DEFICIENCY) OF REVENUES OVER EXPENDITURES** | (3,391,285) | 999,729 | 417,077 | 705,206 | (847,786) | (3,633,164) | (5,750,223) |
| **OTHER FINANCING SOURCES/(USES)** | | | | | | | |
| Transfers In | 1,814,386 | 403,327 | 0 | 0 | 0 | 3,980,288 | 6,198,001 |
| Transfers (Out) | (3,552,215) | (448,239) | 0 | (705,206) | 0 | (1,415,945) | (6,121,605) |
| Issuance of Debt | 0 | 0 | 0 | 0 | 14,200,000 | 0 | 14,200,000 |
| **TOTAL OTHER FINANCING SOURCES/(USES)** | (1,737,829) | (44,912) | 0 | (705,206) | 14,200,000 | 2,564,343 | 14,276,396 |
| **NET CHANGES IN FUND BALANCES** | (5,129,114) | 954,817 | 417,077 | 0 | 13,352,214 | (1,068,821) | 8,526,173 |
| **FUND BALANCES, Beginning of Year** | 23,424,280 | 15,518,339 | 8,978,011 | 0 | 0 | 11,718,434 | 59,639,064 |
| **FUND BALANCES, End of Year** | $18,295,166 | $16,473,156 | $9,395,088 | $0 | $13,352,214 | $10,649,613 | $68,165,237 |

*See accompanying notes to basic financial statements.*

## TANGIPAHOA PARISH SCHOOL SYSTEM

### GOVERNMENTAL FUNDS
### STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCE
### For the Year Ended June 30, 2012

|  | General Fund | Sales Tax Maintenance | Sales Tax Pay As You Go | Other Governmental Funds | TOTAL |
|---|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| Local sources: | | | | | |
| Taxes: | | | | | |
| Ad valorem | $ 2,022,466 | $ - | $ - | $ 1,635,862 | $ 3,658,328 |
| Sales and use | 16,734,433 | 8,465,686 | 7,129,030 | 1,139,718 | 33,468,867 |
| 1% Sales and use | 428,480 | - | - | - | 428,480 |
| Interest earnings | 139,402 | 71,184 | 137,247 | 176,679 | 524,512 |
| Charges for services | 151,775 | - | - | 1,234,539 | 1,386,314 |
| Other | 1,362,566 | 272 | - | 489,487 | 1,852,325 |
| Total Local Sources | 20,839,122 | 8,537,142 | 7,266,277 | 4,676,285 | 41,318,826 |
| State sources: | | | | | |
| Minimum Foundation Program | 102,640,556 | - | - | - | 102,640,556 |
| Revenue Sharing | 134,097 | - | - | - | 134,097 |
| Other | 185,159 | - | - | 1,107,339 | 1,292,498 |
| Total State Sources | 102,959,812 | - | - | 1,107,339 | 104,067,151 |
| Federal Sources | 424,720 | - | - | 38,529,489 | 38,954,209 |
| TOTAL REVENUES | 124,223,654 | 8,537,142 | 7,266,277 | 44,313,113 | 184,340,186 |
| **EXPENDITURES** | | | | | |
| Current: | | | | | |
| Instruction: | | | | | |
| Regular programs | 63,073,636 | - | 670,543 | 4,948,539 | 68,692,718 |
| Special programs | 16,962,364 | - | - | 3,176,079 | 20,138,443 |
| Vocational programs | 2,579,233 | - | - | 273,241 | 2,852,474 |
| All other programs | 2,450,734 | - | - | 8,514,655 | 10,965,389 |
| Support services: | | | | | |
| Student services | 7,090,447 | - | - | 1,457,190 | 8,547,637 |
| Instructional staff support | 2,997,345 | - | - | 7,334,127 | 10,331,472 |
| General administration | 1,340,629 | 55,027 | 46,339 | 2,907,220 | 4,349,215 |
| School administration | 8,631,653 | - | - | 599,961 | 9,231,614 |
| Business services | 1,047,277 | 175,580 | - | 52,243 | 1,275,100 |
| Plant services | 7,712,869 | 6,967,615 | 65,983 | 808,263 | 15,554,730 |
| Student transportation services | 13,342,593 | - | - | 228,451 | 13,571,044 |
| Central services | 1,434,525 | 587,503 | - | 641,723 | 2,663,751 |
| School food services | 216,941 | - | - | 10,220,946 | 10,437,887 |
| Community service programs | 23,715 | - | - | 89,947 | 113,662 |
| Construction and land improvement | - | - | 1,793,263 | 9,037,866 | 10,831,129 |
| Debt service | | | | | |
| Principal retirement | - | - | - | 1,690,000 | 1,690,000 |
| Interest and bank charges | - | - | - | 434,184 | 434,184 |
| TOTAL EXPENDITURES | 128,903,961 | 7,785,725 | 2,576,128 | 52,414,635 | 191,680,449 |
| **EXCESS (DEFICIENCY) OF REVENUES OVER (UNDER) EXPENDITURES** | $ (4,680,307) | $ 751,417 | $ 4,690,149 | $ (8,101,522) | $ (7,340,263) |

| | General Fund | Sales Tax Maintenance | Sales Tax Pay As You Go | Other Governmental Funds | TOTAL |
|---|---|---|---|---|---|
| **OTHER FINANCING SOURCES (USES):** | | | | | |
| Transfers in | 1,882,973 | -- | 194 | 4,331,403 | 6,214,570 |
| Transfers out | (3,886,319) | - | (448,239) | (1,814,595) | (6,149,153) |
| Total Other Financing Sources (Uses) | (2,003,346) | - | (448,045) | 2,516,808 | 65,417 |
| **NET CHANGES IN FUND BALANCES** | (6,683,653) | 751,417 | 4,242,104 | (5,584,714) | (7,274,846) |
| **FUND BALANCES - BEGINNING** | 18,272,447 | 9,395,088 | 16,473,156 | 24,024,546 | 68,165,237 |
| **PRIOR PERIOD ADJUSTMENT - CORRECTION OF AN ERROR** | (246,033) | $ - | $ - | $ - | (246,033) |
| **FUND BALANCES - BEGINNING, AS RESTATED** | $ 18,026,414 | $ 9,395,088 | $ 16,473,156 | $ 24,024,546 | $ 67,919,204 |
| **FUND BALANCES - ENDING** | $ 11,342,761 | $ 10,146,505 | $ 20,715,260 | $ 18,439,832 | $ 60,644,358 |

The notes to the financial statements are an integral part of this statement.

H

## TANGIPAHOA PARISH SCHOOL SYSTEM

### GOVERNMENTAL FUNDS
### STATEMENT OF REVENUES, EXPENDITURES, AND
### CHANGES IN FUND BALANCE
For the Year Ended June 30, 2013

|  | General Fund | Sales Tax Maintenance | Sales Tax Pay As You Go | Other Governmental Funds | TOTAL |
|---|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| Local sources: | | | | | |
| Taxes: | | | | | |
| Ad valorem | $ 2,069,756 | $ - | $ - | $ 4,342,545 | $ 6,412,301 |
| Sales and use | 17,409,771 | 8,648,305 | 7,651,386 | 1,110,081 | 34,819,543 |
| 1% Sales and use | 448,000 | - | - | - | 448,000 |
| Interest earnings | 140,884 | 80,177 | 190,587 | 134,854 | 546,502 |
| Charges for services | 206,700 | - | - | 1,271,973 | 1,478,673 |
| Other | 878,656 | 756 | - | 694,075 | 1,573,487 |
| Total Local Sources | 21,153,767 | 8,729,238 | 7,841,973 | 7,553,528 | 45,278,506 |
| State sources: | | | | | |
| Minimum Foundation Program | 104,718,588 | - | - | - | 104,718,588 |
| Revenue Sharing | 133,028 | - | - | 24,227 | 157,255 |
| Other | 158,310 | - | - | 799,661 | 957,971 |
| Total State Sources | 105,009,926 | - | - | 823,888 | 105,833,814 |
| Federal Sources | 229,377 | - | - | 39,842,170 | 40,071,547 |
| **TOTAL REVENUES** | 126,393,070 | 8,729,238 | 7,841,973 | 48,219,586 | 191,183,867 |
| **EXPENDITURES** | | | | | |
| Current: | | | | | |
| Instruction: | | | | | |
| Regular programs | 62,240,264 | - | 771,324 | 5,882,569 | 68,894,157 |
| Special programs | 17,165,267 | - | - | 315,531 | 17,480,798 |
| Vocational programs | 2,673,685 | - | - | 287,037 | 2,960,722 |
| All other programs | 2,559,402 | - | - | 11,482,785 | 14,042,187 |
| Support services: | | | | | |
| Student services | 7,026,225 | - | - | 2,601,636 | 9,627,861 |
| Instructional staff support | 2,817,254 | - | - | 7,645,757 | 10,463,011 |
| General administration | 1,407,921 | 56,068 | 49,606 | 1,267,561 | 2,781,156 |
| School administration | 9,205,930 | - | - | 40,944 | 9,246,874 |
| Business services | 1,055,213 | 174,356 | - | 63,070 | 1,292,639 |
| Plant services | 7,341,735 | 7,476,195 | 75,386 | 977,307 | 15,870,623 |
| Student transportation services | 12,912,988 | - | - | 223,138 | 13,136,126 |
| Central services | 1,343,018 | 586,499 | - | 368,346 | 2,297,863 |
| School food services | 218,788 | - | - | 9,905,110 | 10,123,898 |
| Community service programs | 23,891 | - | - | 2,507,699 | 2,531,590 |
| Construction and land improvement | - | 51,069 | 2,436,102 | 5,691,439 | 8,178,610 |
| Debt service | | | | | |
| Principal retirement | - | - | - | 2,060,000 | 2,060,000 |
| Interest and bank charges | - | - | - | 508,095 | 508,095 |
| Bond issuance costs | - | - | - | 60,609 | 60,609 |
| **TOTAL EXPENDITURES** | 127,991,581 | 8,344,187 | 3,332,418 | 51,888,633 | 191,556,819 |
| **EXCESS (DEFICIENCY) OF REVENUES OVER (UNDER) EXPENDITURES** | $ (1,598,511) | $ 385,051 | $ 4,509,555 | $ (3,669,047) | $ (372,952) |

continued

24

5

| | General Fund | Sales Tax Maintenance | Sales Tax Pay As You Go | Other Governmental Funds | TOTAL |
|---|---|---|---|---|---|
| **OTHER FINANCING SOURCES (USES):** | | | | | |
| Transfers in | $ 3,163,647 | $ - | $ 68,267 | $ 2,124,607 | $ 5,356,521 |
| Transfers out | (1,016,536) | (2,359) | (740,704) | (3,524,352) | (5,283,951) |
| Payment to refunded bond escrow agent | - | - | - | (4,038,000) | (4,038,000) |
| Issuance of refunding bonds | - | - | - | 4,038,000 | 4,038,000 |
| Proceeds from sale of capital assets | 1,984 | 7,797 | - | 10,541 | 20,322 |
| Total Other Financing Sources (Uses) | 2,149,095 | 5,438 | (672,437) | (1,389,204) | 92,892 |
| | | | | | |
| **NET CHANGES IN FUND BALANCES** | 550,584 | 390,489 | 3,837,118 | (5,058,251) | (280,060) |
| | | | | | |
| **FUND BALANCES - BEGINNING - AS PREVIOUSLY REPORTED** | 11,342,761 | 10,146,505 | 20,715,260 | 18,439,832 | 60,644,358 |
| | | | | | |
| **PRIOR PERIOD ADJUSTMENT - CORRECTION OF AN ERROR** | 1,528,157 | $ 759,113 | $ 671,606 | $ (233,448) | 2,725,428 |
| | | | | | |
| **FUND BALANCES - BEGINNING, AS RESTATED** | $ 12,870,918 | $ 10,905,618 | $ 21,386,866 | $ 18,206,384 | $ 63,369,786 |
| | | | | | |
| **FUND BALANCES - ENDING** | $ 13,421,502 | $ 11,296,107 | $ 25,223,984 | $ 13,148,133 | $ 63,089,726 |

The notes to the financial statements are an integral part of this statement.

## TANGIPAHOA PARISH SCHOOL SYSTEM

### GOVERNMENTAL FUNDS
### STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCE
### For the Year Ended June 30, 2014

| | General Fund | Sales Tax Maintenance | Sales Tax Pay As You Go | Other Governmental Funds | TOTAL |
|---|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| Local sources: | | | | | |
| Taxes: | | | | | |
| Ad valorem | $ 2,090,156 | $ - | $ - | $ 1,945,863 | $ 4,036,019 |
| Sales and use | 27,125,438 | 5,892,879 | 2,589,047 | 1,107,197 | 36,714,561 |
| 1% Sales and use | 420,946 | - | - | - | 420,946 |
| Interest earnings | 127,620 | 76,037 | 197,306 | 123,808 | 524,771 |
| Charges for services | 168,193 | - | - | 1,108,837 | 1,277,030 |
| Sale of timber | - | - | - | 268,708 | 268,708 |
| Other | 126,536 | 673 | - | 232,483 | 359,692 |
| Total Local Sources | 30,058,889 | 5,969,589 | 2,786,353 | 4,786,896 | 43,601,727 |
| State sources: | | | | | |
| Minimum Foundation Program | 105,322,359 | - | - | - | 105,322,359 |
| Revenue Sharing | 136,860 | - | - | 24,872 | 161,732 |
| Other | 1,904,407 | - | - | 2,021,040 | 3,925,447 |
| Total State Sources | 107,363,626 | - | - | 2,045,912 | 109,409,538 |
| Federal Sources | 270,431 | - | - | 34,796,154 | 35,066,585 |
| **TOTAL REVENUES** | 137,692,946 | 5,969,589 | 2,786,353 | 41,628,962 | 188,077,850 |
| **EXPENDITURES** | | | | | |
| Current: | | | | | |
| Instruction | 91,609,438 | - | 1,284,641 | 14,377,598 | 107,271,677 |
| Support services | 46,512,149 | 7,223,416 | 82,425 | 24,903,516 | 78,721,506 |
| Capital outlays | 3,029,429 | 28,846 | 2,224,176 | 1,375,297 | 6,657,748 |
| Debt service | | | | | |
| Principal retirement | 272,720 | - | - | 1,287,000 | 1,559,720 |
| Interest and bank charges | 4,065 | - | - | 262,619 | 266,684 |
| TOTAL EXPENDITURES | 141,427,801 | 7,252,262 | 3,591,242 | 42,206,030 | 194,477,335 |
| **DEFICIENCY OF REVENUES OVER EXPENDITURES** | $ (3,734,855) | $ (1,282,673) | $ (804,889) | $ (577,068) | $ (6,399,485) |
| **OTHER FINANCING SOURCES (USES)** | | | | | |
| Transfers in | $ 2,373,072 | $ 1,693,766 | $ 10,916 | $ 878,183 | $ 4,955,937 |
| Transfers out | (2,074,129) | (1,693,766) | (55,394) | (2,313,698) | (6,136,987) |
| Proceeds from insurance settlement | - | - | - | 1,264,995 | 1,264,995 |
| Capital lease issuance | 2,128,400 | - | - | - | 2,128,400 |
| Proceeds from sale of capital assets | 1,077 | 5,643 | - | - | 6,720 |
| Total Other Financing Sources (Uses) | 2,428,420 | 5,643 | (44,478) | (170,520) | 2,219,065 |
| **NET CHANGES IN FUND BALANCES** | (1,306,435) | (1,277,030) | (849,367) | (747,588) | (4,180,420) |
| FUND BALANCE - BEGINNING (AS RESTATED) | 11,672,485 | 11,214,311 | 25,223,984 | 13,148,133 | 61,258,913 |
| **FUND BALANCE - ENDING** | $ 10,366,050 | $ 9,937,281 | $ 24,374,617 | $ 12,400,545 | $ 57,078,493 |

The notes to the financial statements are an integral part of this statement.

# DECLARATION OF BRET SCHNADELBACH

**General Fund Accounting Reports**

**Exhibit E**

munis — Financials, Revenue & Citizen Services and Human Capital Management

07/20/2015 08:00 | Tangipahoa Parish School System - LIVE | P 1
kroberts | BUDGETARY COMPARISON SCHEDULE WITH | glytdbud
 | REV & EXPD TRANSPORTATION GF065

FOR 2015 13                                           JOURNAL DETAIL 2015  1 TO 2015 13

|  | ORIGINAL APPROP | REVISED BUDGET | YTD EXPENDED | MTD EXPENDED | ENC/REQ | AVAILABLE BUDGET | PCT USED |
|---|---|---|---|---|---|---|---|
| 51 SALARIES | 151,815 | 192,529 | 255,461.14 | .00 | .00 | -62,932.14 | 132.7% |
| 52 BENEFITS | 69,902 | 99,518 | 135,148.42 | .00 | .00 | -35,630.42 | 135.8% |
| 54 PURCHASED PROPERTY | 126,500 | 129,500 | 189,206.59 | 3,715.71 | .00 | -59,706.59 | 146.1% |
| 55 OTHER PURCHASED | 3,000 | 3,000 | 2,500.00 | 500.00 | .00 | 500.00 | 83.3% |
| 56 SUPPLIES | 45,000 | 80,000 | 63,325.85 | .00 | 40,719.66 | -24,045.51 | 130.1% |
| 57 PROPERTY | 10,000 | 10,000 | 2,565.00 | .00 | .00 | 7,435.00 | 25.7% |
| GRAND TOTAL | 406,217 | 514,547 | 648,207.00 | 4,215.71 | 40,719.66 | -174,379.66 | 133.9% |

** END OF REPORT - Generated by Kaye Roberts **


**munis** — Financials, Revenue & Citizen Services and Human Capital Management

**tyler** technologies

07/20/2015 14:08 | Tangipahoa Parish School System - LIVE | P 1
kroberts | BUDGETARY COMPARISON SCHEDULE WITH REV & EXPD GF066 | glytdbud

FOR 2015 13                                JOURNAL DETAIL 2015  1 TO 2015 13

| | ORIGINAL APPROP | REVISED BUDGET | YTD ACTUAL | MTD ACTUAL | ENC/REQ | AVAILABLE BUDGET | PCT USED |
|---|---|---|---|---|---|---|---|
| 45 OTR REVENUE SOURCES    TOTAL REVENUES | 0 | -204,400 | -204,400.00 | .00 | .00 | .00 | 100.0% |
|                                          | 0 | -204,400 | -204,400.00 | .00 | .00 | .00 |         |
| 51 SALARIES               TOTAL EXPENSES | 356,382 | 290,770 | 273,563.51 | .00 | .00 | 17,206.49 | 94.1% |
|                                          | 356,382 | 290,770 | 273,563.51 | .00 | .00 | 17,206.49 |        |
| 52 BENEFITS               TOTAL EXPENSES | 164,918 | 176,337 | 168,877.22 | .00 | .00 | 7,459.78 | 95.8% |
|                                          | 164,918 | 176,337 | 168,877.22 | .00 | .00 | 7,459.78 |        |
| 54 PURCHASED PROPERTY     TOTAL EXPENSES | 223,000 | 103,000 | 122,813.20 | 4,043.18 | .00 | -19,813.20 | 119.2% |
|                                          | 223,000 | 103,000 | 122,813.20 | 4,043.18 | .00 | -19,813.20 |         |
| 55 OTHER PURCHASED        TOTAL EXPENSES | 23,000 | 23,000 | 16,400.00 | .00 | .00 | 6,600.00 | 71.3% |
|                                          | 23,000 | 23,000 | 16,400.00 | .00 | .00 | 6,600.00 |        |
| 56 SUPPLIES               TOTAL EXPENSES | 80,000 | 115,000 | 87,650.67 | 145.42 | 26,445.62 | 903.71 | 99.2% |
|                                          | 80,000 | 115,000 | 87,650.67 | 145.42 | 26,445.62 | 903.71 |        |
| 57 PROPERTY               TOTAL EXPENSES | 10,000 | 10,000 | 2,565.00 | .00 | .00 | 7,435.00 | 25.7% |
|                                          | 10,000 | 10,000 | 2,565.00 | .00 | .00 | 7,435.00 |        |
| 58 MISCELLANEOUS EXP      TOTAL EXPENSES | 0 | 111,917 | 111,917.35 | .00 | .00 | -.35 | 100.0% |
|                                          | 0 | 111,917 | 111,917.35 | .00 | .00 | -.35 |         |
| 67 CAPITAL PROPERTY       TOTAL EXPENSES | 0 | 205,000 | 204,400.00 | .00 | .00 | 600.00 | 99.7% |
|                                          | 0 | 205,000 | 204,400.00 | .00 | .00 | 600.00 |        |
|                           GRAND TOTAL    | 857,300 | 830,624 | 783,786.95 | 4,188.60 | 26,445.62 | 20,391.43 | 97.5% |

** END OF REPORT - Generated by Kaye Roberts **



2

**munis** — a tyler erp solution

**tyler** technologies

07/20/2015 07:21 | Tangipahoa Parish School System - LIVE | P 1
kroberts | BUDGETARY COMPARISON SCHEDULE WITH | glytdbud
 | REV & EXPD OTHER MAGNET GF120

FOR 2015 13

JOURNAL DETAIL 2015  1 TO 2015 13

| | | ORIGINAL APPROP | REVISED BUDGET | YTD ACTUAL | MTD ACTUAL | ENC/REQ | AVAILABLE BUDGET | PCT USED |
|---|---|---|---|---|---|---|---|---|
| 51 SALARIES | | 332,096 | 361,167 | 340,450.61 | .00 | .00 | 20,716.39 | 94.3% |
| | TOTAL EXPENSES | 332,096 | 361,167 | 340,450.61 | .00 | .00 | 20,716.39 | |
| 52 BENEFITS | | 122,146 | 140,236 | 140,453.02 | .00 | .00 | -217.29 | 100.2% |
| | TOTAL EXPENSES | 122,146 | 140,236 | 140,453.02 | .00 | .00 | -217.29 | |
| 53 PURCHASED PROFESSION | | 17,206 | 18,477 | 17,148.63 | .00 | .00 | 1,328.37 | 92.8% |
| | TOTAL EXPENSES | 17,206 | 18,477 | 17,148.63 | .00 | .00 | 1,328.37 | |
| 54 PURCHASED PROPERTY | | 0 | 350 | 350.00 | .00 | .00 | .00 | 100.0% |
| | TOTAL EXPENSES | 0 | 350 | 350.00 | .00 | .00 | .00 | |
| 55 OTHER PURCHASED | | 20,376 | 14,776 | 12,209.34 | .00 | .00 | 2,566.66 | 82.6% |
| | TOTAL EXPENSES | 20,376 | 14,776 | 12,209.34 | .00 | .00 | 2,566.66 | |
| 56 SUPPLIES | | 70,888 | 64,632 | 55,363.54 | 916.43 | .00 | 9,268.62 | 85.7% |
| | TOTAL EXPENSES | 70,888 | 64,632 | 55,363.54 | 916.43 | .00 | 9,268.62 | |
| | GRAND TOTAL | 562,712 | 599,638 | 565,975.14 | 916.43 | .00 | 33,662.75 | 94.4% |

** END OF REPORT - Generated by Kaye Roberts **

3

| 07/20/2015 07:18 kroberts | | Tangipahoa Parish School System - LIVE<br>BUDGETARY COMPARISON SCHEDULE WITH<br>REV & EXPD HAMMOND MAGNET L0521 | | | | | | P 1<br>glytdbud |
|---|---|---|---|---|---|---|---|---|

FOR 2015 13

JOURNAL DETAIL 2015 1 TO 2015 13

| | | ORIGINAL APPROP | REVISED BUDGET | YTD ACTUAL | MTD ACTUAL | ENC/REQ | AVAILABLE BUDGET | PCT USED |
|---|---|---|---|---|---|---|---|---|
| 41 LOCAL REVENUE | | -3,744,172 | -3,741,933 | -3,710,173.75 | -233.46 | .00 | -31,759.13 | 99.2% |
| | TOTAL REVENUES | -3,744,172 | -3,741,933 | -3,710,173.75 | -233.46 | .00 | -31,759.13 | |
| 45 OTR REVENUE SOURCES | | -443,294 | -443,294 | .00 | .00 | .00 | -443,294.00 | .0% |
| | TOTAL REVENUES | -443,294 | -443,294 | .00 | .00 | .00 | -443,294.00 | |
| 51 SALARIES | | 2,568,248 | 2,541,562 | 2,471,538.68 | .00 | .00 | 70,023.22 | 97.2% |
| | TOTAL EXPENSES | 2,568,248 | 2,541,562 | 2,471,538.68 | .00 | .00 | 70,023.22 | |
| 52 BENEFITS | | 979,875 | 1,027,166 | 1,004,373.13 | .00 | .00 | 22,792.84 | 97.8% |
| | TOTAL EXPENSES | 979,875 | 1,027,166 | 1,004,373.13 | .00 | .00 | 22,792.84 | |
| 53 PURCHASED PROFESSION | | 227,022 | 285,698 | 233,186.42 | .00 | 9,440.04 | 43,071.08 | 84.9% |
| | TOTAL EXPENSES | 227,022 | 285,698 | 233,186.42 | .00 | 9,440.04 | 43,071.08 | |
| 54 PURCHASED PROPERTY | | 5,000 | 9,314 | 4,313.64 | .00 | .00 | 5,000.36 | 46.3% |
| | TOTAL EXPENSES | 5,000 | 9,314 | 4,313.64 | .00 | .00 | 5,000.36 | |
| 55 OTHER PURCHASED | | 109,184 | 123,471 | 70,057.11 | 1,352.26 | 464.00 | 52,949.89 | 57.1% |
| | TOTAL EXPENSES | 109,184 | 123,471 | 70,057.11 | 1,352.26 | 464.00 | 52,949.89 | |
| 56 SUPPLIES | | 298,137 | 198,036 | 146,570.04 | 101.25 | 168.84 | 51,296.82 | 74.1% |
| | TOTAL EXPENSES | 298,137 | 198,036 | 146,570.04 | 101.25 | 168.84 | 51,296.82 | |
| | GRAND TOTAL | 0 | 19 | 219,865.27 | 1,220.05 | 10,072.88 | -229,918.92********% | |

** END OF REPORT - Generated by Kaye Roberts **

4