**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **M.C. MOORE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD, ET AL.** | **SECTION "B"(1)** |

**ORDER AND REASONS**

Considering the "Court Compliance Officer's Recommendation for a Framework for use of Interim Staff Appointments" (Rec. Doc. 1548), and the fact that no objections have been filed,[1]

**IT IS ORDERED** that the Court Compliance Officer's (CCO) recommended framework (Rec. Doc. 1548) is **ADOPTED.** *See* Fed. R. Civ. P. 53(f). As envisioned by the Court's Order and Reasons that instructed the CCO to develop a framework for the use of interim appointments, *see* Rec. Doc. 1544 at 1, 14-19, the proposed framework balances the Board's practical need to adequately staff its schools, sometimes on short notice, with the remedial purposes of the staff hiring order (Rec. Doc. 866). The framework allows interim appointments that are limited in duration, *see* Rec. Doc. 1548 at 3, ensures that the Board will provide notice when making an interim appointment, *see id.* at 3-4, and provides for prompt review by the CCO of any proposed interim appointments, *see id.* at 4. Importantly, the framework also makes clear that interim

---

[1] "Any objections to the recommended framework [were] due no later than ten (10) days after" August 6, 2018. Rec. Doc. 1544 at 1.

appointments are not a substitute for, nor may they delay, permanent hiring in compliance with the staff hiring order (Rec. Doc. 866). *See* Rec. Doc. 1548 at 3, 4.

New Orleans, Louisiana, this 22nd day of August, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE