**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOYCE MARIE MOORE, ET AL.,** | * | **CIVIL ACTION NO.:  65-15556** |
| **Plaintiffs,** | * | |
| | * | |
| **VERSUS** | * | **SECTION "B" (1)** |
| | * | |
| **TANGIPAHOA PARISH SCHOOL BOARD,** | * | **JUDGE IVAN L. R. LEMELLE** |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**COURT COMPLIANCE OFFICER'S ANNUAL REPORT**</u>
<u>**FOR 2018-2019 ACADEMIC YEAR**</u>

**MAY IT PLEASE THE COURT**:

The Court Compliance Officer's ("CCO") duties and responsibilities call for submission of an annual report.[1]  Consistent with this Court's prior orders that specify the scope of the Annual CCO Report, this report is organized as follows:

A.   **Overview of CCO activities and case status for the 2018-2019 academic year.**
    1.   **Data Breach**
B.   **Specific metrics and discussion**
    1.   **The number of complaints and the nature and status of each complaint**
    2.   **A breakdown of faculty for each school by race**
    3.   **A breakdown of student population for each school by race**
    4.   **The number of majority to minority transfers approved by school and race of student**
    5.   **The number of new teachers, supervisors or special categories hired during the school year and the race of each**
    6.   **Any community issues or recommendations that have been presented to the compliance officer regarding the school system**
    7.   **Any outstanding or unresolved issues between the parties**
    8.   **Recruitment effort by the school system**
    9.   **Any other issues relative to the Court's Orders or which may be of interest to the parties**

---

[1] *See* Order at R.Doc.707, incorporating duties and responsibilities found at R.Doc.703-2, pp. 2-5.  These duties and responsibilities are confirmed in the Order found at R.Doc. 876, Ex. K.

       **a.** **Facilities and Temporary Buildings**
       **b.** **Staff Assignment**
       **c.** **Strategic Plan**
       **d.** **Diversity Awareness and Equity**
       **e.** **Discipline Issues**
       **f.** **Need For and Utility of Family Advocates**
**C.**    **Conclusion**
**D.**    **Index of Exhibits**

The 2018-2019 school year is best characterized as a time of reflection, change and forward movement. TPSB has undertaken multiple fresh approaches that would have been considered unlikely or impossible only a few years ago. Today, the parties are engaged in collaborative, good faith settlement discussions touching on all aspects of the remaining areas in which TPSB has not yet been held to be unitary.[2]

TPSB's school year began the 2018-2019 school year on August 13, 2018. TPSB implemented interim student assignment plan ("ISAP") changes in line with a Consent Order. There were challenges, but overall the extensive, tireless efforts of TPSB staff, including the CDIO, yielded mostly successful results. The student assignment metrics again showed improvement.[3]

There were minimal gains in the area of teacher assignment metrics, but TPSB's thoughtful planning, creation of strategies and implementation of its forward looking approaches is highly

---

[2]   The parties are actively engaged in good faith negotiations, to the point that drafts of proposed agreements have been circulated. The CCO has been engaged in these discussions. If and when an agreement is reached, the Parties would file whatever pleadings are required to permit the Court's full and complete review, consideration and decision on any proposals.

[3]   As the Court and parties are well aware, on June 28, 2018, the Court modified the ISAP in response to a consent motion filed by the parties. R.Doc. 1543. Following multiple, sometimes intense discussions, the parties reached a consent agreement on certain modifications to the ISAP. *See* Section (B)(2), *infra.* That modification produced modest improvements in the efficacy of the ISAP. Once TPSB reports its October 1, 2019 student enrollment statistics to Louisiana Department of Education. To the extent there are material difference between the 2018-2019 data provided in this report, particularly regarding projected population growth in the southern and southeastern parts of Tangipahoa Parish, the CCO may submit an interim report to update the Court on the most current status of modified ISAP.

encouraging.   Among other things, TPSB has devised clever teacher retention strategies that work within its very tight financial constraints.

TPSB struggles with its facilities in a general sense due to its lack of funding. What it is able to do with very limited resources is impressive and a testament to the creativity of TPSB's administrators and staff.  TPSB appears to be in good faith in its efforts to properly allocate and manage facilities.

TPSB has had more than a year to implement the Court's Order of August 22, 2018 pertaining to interim and acting staff position hiring.[4]  TPSB appears to have fully adhered to the Court's Order, and overall, TPSB seems to have made strong progress in staff and administrative hiring.  TPSB strenuously argues that its ratio of African American to non-African American staff and administrators exceeds forty percent in most areas and that it has either held steady or shown improvement for several years.  TPSB appears to be diligent and focused in addressing the limited remaining issues the Court discussed in its April 30, 2019 Order.[5]

There were a significant number of complaints, or in some instances, informal complaints on a myriad of issues that were either mutually resolved or did not become formal complaints. The CDIO played the pivotal role in the work TPSB did to resolve the large majority of complaints. The number of formal complaints is substantially the same as in the previous reporting period. The percentage of complaints is roughly forty (40%) percent employment based and sixty (60%) percent non-hiring complaints.  For the avoidance of any doubt, very few of the complaints squarely involved or directly implicated compliance, or lack of compliance, with standing Orders and Decrees in this case.  And, of those that touched on the Orders and Decrees in this case, only a very small percentage appear to have merit.   Perhaps a silver lining to the large number of

---

[4]  *See* R.Doc. 1549, Order of August 22, 2018
[5]  The Court's observations and findings in its April 30, 2019 Order regarding Central Office staff positions are noted.  *See* R.Doc. 1576 to pp. 12-13.  TPSB reports it has undertaken serious efforts to further its progress  Recent hiring decisions in that area seem to support that TPSB has taken the Court's findings to heart.

complaints is that after years of poor communications and systemic discouragement against challenging the school system, persons who feel aggrieved today seem to have a greater comfort level asserting their grievances. A suggestion for improving communication, enhancing equity and lowering the number of complaints is contained in Section B(9)(f).

Perhaps the most exciting and illustrative aspect of TPSB's approach to the previous year is how it is addressing cultural diversity, equity among system participants, discipline and adherence to its defined core values. What TPSB did and didn't do over the last school year seems to signal a different and better approach by TPSB.

### 1.      Recent Cyberattack on TPSB's electronic systems

On or about July 28, 2019, TPSB discovered possible cyberattacks that impacted phone lines, computers and stored data.[6] The cyberattack appears to be similar to recent cyberattacks on school systems in Morehouse, Ouachita and Sabine Parishes.[7] System leaders labored for long hours over several weeks to attempt to address the issues. Despite valiant efforts, TPSB was still experiencing problems with data loss and cyber-issues when students returned to school on August 12, 2019 for the commencement of the 2019-2020 school year.[8] As of the drafting of this report, TPSB continues to address issues with data loss and restoration.

Despite encountering this challenging, highly stressful obstacle, the administration and staff have performed above and beyond expectations for the benefit of TPSB's students, families,

---

[6]  *See* https://www.facebook.com/pg/Tangischools/posts/, TPSB's post of July 28, 2019 @ 11:43 PM.

[7]  *See* https://www.wwltv.com/article/news/local/northshore/tangipahoa-schools-system-discovers-possible-cybersecurity-threat/289-c3f6c3d3-738c-4414-87f8-88a7dbfc9e3a; *see generally:* https://www.theadvocate.com/baton_rouge/news/education/article_8a4bd37c-b214-11e9-87ff-a39b5f997ee8.html; https://www.wdsu.com/article/tangipahoa-parish-school-system-phone-email-lines-down-after-potential-cybersecurity-issue/28538016; https://www.fox8live.com/2019/07/29/tangipahoa-parish-school-system-investigating-potential-cyber-attack/; and https://www.knoe.com/content/news/La-Dept-of-Education-issues-guidance-after-cyberattacks-on-Monroe-Morehouse-schools-513408281.html

[8]  *See* https://www.facebook.com/pg/Tangischools/posts/, TPSB's posts of August 1, 2019 @ 8:01 PM and August 9, 2019 @ 3:30 PM.

teachers and staff.  Please note that the Superintendent, staff and TPSB counsel have been collaborative, fully cooperative and solution driven regarding all requests for data or other information.  To the extent any new data or information becomes available that materially changes any aspect of the matters contained in this report, the CCO will update the Court as appropriate.

**B.  Specific Metrics and Discussions**

### 1.  The number of complaints and the nature and status of each complaint

During the 2018-2019 school year, there were twenty eight (28) matters presented to either the CCO or CDIO alleging a lack of compliance with Orders and Decrees in this matter.  Of them twelve (12) were personnel or hiring complaints asserted by an aggrieved person on a discrete hiring matter, and sixteen (16) complaints involved non-hiring issues.

There was a significant difference in *Moore* case complaint handling between recent prior years and the 2018-2019 school year.  The CCO has worked closely with TPSB to establish TPSB's ongoing ability to independently address complaints of lack of compliance with standing Orders and Decrees in a fair and prompt manner.  Toward that end the CCO has provided TPSB greater leeway in the investigation and reporting on complaints, and where possible promptly resolving them.  This step forward became possible in light of TPSB's more collaborative, team oriented approach to resolution of this matter.  The CDIO has been instrumental in working with complainants and resolving matters upon which the parties could agree.  Of course, the CCO has maintained oversight of the *Moore* complaints and complaint process and has monitored the progress of TPSB's handling of them.[9]  TPSB has been cooperative and in good faith throughout this effort.  As with most new approaches, there were a few rough edges and speed bumps that were encountered.  Overall, the results have been positive and encouraging.

---

[9]  The CCO ultimately assured that each complaint either had been mutually resolved by the parties, or if the parties could not agree, the CCO has issued an appropriate report and recommendations, or such a report is forthcoming.

The lion's share of complaints asserted during the 2018-2019 school year did not involve a lack of compliance with Orders and Decrees in this case.  The fact that persons of different races interact in a way that is unsatisfactory to a participant or otherwise prompts a complaint does not necessarily mean that race or discriminatory motivations played any role in the interaction or outcome.  Moreover, not every wrong, actual or perceived, that involves race qualifies as a *de facto* or *de jure* affront to or lack of compliance with Orders and Decrees in this case.

The following is listing of and general information on each formal complaint:

| | | | | | |
|---|---|---|---|---|---|
| **2018-2019 COMPLAINTS PRESENTED TO CCO OR CDIO**[10] | | | | | |
| | **Party** | **Date Asserted** | **Nature of Complaint** | **Status** | **Compliance issue?** |
| **EMPLOYMENT/ HIRING COMPLAINTS** | | | | | |
| 1 | *M.J.*[11] | 6/4/18 | Complainant (black) objected to TPSB's failure to hire complainant instead of a non-black applicant. Complainant's performance history and job related discipline supported TPSB's hiring of the non-black candidate as "more qualified" than complainant.  CCO Recommendation issued on 8/6/2018 with no timely appeal. | Resolved | No |
| 2 | *K.G.*[12] | 6/6/18 | Complainant alleged that TPSB violated Orders when hiring staff when it hired a non-black candidate for the Superintendent's position. CCO recommendation submitted on June 20, 2018 finding no lack of compliance; Superintendent hiring not covered in standing Orders and Decrees. No timely appeal was taken. | Resolved | No |
| 3 | NAACP[13] | 6/18/18 | Complaint re interim hiring positions placements, where processes were not followed by the old administration.  TPSB agreed to determine if the positions were | Resolved | Yes |

---

[10]  There were two claims listed as in abeyance in the 2018 CCO Annual Report.  R.Doc. 1550, p.9.

[11]  Although this complaint occurred during the 2018-2019 school year, it was also reported in the 2018 CCO Annual Report.  *See* R.Doc. 1550, pp.7-8. As for the other complaints that were pending at the beginning of the 2018-2019 school year, the *T.P.* complaint was withdrawn.  There was no finding relative to *T.P's* complaint of a lack of compliance with Orders and Decrees in this matter.  The *P.H.* complaint remains active. *Id.*  The *D.H.* complaint was resolved without a recommendation, through successful interaction by and with the CDIO.  There was no finding of lack of compliance regarding *D.H.'s* complaint.  The *S.R.* complaint is one and the same as the Scheilla Robertson, Ph.D. discussed above.  The Court found a lack of compliance in that matter.  Also, there are two complaints, *A.A. and L.B.* that are presently in abeyance due to the institution and pendency of another proceeding.

[12]  Although this complaint occurred during the 2018-2019 school year, it was also reported in the 2018 CCO Annual Report.  *See* R.Doc. 1550, p.9.

[13]  Although this complaint occurred during the 2018-2019 school year, it was also reported in the 2018 CCO Annual Report.  *See* R.Doc. 1550, p.9.

| | Party | Date Asserted | Nature of Complaint | Status | Compliance issue? |
|---|---|---|---|---|---|
| | | | needed, and if so, to following proper interview process. | | |
| 4 | Deanne Foster | 8/27/18 | Failure to hire a qualified black applicant as AP at HWMS. CCO Recommendation appealed by TPSB; Court found a lack of compliance. R.Doc. 1572. | Resolved | Yes |
| 5 | Betts, Osa | 10/12/18 | Alleged failure to hire a qualified black applicant where TPSB hired another qualified black applicant. Court affirmed CCO Recommendation of no lack of compliance. R.Doc. 1571. | Resolved | No |
| 6 | *P.H.* | 11/9/2018 | Complainant alleges eligibility for a position for which complainant should have been hired but was not. Efforts at informal resolutions with CDIO as interface unsuccessful. CCO Recommendation finding no lack of compliance. | Resolved[14] | No |
| 7 | *B.E.* | 11/28/2018 | Complainant alleges eligibility for a position for which complainant should have been hired but was not. Efforts at informal resolutions with CDIO as interface unsuccessful. CCO Recommendation finding no lack of compliance. | Resolved[15] | No |
| 8 | Robertson, Schellia | 12/14/18 | Failure to hire qualified black applicant as Technology Coordinator. CCO Recommendation appealed by TPSB; finding of lack of compliance by Court. R.Doc. 1573. | Resolved | Yes |
| 9 | *R.D.* | 12/21/18 | Complainant (non-black) hired in interim role, and position subject to interview. Complainant withdrew complaint. | Resolved | No |
| 10 | *D.A.* | 1/28/19 | Complainant disciplined and initially asserted complaint. Subsequently, complainant voluntarily resigned and withdrew complaint. | Resolved | No |
| 11 | *O.D.* | 2/21/19 | Complaint alleges eligibility for a position for which complainant should have been hired but was not. Efforts at informal resolutions with CDIO as interface unsuccessful. Subsequently, Complainant filed a complaint with EEOC. The mater is in abeyance. | Abeyance | |
| 12 | Class Counsel | 6/11/19 | Complaint regarding process for hiring various positions at Loranger schools. TPSB voluntarily produced multiple materials to Class Counsel, and provided TPSB Superintendent and CDIO to address questions and issues. Subsequently, complaint withdrawn. | Resolved | No |

---

[14] The CCO issued a Report and Recommendation on September 14, 2019.
[15] The CCO issued a Report and Recommendation on September 14, 2019.

| | Party | Date Asserted | Nature of Complaint | Status | Compliance issue? |
|---|---|---|---|---|---|
| | | | **NON-EMPLOYMENT/ HIRING COMPLAINTS** | | |
| 13 | *K.J.* | 10/18/2018 | Parent complaint of refusal to make medical accommodation for student/ Complainant's child, supported by health care provider request and medical documentation. | Resolved | No |
| 14 | *A.D.* | 11/09/18 | Parent complaint that teacher (non-black) at Champ Cooper Elementary School used a racial epithet directed toward a student (black). School system acted on complaint. Response unsatisfactory to Complainant. CCO Report and Recommendation of no lack of compliance. | Resolved[16] | No |
| 15 | *T.F. and S.L.* | 11/27/2018 | Complaint regarding scope and degree of discipline to African American children as a result of an incident on a school bus. CDIO engaged as interface. The students sent to TPAS; completed the TPAS program and ultimately returned to their assigned school. There were issues upon return with catching up for class work and curriculum. | Pending | |
| 16 | *J.W.* | 1/29/19 | African American Complainant has multiple complaints related to alleged improper and disparate treatment. Efforts at informal resolutions with CDIO as interface unsuccessful. CCO Recommendation to be provided. | Pending | |
| 17 | *T.P.* | 1/31/19 | Parent complaint A non-African American teacher threw an eraser at an African American student. The teacher was disciplined by TPSB. TPSB would provide no details to Complainant, which has caused the complaint to persist. | Resolved | No |
| 18 | *M. M.* | 2/3/19 | Parent complaint regarding scope and degree of discipline over verbal threat by one student to another. CDIO engaged as interface. | Resolved | No |
| 19 | *L.W.* | 2/28/19 | HWMS staff member's spouse (African American) who is not a TPSB employee, confronted an African American student on school premises, without authorization and inconsistent with TPSB discipline policy and procedure. No discipline against employee. CDIO engaged as interface. Complaint resolved. | Resolved | No |
| 20 | *J.J.* | 2/28/19 | Parent complaint over inability to transfer student child inter-district (outside of Parish) to Roseland Montessori. Resolved. | Resolved | No |
| 21 | *R.B.* | 3/12/19 | Parent complaint regarding student discipline matter. African American child sent to TPAS from Roseland Montessori School, and following discipline, child sent | Resolved | No |

---

[16] The CCO issued a Report and Recommendation on September 14, 2019.

| | | | | | |
|---|---|---|---|---|---|
| | | | to home school per student assignment zone area rather than back to RMS, as set forth in TPSB policies and procedures.   CDIO engaged as interface.  Resolved. | | |
| 22 | *B.T.* | 3/12/19 | Parent complaint regarding non-African American teacher's interaction with critically ill African American student; no allegation of physical interaction issues. CDIO engaged as interface.  Resolved. | Resolved | No |
| 23 | *D.B.* | 3/12/19 | Parent complaint regarding student discipline issue; concern over scope of discipline.   CDIO engaged as interface. Resolved. | Resolved | No |
| 24 | *S.J* | 3/20/19 | Parent complaint regarding non-African American teacher at Martha Vinyard Elementary School slapping African American student. CDIO engaged as interface. Unable to resolve. Report and Recommendation of no lack of compliance. | Resolved | No |
| 25 | *A.A.* | 4/1/2019 | Parent complaint that teachers reportedly assaulted and battered an African American child and over-administered discipline while breaking up a fight related incident. Suit for damages filed, and the Complaint is held in abeyance. | Abeyance | |
| 26 | *E.M* | 4/4/19 | Parent complaint regarding discipline administered to African American students for a fight in neighborhood, on a weekend day, off of school premises, unassociated with school event or TPSB. CDIO engaged as interface. Resolved. | Resolved | No |
| 27 | *K.F.* | 4/11/19 | Parent complaint regarding discipline administered to African American students for fighting in their neighborhood, on a weekend day, off of school ground, unassociated with school event or TPSB. CDIO engaged as interface. Resolved. | Resolved | No |
| 28 | *L.B.* | 5/24/19 | Parent complaint regarding African American child in SPEDs/ 504 Program allegedly not receiving proper accommodation.  USDOE Office of Civil Rights reportedly investigating.  Thus, the Complaint is held in abeyance. | Abeyance | |

The length of time to process complaints has occasionally taken a little longer than the CCO prefers.  There are two outstanding complaints not held in abeyance *T.F/ S.L.* (15) and *J.W. (16).*  Regarding *J.W.'s* (16) complaint, briefing deadlines were set and passed, [17] A CCO Report

---

[17]  Complainant's additional briefing, if any, was due on September 3, 2019.  TPSB and Class briefing was due on September 10, 2019.  No party submitted any additional briefing.

and Recommendation is forthcoming.  The remaining complaint of *T.F/ S.L.* (15)  remains under investigation.[18]

In addition, although the complaint by *A.D.* (13) was resolved by a Recommendation of no lack of compliance, Class Counsel believes that the nature of the complaint, and circumstances surrounding it are serious enough to merit additional investigation to attain assurances that Champ Cooper Elementary School has appropriate safeguards and protections in place to minimize the risk of possible similar issues.  The CCO and CDIO agree.  Although this complaint is the only instance of a similar formal complaint that has occurred at Champ Cooper, out of an abundance of caution, the CDIO is presently investigating whether there are repeated issues, systemic problems at Champ Cooper or otherwise a lack of proper safeguards and protections that should reasonably mitigate the chance of additional complaints or a hostile environment.  To the extent there are issues discovered, the CCO will report back to the Court and parties, as appropriate.

Persistent high volumes of complaints underscore that there continue to be challenges with how participants in the complaint process communicate and work together. That process provides an essential opportunity for oversight of TPSB's progress toward becoming completely unitary. Moreover, the facts discovered in various investigations that were prompted by individual complaints have led to discovery of past compliance issues.  This past school year, TPSB was provided greater leeway to collaboratively resolve *Moore* complaints early in the process.  While the results were generally good, there is room for improvement.[19]  Further progress can best be accomplished with enhanced  collaboration between TPSB, the CCO and CDIO.

---

[18]  These complaints arises out of the same set of facts, and they have been handled as a single complaint.  Short of an agreement among the Complainants and TPSB, a Report and Recommendation is expected no later than October 31, 2019.

[19]   The ability of the CDIO to function as intended has been extremely helpful to communication and complaint resolution.  However, TPSB's timeliness in getting complaints either resolved or informing the CCO of a lack of resolution needs improvement.  In addition, how communication occurs and early stalemates in productive

## 2.  A breakdown of faculty for each school by race

A complete breakout of the racial mix of teachers and how they were assigned throughout the system during the 2018-2019 school is contained in Exhibit 1.  Below is a summary of teacher population metrics that includes comparative figures from the 2017-2018 school year:

| School | 2018 Teachers | 2018 Non-Black | 2018 Black | 2019 Teachers | 2019 Non-Black | 2019 Black | Change # Black |
|---|---|---|---|---|---|---|---|
| Amite Magnet | 37 | 27 | 10 | 35 | 28 | 7 | -3 |
| Amite High | 33 | 21 | 12 | 32 | 20 | 12 | 0 |
| Champ Cooper Elementary | 39 | 34 | 5 | 41 | 37 | 4 | -1 |
| Chesbrough Elementary | 27 | 2 | 3 | 29 | 25 | 4 | +1 |
| Hammond Eastside Magnet | 80 | 68 | 12 | 86 | 71 | 15 | +3 |
| Hammond Westside Montessori | 77 | 65 | 12 | 77 | 65 | 12 | 0 |
| Greenville Park | 46 | 17 | 29 | 45 | 15 | 29 | 0 |
| Hammond High | 94 | 69 | 25 | 101 | 74 | 27 | +2 |
| Independence Leadership | 36 | 30 | 6 | 30 | 24 | 6 | 0 |
| Independent Magnet | 25 | 16 | 9 | 25 | 12 | 13 | +4 |
| Independence High | 28 | 22 | 6 | 27 | 20 | 7 | +1 |
| Kentwood High | 27 | 10 | 17 | 28 | 9 | 19 | +2 |
| Loranger Elementary | 43 | 38 | 5 | 44 | 39 | 5 | 0 |
| Loranger Middle | 36 | 29 | 7 | 38 | 30 | 8 | +1 |
| Loranger High | 43 | 35 | 8 | 41 | 33 | 8 | 0 |
| Midway Elementary | 29 | 23 | 6 | 33 | 25 | 8 | +2 |
| Natalbany Middle | 29 | 14 | 15 | 28 | 13 | 15 | 0 |

---

communications can be improved.  TPSB has expressed interest and willingness to continue its progress in these areas.

| School | 2018 Teachers | 2018 Non-Black | 2018 Black | 2019 Teachers | 2019 Non-Black | 2019 Black | Change # Black |
|---|---|---|---|---|---|---|---|
| Lucille Nesom | 32 | 22 | 10 | 30 | 20 | 10 | 0 |
| Tangipahoa Alt. School Program | 20 | 11 | 9 | 20 | 10 | 10 | +1 |
| O.W. Dillon Leadership | 28 | 11 | 17 | 24 | 9 | 15 | -2 |
| Perrin Early Learning Center | 24 | 19 | 5 | 24 | 19 | 5 | 0 |
| Ponchatoula High | 103 | 93 | 10 | 103 | 93 | 10 | 0 |
| Ponchatoula Jr. High | 42 | 36 | 6 | 43 | 37 | 6 | 0 |
| D.C. Reeves Elementary | 37 | 27 | 10 | 36 | 30 | 6 | -4 |
| Roseland Montessori | 28 | 24 | 4 | 27 | 23 | 4 | 0 |
| Spring Creek Elementary | 23 | 19 | 4 | 24 | 20 | 4 | 0 |
| Sumner High | 30 | 27 | 3 | 28 | 25 | 2 | -1 |
| Sumner Middle | 23 | 20 | 3 | 25 | 22 | 3 | 0 |
| Tucker Elementary | 34 | 29 | 5 | 35 | 30 | 5 | 0 |
| Martha Vinyard Elementary | 37 | 33 | 4 | 37 | 30 | 7 | +3 |
| Amite Westside Elementary | 28 | 19 | 9 | 29 | 21 | 8 | -1 |
| Woodland Park | 41 | 27 | 14 | 38 | 23 | 15 | +1 |
| **District-Wide** | **1259** | **959** | **300** | **1262** | **953** | **309** | **+9** |

The systemwide teacher population ratios for the previous year were 24.5% black teachers and 75.5% non-black teachers. The net number of black teachers increased by nine (9) teachers (0.6% of overall teacher population) from the previous year. At present, TPSB has not yet achieved the forty (40%) percent system-wide aspirational goal for hiring of qualified black teachers. As more fully discussed in this section and Section B(8), TPSB appears to be in good faith in hiring as many qualified black teacher applicants as it can.

Despite its intentions, TPSB faces significant competition from other school systems in Louisiana and beyond, which offer their teachers and staff higher levels of compensation and benefits than TPSB presently offers.  As the Court and parties are well aware, several nearby Parishes have significantly higher property tax rates, which in turn provides those school systems more revenue and funding.  TPSB has not yet been able to raise additional funds, through a tax proposal to voters or otherwise, that would enable it to increase teacher pay consistent with nearby Parishes and school systems that compete with TPSB in hiring teachers.

Class Counsel has questioned and expressed concerns about the distribution of black and non-black teachers within TPSB's school.  Specifically, Class Counsel expresses concerns that TPSB assigns disproportionate numbers of teachers to schools that are already disproportionately skewed by the same race in terms of student assignment, offering several illustrative comparisons: O.W. Dillion and Kentwood High contrasted with Spring Creek Elementary and Sumner High, as well as Greenville Park and Woodland Park contrasted with Ponchatoula Junior High and Champ Cooper.  This has been an ongoing topic of discussion.

Along with meaningful recruiting and retention strategies that TPSB has formulated and is implementing,[20] TPSB has been candid in acknowledging that there are teacher assignment issues. More importantly, it has crafted the following steps and measures that it is presently undertaking to improve the teacher assignment metrics from the 2018-2019 school year:

## TEACHER ASSIGNMENT STRATEGY[21]
### (TO BALANCE THE RATIO OF BLACK/WHITE TEACHERS AT EACH SCHOOL)

| ACTION | TIMELINE | PERSON(S) RESPONSIBLE |
|---|---|---|
| Communicate the need to attain this "Green Factor" to all stakeholders. | January 2019 | Superintendent & HR Director |

---

[20]  *See* Section B(8), *infra.*
[21]  Table provided by TPSB.  Exhibit 21, p. 5.

| | | |
|---|---|---|
| Notify the principals whose schools are significantly out of the acceptable racial deviation. | January 2019 | HR Director |
| Seek voluntary teacher transfers. | February 2019 | HR Director & Principals of Identified Schools |
| Identify the Central Office staff member who makes the final decision to involuntarily transfer teachers. | January 2019 | Superintendent |

It is too soon to know whether TPSB's new strategies and efforts will have positive effects on the sometimes skewed metrics at several TPSB schools.  Certainly, no later than the end of the current school year, there will be hard data available to evaluate.

### 3.  A breakdown of student population for each school by race

TPSB has thirty-three (33) schools in its system.[22]  A total of 19,481 students were enrolled in TPSB schools as of October 1, 2018.[23]  Of the total students enrolled on that date, 9,476 were black, representing 48.6% of the total student population, and 10,015 were non-black, representing 51.4% of the student population.[24]  Although official student counts for the 2019-2020 school year are not yet available, school administrators believe that TPSB's student population will be larger in the new school year, and the growth will likely be in the south and south-east geographic areas

---

[22]  For purposes of this discussion, I have not included the Florida Parishes Juvenile Center, Tangipahoa Parish Alternative School ("TPAS") or SE Lab School.  The Juvenile Center never has been considered included within this case, and does not receive traditional student assignment to make up its student population. TPAS attendance figures change as a result of systemwide student discipline.  TPSB does not provide data or metrics that include the SE Lab School, and the parties disagree whether the SE Lab School should be covered by the Orders and Decrees in this case.

[23]  Exhibit 2 contains overall student population/ assignment reporting data, as well as school specific data for both October 1, 2018 and February 1, 2019 student populations by school. The Louisiana Department of Education ("LDOE") requires public school systems to initially report student enrollments on Oct. 1 of the school year, for purposes of calculating Minimum Foundation Program ("MFP") funding and any other uses LDOE might have for the data.  LDOE also requires public school systems to report student enrollments as of February 1st of a school year, in order to make any required MFP funding adjustments, and possibly other purposes.  For purposes of the +/- 15% analysis the Court has employed, the Court has directed the use of the Oct. 1 reporting figures, and that is the data that is provided in this report.  *See* R.Doc. 1264, sec. F, p.11.  *Cf.* R.Doc. 876, p.6, sec. 1(G).

[24]  *See* Exhibit. 2, p. 2.  *cf.*  2017 student counts of 9,353 black student (49.0%) and 9,729 non-black students (51.0%) for a total student population of 19,082.

of Tangipahoa Parish.[25]  The following table offers a summary of October 2018 student enrollment

for each referenced TPSB school:

| October 2, 2018 Student Populations By School[26] | | | | | |
|---|---|---|---|---|---|
| School | # Black | Black % | # NB | NB % | Total |
| North Zone | | | | | |
| O.W. Dillon | 317 | 96.4 | 12 | 3.6 | 329 |
| Kentwood High | 269 | 95.4 | 13 | 4.6 | 282 |
| Sumner Middle | 128 | 40.1 | 191 | 59.9 | 319 |
| Sumner High | 178 | 40.6 | 260 | 59.4 | 438 |
| Spring Creek Elementary | 127 | 39.0 | 199 | 61.0 | 326 |
| Chesbrough Elementary | 155 | 42.5 | 210 | 57.5 | 365 |
| Amite Elementary | 402 | 79.9 | 101 | 20.1 | 503 |
| Amite Westside Middle | 292 | 82.0 | 64 | 18.0 | 356 |
| Roseland Montessori Elem. | 198 | 41.3 | 281 | 58.7 | 479 |
| Amite High | 329 | 79.3 | 85 | 20.7 | 415 |
| Central Zone | | | | | |
| Independence Middle | 188 | 57.0 | 142 | 43.0 | 330 |
| Independence Elementary | 212 | 55.2 | 172 | 44.8 | 384 |
| | | | | | |
| Natalbany Middle | 203 | 53.1 | 179 | 46.9 | 382 |
| Independence High | 188 | 57.0 | 142 | 43.0 | 330 |
| Loranger Elementary | 233 | 30.0 | 545 | 70.0 | 778 |
| Loranger Middle | 206 | 31.8 | 441 | 68.2 | 647 |
| Loranger High | 228 | 34.8 | 428 | 65.2 | 656 |
| South Zone | | | | | |
| Midway Elementary | 284 | 59.2 | 196 | 40.8 | 480 |
| Lucile Nesom Elementary | 200 | 43.3 | 262 | 56.7 | 462 |
| Hammond Westside Mont. | 718 | 61.0 | 458 | 39.0 | 1176 |
| Hammond Eastside Elem. | 611 | 46.3 | 710 | 53.7 | 1321 |
| Woodland Park Elementary | 302 | 83.4 | 60 | 16.6 | 362 |
| Greenville Park Elementary | 439 | 90.3 | 47 | 9.7 | 486 |
| Hammond High | 829 | 57.1 | 615 | 42.9 | 1436 |
| Champ Cooper Elementary | 202 | 26.4 | 562 | 73.6 | 764 |
| Perrin Early Learning Ctr. | 165 | 39.1 | 257 | 60.9 | 422 |
| Tucker Elementary | 281 | 41.1 | 402 | 58.9 | 683 |
| D.C. Reeves | 263 | 39.8 | 298 | 60.2 | 681 |
| Martha Vinyard | 289 | 39.0 | 452 | 61.0 | 741 |
| Ponchatoula Junior High | 294 | 36.2 | 519 | 63.8 | 813 |
| Ponchatoula High | 555 | 29.6 | 132- | 70.4 | 1875 |

---

[25]   As stated in footnote note 3, *supra,* as appropriate, the CCO may supplement this report to provide new, additional information that may be of interest to the Court.

[26]   The school listings in this table are organized from North to South geographically, which is consistent with TPSB's previous presentations of the data, and the CCO's reporting of it to the Court.  However, for the current period, the raw data regarding student assignment is not presented either by zone or alphabetically.  *cf.* Exhibit 2.

During this 2018-2019 school year, eleven (11) schools, or one third (1/3) of the total, fell outside of the +/- 15% metric.[27]  Comparatively, during the 2017-2018 school year, thirteen (13)[28] of TPSB's schools, fell outside of the +/- 15% metric; and during the 2016-2017 school year, sixteen (16) schools were outside the +/- 15%  range.[29]  As a baseline, in 2015-2016, when the ISAP was implemented, there were eighteen (18) schools that fell outside of the +/- 15% metric.[30] The 2018-2019 out of range schools are as follows:

| | *TPSB SCHOOLS FALLING OUTSIDE +/- 15% SYSTEM-WIDE RACIAL MIX*[31] | | | |
|---|---|---|---|---|
| | **School** | **Percent Black** | **Percent Non-Black** | **Deviation** |
| 1 | O.W. Dillon Elementary School | 96.4 | 3.6 | 47.8% |
| 2 | Kentwood High Magnet School | 95.4 | 4.6 | 46.8% |
| 3 | Amite Elementary School | 79.9 | 20.1 | 31.3% |
| 4 | Amite Westside Middle School | 82.0 | 18.0 | 33.4% |
| 5 | Amite High School | 79.3 | 20.7 | 30.7% |
| 6 | Loranger Elementary School | 30.0 | 70.0 | 18.6% |
| 7 | Loranger Middle School | 31.8 | 68.2 | 16.8% |
| 8 | Woodland Park Magnet School (Pre-K – 8)[32] | 83.4 | 16.6 | 34.8% |
| 9 | Greenville Park Magnet School (Pre-K – 8)[33] | 90.3 | 9.7 | 41.7% |
| 10 | Champ Cooper School | 26.4 | 73.6 | 22.2% |
| 11 | Ponchatoula High School | 29.6 | 70.4 | 19.2% |

[27]  R.Doc. 1264, sec. D, p.10.  *Cf.*  R.Doc. 876, p. 6, sec. 1(G).  Consistent with R.Doc. 1264, I have used the October 1 student counts.  The parties disagree whether the Southeastern University Laboratory School ("SE Lab School") should be included in this analysis.  If the Southeastern University Laboratory School ("SE Lab School") is included, TPSB may twelve (12) schools outside the +/- 15% metric.

[28]  The Southeastern Lab School was included in the fourteen (14) schools outside of the +/- 15% metric.  TPSB has produced no metrics on the Lab School, and consistently maintains that it is not included as a TPSB system school in this matter.  That remains unclear to the CCO.  *See* R.Doc. 1550, p.14, n.20.  The CCO is unable to offer any metrics or analysis pertaining to it.

[29]  *See* R.Doc. 1550, p.13, 2018 CCO Annual Report.

[30]  *See* R.Doc. 1412 at pp. 10-11.

[31]  This table is organized by schools from the furthest north to the southernmost schools in TPSB's system.

[32]  Prior to the ISAP, Woodland Parks was configured as a Pre-K and Kindergarten school.  Under the original ISAP, it was reconfigured to a Pre-K through eighth grade school.  When that changed proved counter-productive to the ISAP's goals and best interests of students, families and teachers, the parties modified Woodland Park's grade configuration to Pre-K through sixth grade for the 2018-2019 school year.  For the current school year (2019-2020) Woodland Park will have grades Pre-K through third.  In turn, Greenville Park took on Woodland Park's seventh and eighth grade students for the 2018-19 school year, and this year it brought on Woodland Park's fourth through sixth grade students, in addition to seventh and eighth graders.  *See* R.Doc. 1539, p. 4.

[33]  *Id.*

Notably, two (2) schools, Independence Middle School and Loranger High School, improved enough to move within the +/- 15% range over the last school year.[34]

TPSB's implementation of the Court's June 28, 2018 Order authorizing the Parties' consent modifications to the ISAP was successful overall.[35]   The success of ameliorating the ill effects caused by the ISAP as originally conceived was clearest at the two impacted Independence schools.   Both schools are back to within the +/- 15% range.   Teachers and administrators report improvement and satisfaction over the return to pre-ISAP student assignment at those schools. Some progress was seen at other schools.   The modifications last year in student assignment at Woodland Park and Greenville Park required significant planning and effort.   TPSB Staff meet at least monthly to plan, coordinate and implement the changes required.   The school system handled the planning and logistical challenges well.[36]

Based on complaints and independent observations, the CCO and CDIO expressed concerns about the racial makeup of Pre-K classes in two schools:  Hammond Westside Montessori School ("HWMS") and to a lesser degree Hammond Eastside Magnet School ("HEMS").   TPSB provided access to its staff most familiar with the federal grant programs relative to Pre-K, and to a lesser degree, Kindergarten students.   These well versed, highly competent staff members patiently and fully explained the multiple aspects of how and why classroom assignments must occur as they do in order to comply with various federal grant laws, rules and regulations.   The CCO and CDIO were afforded a collaborative and free ranging opportunity to explore multiple detailed aspects of these classroom assignment.   This was unlike the CCO's experiences with

---

[34]   Independence Middle School, which was the subject of a modification of the ISAP last school year, returned to its pre-ISAP status where it was well within the =/- 15% range, now at 57% black and 43.0 % non-black.  Loranger High School, a predominantly non-black school, moved to a 13.8% variance as of October 2018.
[35]   R.Doc. 1543.
[36]   Exhibit 3 is a detailed summary provided by TPSB of its handling of the implementation of the ISAP modifications required by R.Doc. 1543.

earlier investigations in prior years.  The CCO and CDIO are satisfied with TPSB's explanations, and both are convinced that the classroom assignments for PreK classes at HWMS and HEMS are appropriate; contain no improper element of racial animus or motivation; and are compliant with the standing Orders and Decrees in this case.[37]

4. **The number of majority to minority transfers approved by school and race of student**

There have been a total of 761 majority to minority ("M to M") transfers allowed for the 2018-2019 school year, of which 731 were black students and 30 were non-black students.[38]  The total M to M transfers represents four (4%) percent of TPSB's student population.  The total transfers for any reason was 2,559, which represents thirteen and one tenth (13.1%) percent of TPSB's student population. TPSB has provided the following big picture data that covers all approved transfers for whatever reason:

| 2019-2020 Transfer Summary Report | | | | | | |
|---|---|---|---|---|---|---|
| School | Child of Employee | Magnet | Magnet opt out | Extraordinary circumstances | M to M | Grand Total |
| Amite Elementary Magnet School | 12 | | | | | 12 |
| Amite High Magnet School | 14 | | | | 3 | 17 |
| Amite Westside Middle Magnet | 3 | | | | | 3 |
| Central Office Administrators | | 2 | | | | 2 |
| Champ Cooper School | 27 | | 11 | 1 | 120 | 159 |
| Chesbrough Elementary School | 16 | | | | 19 | 35 |
| D.C. Reeves Elementary School | 10 | | 5 | | 50 | 65 |
| Greenville Park Leadership Academy | 8 | 1 | | | | 9 |
| Hammond Eastside Magnet School | 69 | 253 | | 1 | | 323 |
| Hammond High Magnet School | 20 | 323 | | 3 | 17 | 363 |
| Hammond Westside Montessori School | 36 | 279 | | | | 315 |
| Independence High Magnet School | 4 | | | | 2 | 6 |

---

[37] Exhibit 4 is a summary of information regarding Pre-K classroom assignments that was prepared by TPSB.
[38] *See* Exhibit 5, which was provided by TPSB. The following schools are majority black schools into which the thirty (30) non-black students were M to M transferees:  Amite Magnet High School (3), Hammond High Magnet School (17), Independence High Magnet School (2), Midway Elementary School (4) and Natalbany Middle School (4).

| School | Child of Employee | Magnet | Magnet opt out | Extraordinary circumstances | M to M | Grand Total |
|---|---|---|---|---|---|---|
| Independence Leadership Academy | 3 | | | | | 3 |
| Independence Magnet School | 3 | 4 | | | | 7 |
| Jewel M. Sumner High School | 15 | | | | 41 | 56 |
| Jewel M. Sumner Middle School | 8 | | | | 25 | 33 |
| Kentwood High Magnet School | 3 | | | | | 3 |
| Loranger Elementary School | 8 | | | | 23 | 31 |
| Loranger High School | 18 | | | | 70 | 88 |
| Loranger Middle School | 18 | | | 1 | 47 | 66 |
| Lucille Nesom Memorial School | 5 | | | | 7 | 12 |
| Martha Vinyard Elementary School | 17 | | 4 | | 58 | 79 |
| Midway Elementary School | 4 | | 9 | 1 | 4 | 18 |
| Natalbany Middle School | 1 | | 3 | 1 | 4 | 9 |
| O.W. Dillon Leadership Academy | 10 | | | | | 10 |
| Perrin Early Learning Center | 6 | | 3 | | 14 | 23 |
| Ponchatoula High School | 35 | | | 1 | 140 | 176 |
| Ponchatoula Junior High School | 13 | | 5 | | 60 | 78 |
| Roseland Montessori School | 32 | 433 | | 3 | | 468 |
| Spring Creek Elementary School | 13 | | | | 28 | 41 |
| Tucker Elementary School | 5 | | 4 | 1 | 29 | 39 |
| Woodland Park Magnet School | 1 | 9 | | | | 10 |
| **Grand Total** | **437** | **1304** | **44** | **13** | **761** | **2559** |

The 2018-2019 transfer figures represent a modest increase in total transfers for any reason, from 2,116 transfers in 2017-2018, representing 11.2% of the student population, to 2,559 transfers in 2018-2019, representing 13.1% of the student body. The most significant area of increase was M to M transfers, which increased from 350 in to 2017-2018 to 751 for 2019. TPSB appears to have been diligent in its efforts to notify students' families of the multiple transfer and school selection options available.[39]

---

[39] Exhibit 6 is a sampling of illustrative materials provided by TPSB documenting its efforts to inform all student families of transfer and school selection options.

5. **The number of new teachers, supervisors or special categories hired during the school year and the race of each**

TPSB reports hiring a total of 193 new teachers during the reporting period.[40]  Of the new teachers hired, 56 (29.0%) were black[41], and 137 (71.0%) were non-black.  In addition, TPSB actively hired staff during the reporting period.  TPSB's staff hiring during the reporting period is broken out as follows:

| 2018-2019 STAFF HIRING | | | |
|---|---|---|---|
| Category | Total | Black #/ - % | Non Black #/% |
| Staff | 7 | 3 - 42.9% | 4 – 57.1% |
| Principals | 5 | 4 – 80.0% | 1 – 20% |
| Assistant Principals | 15 | 9 – 60.0% | 6 – 40% |

6. **Any community issues or recommendations that have been presented to the compliance officer regarding the school system**

There were a wide variety of concerns expressed to the CCO and CDIO over the course of the 2018-2019 school year.  Simply identifying the nature of these complaints or issues, or that there was a complaint or concern expressed, does not, in and of itself, make the allegation factually accurate or validate that there is a problem in that specific area.  The CCO's duties and responsibilities require the reporting of this information.[42]  Importantly, when a complaint, concern or suggestion is not presented formally, TPSB is not afforded an opportunity to respond. Therefore, by offering a general summary of the complaints, the CCO offers no opinion on any of them, or whether there has, in fact, been a lack of compliance with standing Orders and Decrees.

The following categories are the areas into which the majority of informal complaints, concerns and suggestions logically fall.

    a.     The ISAP and related attendance zones adversely impacts black students.

---

[40]  *See* Exhibit 7, TPSB's submission.
[41]  *cf.* previous school year, where 33.5% of new teacher hires were black teachers.  *See* R.Doc. 1550, p.16.
[42]  *See* footnote 1, *supra*.

b.   The ISAP creates disadvantages to black students in terms of educational opportunity and effectiveness of educational efforts, particularly with the Hammond area schools.

c.   The 2018 modifications to the ISAP created only minor improvements.

d.   Despite the 2018 modifications to the ISAP student assignment zones, the results continue to unfairly deprive black students who wish to attend Hammond Eastside Magnet School ("HEMS") from attending HEMS.

e.   Students in Ponchatoula have been immune for busing outside of the City of Ponchatoula. Those students are primarily non-black, and the failure to treat them like other students is racially discriminatory. [43]

f.   In the Hammond area the ISAP has worsened the extremely high concentrations of at risk students at the two hyper-segregated Pre-K through 8th grade schools: Woodland Park and Greenville Park.

g.   TPSB staff is retaliatory, and "they" will exact retribution against anyone who criticizes the system or leaders in it. For an employee to make a complaint or otherwise cooperate in desegregation efforts would be fatal or highly damaging to their job or career with TPSB.

h.   Persons have expressed concerns and doubts about the efficacy TPSB's minority recruiting efforts, expressing that there are additional opportunities to improve the attractiveness of displays at events and generate interest in TPSS.

i.   There is a disparity between how discipline meted out to students for certain infractions and teachers for the same infraction. Typical examples are a student striking another student or TPSB employee and a TPSB employee striking a student.

j.   If a parent complains of behavior of a staff member that is contrary to TPSB policies and regulations, there is little or no communication from TPSB regarding the nature of any discipline or reprimand to the offending teacher, other than an indication that the matter is "resolved."

k.   There is a disparity in discipline between how black and non-black students are disciplined.

l.   The is a lack of accountability for TPSB employees who act inappropriately, versus the accountability demanded of students, and if there is accountability required, there is a lack of transparency.

m.   TPSB fails to hold its employees accountable in their job performances.

n.   The pay scales for paraprofessionals and other similar student-centric, non-teacher roles is exceedingly low, with salaries often lower than the poverty level.

A review of the listing above reveals that many of the areas of complaints are outside of the scope of CCO's role and responsibilities, and the *Moore* case generally. Also, as seen in various areas of this report, including those that may also touch on compliance with Orders and Decrees

---

[43] Two Ponchatoula area schools presently exceed the +/- 15% metric: Champ Cooper (technically Robert, LA), and Ponchatoula High School. *See* Sec. B(3), *supra.*

in this case, TPSB has been and is engaged in multiple conscientious, deliberate and good faith efforts to effect positive change and maintain forward momentum.

As noted in the Section (B)(1) above, the overwhelming majority of non-employment complaints involve student discipline, to some degree. With a measure of consistency, student discipline is woven throughout the complaints and in the concerns expressed to the CDIO and CCO. Few discipline complaints or allegations have actually risen to the level of non-compliance with Orders and Decrees in this case. That is not to say there is not a problem.

The various complaints set out in Section B(1) reveal at least two opportunities for improvement. First, a more thoughtful approach to when and how to effect discipline, i.e. a real-time assessment whether the approach that is being deployed actually furthers TPSB's mission and goals. Second, improving the communications between and among families and the system is critical to working through significant mistrust and perceived lack of transparency and accountability. On the first, TPSB is engaged in productive efforts to address these issues.[44] Regarding the second, some suggestions for addressing communication and related issues are set out in Section B(9)(f).

### 7. Any outstanding or unresolved issues between the parties

Other than the issues and matters set out in this report, the CCO and CDIO are unaware of additional issues to bring to the Court's attention.

### 8. Recruitment efforts by the school system

TPSB's administration is taking multiple steps to enhance recruitment and retention of teachers, specifically including African American teachers. Its approach and efforts represent a refreshing new vision that should serve TPSB well. Among its efforts, TPSB has engaged in

---

[44] *See* Sections B(9)(d) and (e), *infra.*

multiple recruiting efforts during the 2018-2019 school year, designed to attract more African American candidates. TPSB identifies the following among its recruitment efforts and practices:

| TPSB RECRUITMENT EFFORTS[45] | | |
|---|---|---|
| **ACTION** | **TIMELINE** | **PERSON(S) RESPONSIBLE** |
| Create a Human Resources (HR) marketing plan to recruit high school and university students. | July 2019 | Cindy Benitez & HR Director |
| Make initial contact with local junior high and high school students during career day events. | Annually | HR Director & Lisa Fussell |
| Attract high school students into education through high school course and working with Pre K - 3rd grade students their senior year. | August | Lisa Fussell & HS Coordinator |
| Make contact with universities' education departments early offering to speak to education majors during their sophomore year. | Each Fall & Spring | HR Director (with input from principals) |
| Coordinate with universities to provide field trips for university students to visit our schools. | Each Fall & Spring | HR Director |
| After speaking to university majors, follow-up by hosting Open Houses at local schools. | Each Fall & Spring | Lisa Fussell & Principals |
| Attend Career Fairs at state universities and southern Mississippi universities. | Each Fall & Spring | Sharon Spring |
| Create an area in each Federal Programs site which displays employment opportunities and benefits of working with TPSS. | Ongoing | Cecilia Lanier and site managers |
| Offer various pay packages for teachers (with benefits/with no benefits). | March 2019 | HR Director |
| Create a paperless application system on our website that streamlines the process for applicants. | March 2019 | HR Director |
| Offer teaching contracts to applicants EARLY so that we can snatch them up before others. | Ongoing | HR Director |

---

[45] The summary tables in this section addressing Recruiting, Retention and Teacher Certification were provided by Superintendent Stilley.  TPSB's current formal recruiting policy is attached as Exhibit 8.

| Superintendent and Assistant Superintendents actively participate in Teacher Recruitment Activities. | Ongoing | Superintendent |
|---|---|---|
| Offer contracts to prospective applicants at the recruitment events. | Begin Spring 2019 | Asst. Superintendent and HR Director |

Each of these recruiting efforts represents an enhancement from prior years' practices. While all of them are positive, at least three should be emphasized. First, TPSB now makes offers of *hiring contracts* at recruitment events. This is consistent with the practices of leading edge school districts. Second, TPSB is actively reaching out to high school and college students early on in a concerted effort to attract teaching candidates and develop interest in teaching as a career. Third, the Superintendent and Assistant Superintendents are directed to actively participate in recruiting events, which demonstrates TPSB's enhanced commitment to recruiting efforts.

TPSB's prior efforts continue as well. These include the following:

1. TPSB Website with advertisements for critical teacher shortages and administrative openings; information regarding salary and other benefits for teachers, and job fair postings.
2. TPSB advertises on Historically Black College and University ("HBCU") career services websites;
3. TPSB, for a fee, posts advertisements on the Diversity in Education/ Diversity Recruitment Partners website: www.diversityrecuitmentpartners.com
4. TPSB posts advertisements in its District newsletter, which is circulated to all TPSB employees by email;
5. TPSB advertises job openings in the TPSS Newsletter and the *Hammond Daily Star* newspaper, and emails all current employees notice of administrative openings;
6. TPSB reports that HR and other Central Office Administrators and Principals attended numerous job fairs at HBCUs and other institutions of higher learning.
7. TPSB hosts a job fair.
8. Administrator networking and personal contact by TPSS's HR department for incoming inquiries.

In addition to enhanced recruiting efforts, TPSB has undertaken proactive measures to *retain* the teachers it has. Among them is an approach that underscores the creativity and effort

by the new administration to provide "in house" pathways to teacher certification.  Like other school districts across Louisiana, many teachers come to TPSB without teaching certifications, often because the new teacher does not possess a bachelor's degree in an education field.  However, an opportunity to progress in one's teaching career, thus earning a higher salary, is available for a certified teacher.  Certification programs cost money, and this pathway often appears out of reach to new, uncertified teachers.  To mitigate this problem, TPSB has received Louisiana Board of Elementary and Secondary Education ("BESE") approval for in house certification of teachers.[46] This appears to be a well thought out, innovative approach that is highly competitive and of great value to uncertified teacher candidates and new teachers.

Among other positive, enhanced approaches to retaining teachers it hires, TPSB has engaged the following:

| RETENTION PLAN: MENTORING, SUPPORT AND CAREER PATHWAYS[47] | | |
|---|---|---|
| **ACTION** | **TIMELINE** | **PERSON(S) RESPONSIBLE** |
| Increase the dollar amount of step increases for employees when they reach 5, 10, 15, 20, 25 and 30 years of service. | July 1, 2019 | HR Director & Bret Schnadelbach |
| Re-institute recognition of employees who have 5, 10, 15, 20, 25, 30 years of service. | January 2019 | HR Director |
| Invite employees with 10, 20, and 30 years to Board meeting for public recognition. | January 2019 | Superintendent & HR Director |
| Provide funds and support to improve teacher content knowledge and researched based teaching strategies. | Ongoing | Cecilia Lanier, Jill Foster, STEM Resource Teacher, SIP Resource Teacher & Pre-K Resource Teacher |
| Create a visual map of potential career paths for educators and include the requirements of each track. | August 2019 | HR Director |

---

[46] Exhibit 9.
[47] Tables regarding teacher recruiting, retention and teacher assignment strategies provided by TPSB.  Exhibit 21.

| | | |
|---|---|---|
| **Principal Cadre Meetings**<br>Monthly support meetings to build capacity within instructional best practices, state standards, assessment, curriculum, and providing high quality feedback to teachers in order to impact student achievement.<br>Audience (All Principals) | August 2018-May 2019 | Curriculum Instruction Supervisors and Jill Foster |
| **Building Capacity Cadre Meetings**<br>Provide consistent and ongoing support aligned to state standards, assessments, curriculum and best practices in order to support teachers in order to impact student achievement.<br>Audience (Assistant Principals and Disciplinarians) | August 2018-May 2019 | Jill Foster, Curriculum Instruction Supervisors, Core Content Coordinators/Technology & Special Education Facilitators |
| **Curriculum Support Cadre Meetings**<br>Provide consistent and ongoing support aligned to state standards, assessments, curriculum, high quality feedback to teachers and best practices in order to support teachers that impacts students.<br>(Instructional Coaches, Master Teachers, Mentor Teachers, SPED Facilitators, SPED Case Teachers | August 2018-May 2019 | Jill Foster, Curriculum Instruction Supervisors, Core Content Coordinators/Technology & Special Education Facilitators |
| **Teacher Leader Cadre Meetings**<br>*Foster a culture that celebrates and engages teachers and empowers and inspires them to take on an even greater leadership role within their classrooms, schools and school system.*<br>-Improve the everyday practice of educators in TPSS schools by building knowledge and skill in key areas related to improving student learning and thinking.<br>-Provide opportunities for teachers to collaborate and share best practices.<br>-Introduce high-quality resources and professional development that can be adopted and embedded in schools across the district during weekly collaboration meetings and during district wide PD.<br>(1 ELA/SS teacher, 1 Math/Science teacher, 1 SPED teacher, ELA/Math State Content Leaders) | June 2018-June 2019 | Jill Foster, Curriculum Instruction Supervisors, Core Content Coordinators/Technology & Special Education Facilitators |

| | | |
|---|---|---|
| **TPSS Year Long Resident Mentors, year-long student teachers and Governance Meetings**<br>Regular communication between University and School Principals involving them in decision-making related to the Residency program including data sharing to identify needs of Resident teachers and district students to improve instructional practices in order to increase student achievement. | August 2018-May 2019 | Jill Foster, Curriculum Instruction Supervisors, Southeastern University site coordinator, Sharon Spring |
| **Southeastern Partnership Meeting**<br>Collaborate and plan effective Southeastern student placements during undergraduate courses, and interviews for year-long residents connecting district and student needs in order to impact TPSS students and recruit high quality teachers. | July 2018-July 2019 | Jill Foster, Sharon Spring, Curriculum Instruction Supervisors, Southeastern Supervisors, Core Content Coordinators/Technology & Special Education Facilitators |
| **New Teacher Cadre Meetings**<br>Ongoing support provided to new teachers in TPSS that provides support in building a positive learning environment, effective best practices, building capacity around the state standards, curriculum, and assessments.<br><br>Minority teacher support meetings<br><br>New Teacher Orientation for new hires that begin 2nd semester | July 2018-May 2019<br><br><br>Spring 2019 | Jill Foster, Instructional Supervisors, Core Content Coordinators/Technology & Special Education Facilitators Asst. Superintendent<br><br>C/I staff |

| **TPSB EFFORTS REGARDING CERTIFICATION OF UNCERTIFIED TEACHERS** | | |
|---|---|---|
| **ACTION** | **TIMELINE** | **PERSON(S) RESPONSIBLE** |
| Implement an online Tangi certification program composed of modules that non-certified teachers can access before/after school and during their planning periods. | August 1, 2019 | HR Director & Lisa Fussell |
| Submit a plan to the LDOE to provide an alternative certification program that allows Tangi to certify its own teachers.<br><br>Upon approval, implement the program for the 2019-2020 school year. | Deadline to submit is Dec. 14, 2018<br><br><br>April 2019 | Sharon Spring |

| Offer Praxis I workshops to non-certified TPSS teachers and provide stipends through Federal Programs. | Monthly | Sharon Spring & Cecilia Lanier |
|---|---|---|
| Provide access to Eureka Digital Navigator for teachers needing assistance in passing the math portion of Praxis I. | December 2018 | Sharon Spring & Jill Foster |
| Order Praxis II study materials and have them available for non-certified teachers to check out through Title I. | Ongoing | Sharon Spring & Cecilia Lanier |
| Provide reimbursements for Praxis exams and alternative paths to certifications. | Ongoing | Cecilia Lanier |
| Develop a marketing plan to attract degreed individuals into the field of education by showing them the various ways for them to become alternatively certified. Focus the marketing plan on creating a diverse teaching population. | December 2019 | HR Director, Sharon Spring & Cindy Benitez |

TPSB's improved recruiting and retention efforts are aggressive and welcome.  Whether TPSB's stated goals will be effectively implemented is unknown at this time.  Results will not be instantaneous.  However, there is cause for optimism that positive results should be anticipated.

9. **Any other issues relative to the Court's Orders or which may be of interest to the parties**

a. **Facilities and Temporary Buildings**

The Court granted TPSB provisional unitary status in the Facilities area on July 21, 2017.[48] Both TPSB and the Class appealed that Order.[49]  The Class appeal was dismissed for failure to prosecute.[50]  Regarding TPSB's appeal, the Fifth Circuit affirmed this Court's Order granting

---

[48] R.Doc. 1472.
[49] *See* R.Doc. 1508 (TPSB Notice of Appeal) and R.Doc. 1512 (Class Notice of Appeal).
[50] Case no. 18-30115, document 00514645908 (5th Cir. 9/18/2018); *see also* R.Doc. 1552-1.

28

provisional unitary status.[51]   Under the District Court's Order, the CCO is authorized to take reasonable measures to enforce compliance as necessary.[52]

TPSB faces significant funding challenges in building much needed new buildings and maintaining its existing ones.  Those challenges are compounded by the fact that Tangipahoa Parish is growing.[53]   Implementing the ISAP has presented TPSB yet additional facilities challenges.   TPSB has undertaken a serious analysis of its future building needs, and it retained an architectural firm, CSRS, for the purposes of long range facilities needs planning and developing a Master Plan. The projected costs for planning alone was hundreds of thousands of dollars, and presently TPSB is attempting to work through the planning process with TPSB handling as much of the leg work as possible, in order to reduce planning costs.[54]

During the 2018-2019 school year, TPSB sought and made several capital expenditures that exceed the $125,000.00 threshold at which Court approval is required:[55]

1.  Natalbany Elementary Wastewater Treatment Plant ($154,000).[56]

2.  Independence High Football Field Lights ($259,000).[57]

3.  Loranger Middle Pedestrian Activated Beacon ($140,880).[58]

At the outset of TPSB's implementation of the ISAP, TPSB made representations to the Court, CCO and Class Counsel that several of its facilities were simply insufficient to

---

[51] Case no. 18-30115, document 00514952179 (5th Cir. 5/10/2019); *see also* R.Doc. 1577-1.

[52] R.Doc 1472 at p 16.

[53] Once the October 1, 2019 LDOE data is available, and as appropriate, the CCO will update the Court on how the population growth in Tangipahoa Parish may be impacting the school system.

[54] Exhibit 10 is a summary of Facilities developments prepared and provided by TPSB, which offers more detail on a possible Master Plan study.

[55] *See* Exhibit 10, pp. 2-3 for greater detail on recent large capital expenditures.  TPSB identifies a project regarding work on the Loranger Wastewater Treatment Plant, which was approved by TPSB in May 2019 and is projected to cost $316,617.00.  TPSB has not yet sought or received Court approval for this project.

[56] R.Doc. 1557.

[57] R.Doc. 1547.

[58] R.Doc. 1554.

accommodate new students that it anticipated would be attending various schools under the ISAP. As stop gaps, and as a component of the 2015 ISAP Consent Order,[59] TPSB was permitted to deploy new temporary modular structures, or "T-Buildings."   TPSB leased multiple new T-Buildings to expand its facilities at schools that would be receiving more students than the permanent brick and mortar facilities reportedly could accommodate.  The CCO and CDIO have personally visited each TPSB school at least once, and they have personally viewed each T-Building utilized in TPSB's system, including the T-Buildings that TPSB leased in connection with implementing the ISAP.

In connection with TPSB's recent motion for unitary status regarding facilities, TPSB submitted extensive data regarding its facility capacities.[60]   Regarding old and new T-Buildings specifically, TPSB provided detailed information regarding its system-wide use of T-Buildings, which was reported in the 2018 CCO Report.[61]   The following table provides current data, reflecting modest improvement in the utilization to T-Buildings since the previous school year:

|   | School | Classroom | Office | Meeting Room | Work Room | Storage | Vacant/ Empty | P.E. Change Room | Total |
|---|--------|-----------|--------|--------------|-----------|---------|---------------|------------------|-------|
| 1 | Amite Elementary Magnet | 5 | 1 | 1 | 0 | 0 | 0 |  | 7 |
| 2 | Amite High Magnet | 0 | 0 | 0 | 0 | 0 | 0 |  | 0 |
| 3 | Amite Westside Middle | 3 | 2 | 0 | 0 | 0 | 0 |  | 5 |
| 4 | Champ Cooper Elementary | 5 | 0 | 0 | 0 | 0 | 2 |  | 7 |
| 5 | Chesbrough Elementary | 7 | 0 | 0 | 0 | 0 | 0 |  | 7 |
| 6 | D.C. Reeves | 7 | 3 | 0 | 2 | 1 | 0 |  | 13 |
| 7 | Greenville Park Leadership | 0 | 0 | 0 | 0 | 0 | 0 |  | 0 |

---

[59]  R.Doc. 1264.
[60]  *See* the extensive materials found at R.Docs. 1455-42 and 1455-43.
[61]  *See* R.Doc. 1550-7, 2018 CCO Annual Report, Exhibit 7. TPSB provided additional information regarding changes, modifications and lease information related to T-Buildings between the 2017-2018 and 2018-2019 school years.  *See* Exhibit 11.

| | School | Classroom | Office | Meeting Room | Work Room | Storage | Vacant/ Empty | P.E. Change Room | Total |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Hammond Eastside Magnet | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 12 |
| 9 | Hammond High Magnet | 4 | 0 | 1 | 0 | 0 | 0 | | 5 |
| 10 | Hammond Westside Magnet | 1 | 0 | 0 | 0 | 0 | 0 | | 1 |
| 11 | Independence Leadership | 7 | 1 | 1 | 1 | 0 | 0 | | 10 |
| 12 | Independence High | 4 | 1 | 0 | 0 | 0 | 0 | | 5 |
| 13 | Independence Magnet | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 14 | Kentwood High Magnet | 1 | 0 | 0 | 0 | 0 | 0 | | 1 |
| 15 | Loranger Elementary | 10 | 0 | 2 | 2 | 0 | 0 | | 14 |
| 16 | Loranger High | 21 | 3 | 0 | 0 | 0 | 0 | | 24 |
| 17 | Loranger Middle | 7 | 1 | 1 | 0 | 0 | 0 | | 9 |
| 18 | Midway Elementary | 2 | 0 | 0 | 0 | 0 | 0 | | 2 |
| 19 | Natalbany Middle | 5 | 0 | 1 | 0 | 0 | 0 | | 6 |
| 20 | Lucille Nesom Elementary | 7 | 3 | 2 | 0 | 0 | 0 | | 12 |
| 21 | O.W. Dillon | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 22 | Perrin Early Learning | 2 | 2 | 1 | 0 | 0 | 0 | | 5 |
| 23 | Ponchatoula High | 11 | 0 | 0 | 0 | 0 | 0 | | 11 |
| 24 | Ponchatoula Jr. High | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 25 | Roseland Montessori | 1 | 0 | 0 | 0 | 0 | 0 | | 1 |
| 26 | Spring Creek Elementary | 3 | 0 | 0 | 0 | 0 | 0 | | 3 |
| 27 | Sumner High | 7 | 0 | 0 | 0 | 0 | 0 | | 7 |
| 28 | Sumner Middle | 4 | 0 | 0 | 0 | 0 | 0 | | 4 |
| 29 | Tucker Elementary | 2 | 0 | 0 | 0 | 0 | 0 | | 2 |
| 30 | Vinyard Elementary | 3 | 0 | 0 | 0 | 0 | 0 | | 3 |
| 31 | Woodland Park | 9 | 1 | 1 | 0 | 0 | 0 | | 11 |
| 32 | Tangipahoa Alternative Program | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| | **TOTAL** | **149** | **18** | **11** | **5** | **1** | **2** | **1** | **187** |

The most current available data demonstrates that TPSB uses T-Buildings mostly, but not exclusively, for student instructional purposes. The current data, when compared with the 2017-

2018 data, reflects that TPSB has made modest progress over the last year.  Specifically, the following reductions in T-Building room utilization occurred over the last year:

| T-BUILDING ROOM USE REDUCTIONS | | | | |
|---|---|---|---|---|
| **School** | **Total 2018** | **Total 2019** | **Change** | **Prior Use** |
| **Loranger Elementary** | 16 | 14 | -2 | classrooms |
| **Loranger High** | 25 | 24 | -1 | classroom |
| **Loranger Middle** | 13 | 9 | -4 | classroom – 3 office - 1 |
| **Midway** | 8 | 2 | -6 | classrooms |
| **Sumner High** | 8 | 7 | -1 | classroom |
| **NET CHANGE** | | | -14 (7%) | |

TPSB reduced the T-Building room usage system-wide by seven (7%) percent, the majority of which was a reduction of classrooms in T-Buildings.  Considering the lack of funding for new structures, this level of reduction appears to be a demonstration of TPSB's good faith and determination to maximize its utilization of permanent structures for classroom instruction.

Class counsel and class members have previously expressed strong concerns regarding the use of T-Buildings.  They fear that if and when TPSB is granted permanent unitary status in the Student Assignment area, TPSB will promptly remove the T-Buildings. Then, without T-Buildings and Court oversight, these persons suspect that TPSB would transfer minority students at those once desegregated schools to other schools, and the end result would be to again segregate the student population by race.  TPSB, of course, vigorously disputes those contentions.  TPSB's present efforts seem to underscore TPSB's efforts to comply with the Orders and Decrees in this matter.

b.  **Staff Assignment**

As in prior years, Staff Assignment has been an area in which TPSB has been intensely interested.  In addition to the complaints discussed in Section B(1), above, there were several rulings by this Court and the Court of Appeals over the 2018-2019 school year that pertain to Staff Assignment.  A brief timeline summary of the highlights is appropriate:

| 2018-2019 TIMELINE – STAFF ASSIGNMENT | | | |
|---|---|---|---|
| **Date** | **Court** | **Docket no.** | **Summary** |
| July 2, 2018 | USDC | R.Doc. 1544 | TPSB, CCO and CDIO ordered to develop a framework for interim appointments and present it to the Court. |
| August 6, 2018 | USDC | R.Doc. 1548 | CCO submission of interim hiring framework and recommendation for interim hiring procedures. |
| August 22, 2018 | USDC | R.Doc. 1549 | Court Order adopting CCO recommendation re interim hiring (R.Doc. 1548). |
| October 30, 2018 | USDC | R. Doc. 1562-1 | CCO recommendation re hiring of Deanne Foster. |
| October 30, 2018 | USDC | R.Doc. 1558-1 | CCO Recommendation re hiring of Dr. Schellia Robertson. |
| October 30, 2018 | USDC | R.Doc. 1560-1 | CCO Recommendation re hiring of Osa Betts. |
| Nov. 20, 2018 | USDC | R.Doc. 1558 | TPSB Objection to CCO recommendation re hiring of Dr. Schellia Robertson. |
| November 20, 2018 | USDC | R.Doc. 1560 | Class Counsel Objection to CCO recommendation re hiring of Osa Betts. |
| November 26, 2018 | USDC | R.Doc. 1562 | TPSB Objection CCO Recommendation  re hiring of Deanne Foster. |
| December 28, 2018 | USDC | R.Doc. 1568 | TPSB motion for Unconditional Unitary Status, Staff Assignment. |
| February 13, 2019 | USDC | R.Doc. 1571 | Order overruling objection to CCO Recommendation re Osa Betts, affirming CCO recommendation. |
| February 13, 2019 | USDC | R.Doc. 1572 | Order overruling objection to CCO Recommendation re hiring of Deanne Foster, affirming and modifying in part  CCO. |
| February 13, 2019 | USDC | R.Doc. 1573 | Order overruling objection to CCO Recommendation re hiring of Dr. Schellia Robertson, affirming and modifying in part CCO. |

| Date | Court | Docket no. | Summary |
|------|-------|-----------|---------|
| April 30, 2019 | USDC | R. Doc. 1576 | Court Order denying TPSB Motion for Unitary Status without prejudice to re-urge motion in six (6) months. |
| May 1, 2019 | U.S. Fifth Circuit | 18-30131 Doc. no. 00514937912 | Court of Appeals affirms District Court denial of complaint by Class Counsel on behalf of Kim Notariano on basis of lack of standing and evidence of lack of compliance with standing orders and decrees. |

From the CCO and CDIO's standpoint, hiring of staff and staff assignment issues have been the most contentious areas of controversy in this case. At times, these issues seem to dominate if not overwhelm the discussion of how to advance this case.

When the new administration assumed responsibility, there were multiple staff positions that were open and needed to be filled. Interviews commenced and hiring was accomplished with a single finding of a lack of compliance in those hiring decisions, to wit, the Deanne Foster compliant.[62] Additionally, the new administration has stringently avoided TPSB's earlier improper practice of placing persons in interim positions, without following the mandates of this Court's Orders.[63]   On the contrary, over the last school year, the Superintendent and staff have been collaborative, deliberate and compliant in placing persons in interim positions. As intended, TPSB rarely sought an interim appointment, and when used, TPSB communicated properly and was transparent in its practices.

TPSB provided a multi-year tracking of the staff metrics, which may be helpful in assessing trends:[64]

---

[62] The Court's finding of lack of compliance in Dr. Schellia Robertson's hiring matter (R.Doc. 1573) involved a pre-2018-2019 hiring decision that was made by the prior administration. Also, as noted above in Section B(1), there are three outstanding complaints involving hiring that occurred during the 2018-2019 school year.

[63]   Specifically, prior to the appointment of Superintendent Stilley, TPSB had not been following the requirements of R.Doc. 866 in its frequent use of hiring procedures.

[64] The referenced charts and related materials were provided by TPSB and are attached as Exhibit 12. These materials offer metrics for five years regarding central office administrators and six years of tracking for principals, assistant principals and assistant administrators.

### Central Office/Branch Office Administrators

| School Year | Total | White | % | Black | % |
|---|---|---|---|---|---|
| 2014-2015 | 12 | 8 | 66.7% | 4 | 33.3% |
| 2015-2016 | 14 | 9 | 64.3% | 5 | 35.7% |
| 2016-2017 | 27 | 23 | 85.2% | 4 | 14.8% |
| 2017-2018 | 25 | 18 | 72.0% | 7 | 28.0% |
| 2018-2019 | 28 | 21 | 75.0% | 7 | 25.0% |

### TPSB Principals

| School Year | Total | White | % | Black | % |
|---|---|---|---|---|---|
| 2013-2014 | 34 | 19 | 55.9% | 15 | 44.1% |
| 2014-2015 | 32 | 18 | 56.3% | 14 | 43.8% |
| 2015-2016 | 32 | 19 | 59.4% | 13 | 40.6% |
| 2016-2017 | 32 | 19 | 59.4% | 13 | 40.6% |
| School Year | Total | White | % | Black | % |
| 2017-2018 | 32 | 18 | 56.3% | 14 | 43.8% |
| 2018-2019 | 32 | 17 | 53.1% | 15 | 46.9% |

### TPSB Assistant Principals (including Assistant Administrators)

| School Year | Total | White | % | Black | % |
|---|---|---|---|---|---|
| 2013-2014 | 43 | 17 | 39.5% | 17 | 39.5% |
| 2014-2015 | 41 | 17 | 41.5% | 17 | 41.5% |
| 2015-2016 | 40 | 19 | 47.5% | 19 | 47.5% |
| 2016-2017 | 42 | 22 | 52.4% | 22 | 52.4% |
| 2017-2018 | 46 | 24 | 52.2% | 24 | 52.2% |
| 2018-2019 | 48 | 24 | 50.0% | 24 | 50.0% |

It appears that TPSB has made significant progress in the area of staff hiring, despite setbacks that occurred primarily during the previous administration.  More impressive to the CCO and CDIO, TPSB appears to have experienced a paradigm shift in its hiring practices.  It seems

intent to comply with the hiring procedures set out in R.Doc. 866 and the recent Order limiting interim hiring practices.[65]  CDIO Jackson has been fully engaged in the process.  TPSB has been open to communication, and the Superintendent chooses to interact directly with the CCO and class counsel as a matter of practice.  This is not to say that there is perfect agreement.  But to enhance communication, TPSB has agreed, indeed encouraged, direct communication between lead settlement and negotiation and the CDIO.  This would have been an impossibility a year ago.

Inevitably, there will be complaints and honest differences in opinion over hiring decisions. Hiring of candidates for staff positions in any public school system can be highly political and socially charged.   Any decision, no matter what the decision, will probably have detractors. Disagreement, however, is not equivalent to a lack of compliance with the Orders and Decrees in this case.  Here, TPSB seems to be in good faith and genuinely determined to make the best hiring decisions possible that are also in compliance with standing Orders and Decrees.

### c.  Strategic Plan and Progress Over the 2018-2019 School Year

TPSB's administration crafted a Strategic Plan that covers goals and strategies applicable to TPSB's overall mission and purpose.  TPSB's universe is far larger than this case.[66]  Its strategic plan necessarily touches on matters that are important, indeed some critical, to its future success and sustainability, many of which are outside the scope of this report and case.  However, other aspects of TPSB's strategic plan implicate matters relevant to compliance with Orders and Decrees in this case, and they do so in a favorable way.[67]

---

[65]  R.Doc.1549

[66]  By way of illustration, the Louisiana Department of Education "grades" schools and school systems, using a school performance score metric.   https://www.louisianabelieves.com/measuringresults/school-and-center-performanceThe usual letter grades "A, B, C, D and F" are applied.  *See* https://www.louisianabelieves.com/resources/library/performance-scores.  TPSB's current board and new administration effectively inherited a "C" school system.  It is noteworthy that over the last year, TPSB was given a "B" grade in "growth."  *See* 2018 statewide spreadsheet found at link, *id.*  This metric measures the growth or relative improvement experienced in students' progress from where they began to where they ended the school year.

[67]  Exhibit 13 is a presentation Superintendent Stilley has utilized to discuss TPSB's strategic planning.

TPSB sets out four strategic goals and defines strategies to accomplish those goals.  TPSB's stated goals are:

1. **Resource Management**:  "Establish and maintain an efficient   and   effective educational infrastructure and workforce."[68]

2.  **Academics**:  "Align funds, technology, and student services to enhance a consistent program for a high-quality curriculum, professional development, and assessment."[69]

3. **Manage Stakeholders**:  "Improve long-term school performance through implementation of repeatable best business processes and practices. Keep stakeholders involved and informed."[70]

4. **Leverage Technology**:  "Develop and sustain integrated, scalable, district-wide IT solutions and embrace e-Learning capabilities."[71]

TPSB faces multiple challenges in effective implementation of its Strategic Plan, from funding to creating institutional inertia to move beyond the *status quo* to the school performance score of "A" that it seeks.  The new administration seems to be up for the challenge.

**d.  Diversity Awareness and Equity**

The Court's March 4, 2010 Order required TPSB to provide cultural sensitivity training no later than June 4, 2010.[72]  TPSB reportedly complied with that Order.  Subsequently, in the June 28, 2019 ISAP Modification, TPSB agreed to the following:

> TPSS will contract with a nationally recognized provider to present mandatory staff development in cultural diversity and equity. The provider will assist TPSS in developing follow-up and on-going professional development to all TPSS employees.[73]

---

[68] Exhibit 13, pp. 3-8.
[69] Exhibit 13, pp. 9-14.
[70] Exhibit 13, pp.15-18.
[71] Exhibit 13, pp. 19-24.
[72] R.Doc. 876, p.18.
[73] R.Doc. 1543.

Toward that end, during the Fall 2018 TPSB began working with the Discipline Revolution Project ("DRP").

DRP is an impressive, nationally renowned coalition of education leaders and advocates committed to finding a better way forward on school discipline.  DRP's mantra is "It's time to rethink school discipline."[74]   TPSB reports successful implementation of DRP's initial recommendations and anticipated further work and progress in its collaboration with DRP:

> Our initial work with DRP began in October of 2018 when the district created a Central Implementation Team (CIT) to work closely with representatives of the DRP to understand how to use their *EQUITY Framework* to draft an equity plan for our district focused on improving school culture by using strategies to eliminate equity gaps. The CIT meets monthly to monitor the progress of the district's equity plan.

> Beginning January 28, 2019, all school principals and assistant principals received professional development using the DRP's *EQUITY Framework* to assess and address cultural diversity and equity at their schools. The district will contract with DRP for the 2019-2020 school year to continue our work which is dedicated to cultural responsiveness and equity in education. DRP will provide additional on-site professional development to support principals, assistant principals/disciplinarians, and school teams in the creation and the implementation of their equity plans. Each school will create a School Implementation Team (SIT) whose responsibility it will be to not only to collaboratively draft the equity plan for the school but also to implement the plan. By the fall of 2019, school board members will receive an overview of our work with the DRP and the *EQUITY Framework*. By December 2019, all teachers will have received job-embedded professional development from their SIT's to implement their school's equity plan.

> Continuing with our district's focus on improving school culture and equity in education, at the 2019-2020 TPSS's Back to School Year Pep Rally, which will include all school employees, nationally renowned motivational speaker, child advocate, published author, and full-time litigation attorney Liz Huntley will be our keynote speaker. She will share her phenomenal life story of growing up in a nightmarish childhood with all odds against her and influences of abuse, neglect, and drug addiction.  Liz will share how her life changed on her first day of first grade and the importance of developing a strong, nurturing, positive school culture.

>  At the beginning of the 2019-2020 school year, during faculty and staff meetings, schools will utilize our online training system *SafeSchools*. All school employees

---

[74]   *See* http://disciplinerevolutionproject.org/.

will be required to participate in the following courses as they relate to school culture:

- ***Cultural Competence and Racial Bias:*** This course provides staff members with an awareness and understanding of implicit racial bias. It also provides strategies for overcoming bias and developing cultural competencies so that educators can work effectively and collaboratively with all students.
- ***De-Escalation Strategies:*** The goal of this course is to educate school staff in the proper use of de-escalation strategies in properly managing student behavior. Topics covered include the Conflict Cycle and preventative measures, the development of meaningful relationships, how to recognize signs of escalation, and de-escalation tips.[75]

TPSB's efforts to address equity and cultural awareness are significant.  In fact, relative to prior years, TPBS's present focus on and willingness to address these important matters is akin to a shift of tectonic plates. How its goals and efforts will translate into an ongoing equitable approach will be interesting to monitor.

### e.  Discipline Issues

As noted in prior CCO reports, it is well known that discipline in the TPSB's system, like many other public school systems in Louisiana and beyond, tends to be disproportionately administered to African American students.[76]  This is still the case in TPSB's school system.[77] Similarly, the relationship between discipline and at risk kids is well established.  The problems central to at risk kids and discipline were not and are not primarily "caused" by TPSB.  The solutions remain complex.   It does not appear that TPSB's intentions and policies are discriminatory, on their face.  The statistics from the 2018-2019 reporting period reveal that there

---

[75] Exhibit 14, pp. 2-3.  Further to the goals and work TPSB described, TPSB has provided a draft "Equity Plan" that is scheduled the be implemented over the 2019-2020 school year. *See* Exhibit 20, TPSB Draft Equity Plan.
[76] *See* R.Doc. 1286, pp. 19-20 and R.Doc. 1412, pp. 20-22.
[77]  TPSB's 2018-2019 Discipline by School statistics are attached as Exhibit 15.   A graphic depiction of discipline incidents by school is attached as Exhibit 16.  The 2018-2019 Discipline Disparity Report is attached as Exhibit 17. Finally, a three year discipline disparity comparison is attached as Exhibit 18.

are systemic challenges posed by overarching discipline issues and a disparity in the administration of discipline.[78]   These challenges impact the success of TPSB's student assignment efforts.[79]

TPSB's response to these issues since the last reporting period has been highly encouraging.   First, as noted in Section B(9)(d) above, TPSB is participating in DRP, which is a markedly fresh and thoughtful approach.   Second, TPSB has created and implemented a Student Services Department Action Plan to squarely address many pressing issues, which includes defined goals and key performance indicators.[80]   Third, TPSB is focused on aligning itself to its core values regarding truancy reduction, discipline disparity and diversity and equity in the student services it provides.[81] The administration's present approach has resulted in a significant reduction in truancy over the past year, projected to be a fifty (50%) percent reduction.   Fourth, TPSB is re-designing its use of suspensions and referrals to the Tangipahoa Parish Alternative School ("TPAS").

For some time, persons familiar with discipline referrals and TPAS have questioned TPAS's functionality and whether it was any more than warehousing of at-risk students.   In connection with its evolution in the way it "thinks about discipline," TPSB is in the process of re-making TPAS.   A major first step was hiring a new TPAS Principal, Mr. Terran Perry.   Mr. Perry has a well-deserved reputation as a strong leader, creative thinker, result getter and person of ability.   The future seems much brighter in the context of TPSB's approach to discipline.

---

[78]   *Id.*
[79]   *See e.g.* R.Doc. 1532, CCO's 2018 Interim Report and Recommendations Regarding Interim Student Assignment Plan.
[80]   Exhibit 19 is the Student Services Department Action Plan, which lays out goals and implementation approaches in the areas of student suspensions, truancy and safety.
[81]   *See* Exhibit 14.

**f.  Need for and Utility of Family Advocates**

In the area of discipline, as well as with other areas that prompt complaints in this case, strained communications between families and the school system persists. Whether the issues center on trust, ineffective communication, confusion and lack of understanding, or some other core cause(s) is unknown.  Debating who is "at fault" would be counter-productive.  Despite the absence of feet at which to squarely lay blame, the problem cries out to be resolved, or at a minimum more effectively addressed.

Unquestionably, there have been significant, positive changes in the way TPSB is doing things, at least in a general way.  Over the last year, from a big picture perspective, TPSB and those acting for it appear to be approaching matters and dealing with all of TPSB's constituents in a more collaborative and positive way.  The communication is imperfect on all sides, but it is better than what participants experienced in the recent past.  The undercurrent of lack of trust and suspicion remains, but improvements, even small and slow ones, are encouraging.

Between many families and the school system, there is a pronounced lack of efficient communication and understanding of the school system's many processes and procedures. An ongoing problem is that that many families do not understand TPSB's processes for addressing disciplinary complaints, despite well intentioned efforts by TPSB to properly communicate them.

There are practical issues regarding handling family complaints involving inappropriate behavior by a school system employee, or even what qualifies as "inappropriate behavior" from the vantage point of many students and families, as well as employees.  The nature of the school system's legal and other obligations surrounding its interactions with its employees is complex.  If and when TPSB disciplines an employee in response to a family complaint, the system is characteristically reluctant – TPSB will likely contend that silence is legally required of it – to

provide any information about employee discipline.  Thus, those who justly complain about a TPSB employee's inappropriate conduct learn nothing about the resolution of their complaint.  The process lacks transparency and a common-sense way to effectively communicate and resolve rightful complaints.  In turn, families who make just complaints perceive a lack of accountability by TPSB employees.  And whatever trust that was developed often erodes.

The legal and regulatory processes that overarch school discipline are often confusing to many families.  Concerns over TPSB's actions or inactions in a discipline matter become more complex and often confusing when certain state and federal programs and attendant laws come into play.  In addition to the school system's own policies and procedures, when a student participates in certain programs, such as a SPED student, there are a myriad of statutes, regulations, rules, policies and procedures that many skillful lawyers find hard to follow.  No one questions that the school system publishes its own policies and procedures.  There is no factual basis to suggest that TPSB in any way willfully attempts to conceal any applicable complex laws and rules from anyone.  But there is no person available to families – no guide or advocate – to assist families who have trouble navigating an increasingly complex maze of rules and procedures.

The *Moore* case has been a convenient place for those who are aggrieved or sense a lack of empowerment to voice their complaints about perceived inequities or injustice in the school system.  But the *Moore* case is not a panacea to cure all ills and right all perceived wrongs.  On the contrary, the complaint process in this case necessarily is limited to TPSB's compliance with standing Orders and Decrees. It was not designed as, and should not function to become, a mechanism to exact individual results or compensation for wrongs.  However, there may be legal and administrative remedies and procedures that would be a proper avenue to pursue in many

potential areas of complaint, if the parties were unable to amicably resolve their disputes without the need for a legal proceeding.

Often, many participants are unaware of the prescribed processes to seek administrative or legal relief.  But failure to follow the procedural requisites can be unforgiving.  These are areas and details with which an overwhelming majority of families are unfamiliar.  Making some type of family advocate available could greatly assist *families and TPSB*.  If trained, knowledgeable advocates were available to families, the result would likely be a reduction in the number of complaints and improved communications among the participants.

First, making family advocate services available could offer direction and perspective to a concerned, often confused family.  In turn, the number of misplaced complaints in this case should decrease, perhaps dramatically.  Second, providing family advocate services would likely enhance both individual and systemic communication and understanding, particularly in difficult circumstances.  Third, with better communication, the perception of a lack of transparency should diminish.  Fourth, providing family advocate services would hopefully create an environment where enhanced trust, confidence and mutual respect could grow and flourish.

Having observed the process and considered the ongoing issues in this matter over a period of years, the CCO and CDIO believe that enabling, facilitating and encouraging the availability of well-trained family advocates would be a highly positive development for TPSB and the families who utilize TPSB's schools.  It would not, and should not be a substitution for the complaint process, nor should it be a direct part of it.[82]  Instead, it should be a service that stands alone; it would be a tool available for families to assist them when engaged in unfamiliar, often difficult interactions with the school system.  When combined with the other important developments in

---

[82]  *See e.g.* Section B(1).

this matter, the availability of family advocate services could have a positive impact on bringing this matter to a long awaited, fair and just conclusion.

The CCO knows of no specific law or rule that would require TPSB to provide a family guide or advocate. Of great consequence, TPSB has scarce resources that are severely stretched as things stand. TPSB's ability to provide the services it presently provides with its limited resources is impressive. TPSB appears to be fully within its rights not to do what it is not required to do, and cannot afford to do. But to offer this service could yield highly positive results beyond the service itself.

The CCO and CDIO are willing, open and enthusiastic about the chance to collaborate with the parties to explore availability of outside resources and possible methods for the creation of a permanent family advocate program for families in the system.

## C. Conclusion

The parties are working together in serious, productive efforts to arrive at an agreement on which they, the CCO and CDIO all agree. All involved are optimistic that there may a formal proposal in the form of a proposed consent judgement to present to the Court in the near future. In a short period of time, relative to the age of this case, the nature and tone of the interactions among the parties has largely shifted from combative to collaborative. This critical shift in approach was signaled by the collaborative style of TPSB's immediate past President, Therese Domiano. Her efforts to work through difficult ISAP issues brought the parties to a much needed consent. That consent was followed by TPSB's hiring Melissa Stilley as its new Superintendent. Superintendent Stilley began her tenure at the beginning of the 2018-2019 school year with a spirit of cooperation and genuine openness to discuss and address difficult issues. She followed through with an extensive planning process and detailed plans for implementation.

TPSB appears to be doing more than offering lip-service to addressing issues and concerns that have plagued this case.   It has engaged in deliberative planning in areas needed to resolve this case, but more importantly to enhance the services that it delivers to all of the participating families within its system.    There are improvement opportunities, as there always are in any matters involving school systems anywhere.  This report highlights several relevant to this case, including the suggestion for training family advocates and making them available for families in TPSB's system.  Only the passage of time will reveal how well TPSB's stated intentions and soon to be implemented plans will work.  Even so, today, there is hope.

## D. Index of Exhibits

| Exhibit No. | Description of Exhibit |
|---|---|
| Ex. 1 | TPSB Summation/ Statistics Regarding Classroom Teachers, 2018-2019. |
| Ex. 2 | TPSB Student Enrollment Materials, 2018-2019. |
| Ex. 3 | TPSB ISAP Modification Order Implementation Materials. |
| Ex. 4 | TPSB Pre-K Classroom Assignment Discussion. |
| Ex. 5 | TPSB 2018-2019 Student Transfer Statistics. |
| Ex. 6 | TPSB Communications Regarding Student Transfer Options and Deadlines. |
| Ex. 7 | TPSB Summary of 2018-2019 New Hires. |
| Ex. 8 | TPSB Formal Recruiting Policy. |
| Ex. 9 | BESE Approval of TPSB In House Teacher Certification Program. |
| Ex. 10 | TPSB Facilities Developments and Master Plan Discussion. |
| Ex. 11 | TPSB T-Building Utilization Changes. |
| Ex. 12 | TPSB Staff and Central Office Hiring Trends. |
| Ex. 13 | TPSB Strategic Plan Presentation. |
| Ex. 14 | TPSB Discussion on Truancy, Discipline and School Culture. |
| Ex. 15 | 2018-2019 Discipline Statistics by School |
| Ex. 16 | 2018-2019 Graphic Representation of Discipline by School. |
| Ex. 17 | 2018-2019 Discipline Disparity. |
| Ex. 18 | Three Year Discipline Disparity Comparison. |
| Ex. 19 | TPSB Student Services Department Action Plan. |
| Ex. 20 | TPSB Equity Plan – Draft (March 26, 2019). |
| Ex. 21 | TPSB Teacher Recruitment, Retention and Teacher Assignment Strategies. |

Respectfully Submitted,

*s/ Donald C. Massey*
**Donald C. Massey, # 14177**
*Court Compliance Officer*
1100 Poydras Street
Energy Centre, Suite 3250
New Orleans, LA  70163
(504) 599-5777
email:  dmassey@couhigpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of Court via the Court's electronic

filing system, which automatically sends a notice of electronic filing to the parties and counsel

who are filing users on this 16th day of September 2019.

*s/ Donald C. Massey*
Donald C. Massey