UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARIE MOORE**, *et al.*, *Plaintiffs*, | * * * | CIVIL ACTION NO. 65-15556 |
| | * | SECTION "B" |
| versus | * * | MAGISTRATE (1) |
| **TANGIPAHOA PARISH SCHOOL BOARD**, *Defendant* | * * * * * | JUDGE LEMELLE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE HEARING DATE,
SET A STATUS CONFERENCE, AND FOR FURTHER RELIEF**

NOW INTO COURT, through undersigned counsel, comes Tangipahoa Parish School Board (the "Board"), which offers the following reasons that this Court should deny Plaintiffs' Motion to Vacate Hearing Date, Set a Status Conference, and For Further Relief:

As outlined in Defendants' Memorandum in Support of Motion to Quash and For Protective Order and as is well known to the Court, there have been ongoing long-term efforts by undersigned designated settlement counsel to bring this matter, which has been pending for many decades, to a final resolution.  For all of the reasons set forth in Defendants' Memorandum in Support of Motion to Quash and for Protective Order, which is adopted in its entirety herein, the Board avers that the November 13, 2019 hearing date on the Final Agreement regarding unitary status  should proceed as scheduled.

Respectfully submitted,

*/s/ Ashley E. Bass*
_____
Ashley E. Bass (LA Bar Roll#24364)
Cashe Coudrain & Bass
P. O. Drawer 1509
Hammond, LA 70404-1509
Telephone:     (985) 542-6848
E-mail: aeb@ccbattorneys.com
Attorney for Tangipahoa Parish School Board