UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE MARIE MOORE, ET AL., | CIVIL ACTION |
| | NO. 65-15556 "B" |
| VERSUS | |
| | JUDGE LEMELLE |
| TANGIPAHOA PARISH SCHOOL BOARD, ET AL. | MAGISTRATE JUDGE MEERVELD |

<u>NOTICE OF WRITTEN DEPOSITION PURSUANT TO
FEDERAL RULE CIVIL PROCEDURE 31</u>

TO: Andrew Jackson, Chief Desegregation Implementation Officer
Through Tangipahoa Parish School System counsel of record
Ashley E. Bass
Cashe Coudrain & Bass
P.O. Box Drawer 1509
Hammond, Louisiana 70404-1509
Telephone: (985) 542-6848
E-mail: <u>aeb@ccbattorneys.com</u>

PLEASE TAKE NOTICE that the deposition of Andrew Jackson, Chief Desegregation Implementation Officer, will be taken on behalf of the Plaintiffs pursuant to Rule 31 of the Federal Rules of Civil Procedure and in accordance with the Court's Order (Record Document 1599). The deponent, Andrew Jackson, shall respond to the following questions, in writing, and under oath/affidavit within seven days after service of the Rule 31 notice and written questions.

<u>QUESTIONS</u>

1. State the date that the federal District Court first appointed you as the Chief Desegregation Implementation Officer (CDIO) for the Tangipahoa Parish School System.

2. Prior to the School Board's decision to appeal the District Court decision to appoint you as CDIO, were you allowed to perform completely the duties specified by the District Court for the position of CDIO?  If not, state in full detail the restrictions imposed by the Superintendent and/or other central office staff, including but not limited to restrictions on access to records and information necessary for the performance of your duties.

3. Describe in full detail the extent to which you participated in formulating the EXPARTE JOINT MOTION FOR ENTRY OF ORDER DECLARING THE TANGIPAHOA PARISH SCHOOL SYSTEM UNITARY AND ACKNOWLEDGMENT OF FINAL AGREEMENT [Record Document 1581] that was submitted to the federal district court.

4. Did the Superintendent or anyone on the School Board Central Office Staff or any consultant or Attorney Gideon Carter solicit your opinion or input concerning the EXPARTE JOINT MOTION FOR ENTRY OF ORDER DECLARING THE TANGIPAHOA PARISH SCHOOL SYSTEM UNITARY AND ACKNOWLEDGMENT OF FINAL AGREEMENT [Record Document

1581]. If so, describe in full detail the opinions and input solicited from you and state your response.

5. In your opinion, as the Chief Desegregation Implementation Officer, has the Tangipahoa Parish School system done all that is practicable to eliminate the vestiges of racial discrimination against Black Children and their parents?

6. Whether your answer to deposition question 5 above is yes or no, explain in full detail, including but not limited to (1) whether sufficient actions have been taken to eliminate disproportionate one race schools, (2) whether sufficient actions have been taken to construct and locate school facilities to promote elimination of remnants of the racially segregated dual system and (3) whether sufficient actions have been taken to implement programs to enhance academic performance of Black children.

6. In your opinion, as the court-appointed Chief Desegregation Implementation Officer, do you recommend that the Federal District Court, prior to granting unitary status, appoint a consultant to develop a plan to eliminate temporary buildings and for construction and placement of facilities in a manner that will promote desegregation and elimination of remnants of the dual school system based on race — and, further, will prevent recurrence to segregated dual schools based on race.

7. Considering that there has never been a black person hired as Principal of Hammond High School[, state whether there have been qualified black applicants for the position since you have been the CDIO, and, if so, identify said qualified black applicants, and state your opinion, as CDIO, whether racial discrimination was a factor in the non-selection of the black applicants.

> RESPECTFULLY SUBMITTED
> BY ATTORNEYS FOR PLAINTIFFS
>
> _____
> NELSON DAN TAYLOR, SR. (# 12684)
> J. K. Haynes Legal Defense Fund
> 1822 N. Acadian Thruway West
> Baton Rouge, LA 70802
> Phone: 504-214-7109

CERTIFICATE OF SERVICE

I hereby certify that on this day, November 7, 2019, I mailed and/or emailed and/or faxed the foregoing Notice to Attorney Ashley Bass, counsel of record for defendants.

_____