UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE MARIE MOORE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION "B" (1)** |

### ORDER

The opposition to the motion to extend deadlines alleges the movants of that motion failed to contact him in order to discuss issues relevant to the extension request. (Rec. Docs. 1608, 1609). That opposition largely repeats matters raised during the November 20, 2019 hearing on a proposed settlement or modification to an existing consent decree. (Rec. Doc. 1581)

Regardless, the court will accept the opposition as a clarification of opponent's position on that proposal.

All counsel shall make good faith efforts to communicate with each other prior to filing motions in order to state results of such efforts in the motion.

New Orleans, Louisiana this 9th day of December 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE