UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOYCE MARIE MOORE, ET AL.**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 65-15556**

**TANGIPAHOA PARISH SCHOOL BOARD**　　　　　　　**SECTION "B" (1)**

## ORDER

In view of the parties' recently filed post hearing briefs and the court's need to conduct additional reviews,

**IT IS ORDERED** that oral argument will be received on **Tuesday, February 11, 2020 at 9:30 a.m.,** thereby continuing tomorrow's proceedings for those purposes. Each side shall have up to 30 minutes to present argument. Proponents may reserve time for rebuttal argument provided they do so from within their originally allotted 30 minutes.

New Orleans, Louisiana this 4th day of February 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE