MINUTE ENTRY
LEMELLE, J.
FEBRUARY 11, 2020

JS10:  02:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE MARIE MOORE, ET AL                         CIVIL ACTION

VERSUS                                           NO. 65-15556

TANGIPAHOA PARISH SCHOOL BOARD,                  SECTION: B
ET AL

## ORAL ARGUMENT

Courtroom Deputy:     Kimberly County
Court Reporter:       Toni Tusa

APPEARANCES:   Nelson Dan Taylor, Sr., Cassandra Butler and Gideon Tillman Carter, III, Counsel for the plaintiffs
Ashley E. Bass, Counsel for Tangipahoa Parish School Board
Donald Cole Massey (Court Appointed Compliance Officer, Tangipahoa Parish School Board)
Andrew Jackson (Chief Desegregation Implementation Officer)

MOTION FOR ENTRY OF ORDER DECLARING TANGIPAHOA PARISH SCHOOL SYSTEM UNITARY AND ACKNOWLEDGEMENT OF FINAL AGREEMENT (R. Doc. 1581)
MOTION FOR ENTRY OF ORDER DECLARING TANGIPAHOA PARISH SCHOOL SYSTEM UNITARY AND ACKNOWLEDGEMENT OF FINAL AGREEMENT (R. Doc. 1615)

**Case called; all present and ready.**
**Court states posture of the case and poses questions to counsel.**
**Counsel respond to the Court's inquiries.**
**Oral argument by counsel for the parties.**
**Court states ruling for the record.**

Continued on Page 2

**Parties to submit modifications necessary to improve upon the plan as stated by the Court by March 12, 2020.  If necessary, parties may consult the Court to seek further clarification after they have conferred with each other.**
**Plan is approved provisionally as stated by the Court.**
**Order will be issued after the Court receives the modifications.**
**Court adjourned.**