**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOYCE MARIE MOORE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION: "B"(3)** |

## ORDER

On July 30, 2020, a hearing was held in open court with parties' counsel of record. Arguments by counsel for the parties were given on motions declaring Tangipahoa Parish School System Unitary and Acknowledgment Of Final Agreement (Rec. Doc. 1581), declaring Tangipahoa Parish School System Unitary and Acknowledgment Of Final Agreement (Rec. Doc. 1615), and declaring Tangipahoa Parish School System Provisionally Unitary, Suspension Of Existing Injunctions And Order, and Acknowledgment And Approval Of Final Agreement (Rec. Doc. 1630). Accordingly and without objection,

**IT WAS ORDERED** that Tangipahoa Parish School Board shall obtain information/data set forth by the Court and distribute same to the Court, all counsel, the Compliance Officer and the Desegregation Implementation Officer no later than **August 6, 2020.** After conferring with all parties, plaintiffs' counsel shall file any motions regarding disputes by **August 10, 2020,** but only after conferring with all counsel per Local Rules of Court in an effort to resolve relevant issues.

New Orleans, Louisiana this 6th day of August, 2020

*[signature]*

SENIOR UNITED STATES DISTRICT JUDGE