IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE MARIE MOORE, ET AL.<br>Plaintiffs, | CIVIL ACTION NO.: 65-15556 |
| VERSUS | SECTION "B" (1) |
| TANGIPAHOA PARISH SCHOOL BOARD<br>Defendant. | JUDGE IVAN L.R. LEMELLE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF COMPLIANCE

MAY IT PLEASE THE COURT, on July 30, 2020, a hearing was held in open Court in the above referenced matter. At that time, the Court ordered that the Tangipahoa Parish School Board obtain information/data that the Court requested and distribute same to the Court, all counsel, the Court Compliance Officer, and the Desegregation Implementation Officer no later than August 6, 2020.

On that same date, July 30, 2020, undersigned counsel sent to the Court Compliance Officer, all counsel for the Plaintiffs, and the Desegregation Implementation Officer, all documentation that was ordered to the distributed. The Court Compliance Officer informed undersigned that he had submitted same to the Court. In addition, later that evening, the Court Compliance Officer also sent the same documentation that was sent by the Tangipahoa Parish School Board and that information was also sent to all counsel for the Plaintiffs and to the Desegregation Implementation Officer.

The only information/data that was not sent to the Court that was requested were reports that the Court asked if the State Department had regarding state rankings of school districts and percentages of black and non-black students and teachers across the state. The Louisiana Department of Education has informed the Superintendent, Melissa

Stilley, that they do not publish a report with rankings of counts of black and non-black students and teachers. Therefore, those reports do not exist and are not attainable by the Superintendent.

On Monday, August 3, 2020, undersigned counsel sent an e-mail to all counsel for Plaintiffs, the Court Compliance Officer and the Desegregation Implementation Officer to confirm that all counsel and the Desegregation Implementation Officer had received the documentation sent by undersigned counsel and by the Court Compliance Officer. To date, Defendant has not received any notification that those documents were not received.

WHEREFORE, Defendant, Tangipahoa Parish School Board submits that it has fully complied with the Court's Order of July 30, 2020 and all information/data that is attainable has been acquired and distributed.

**TANGIPAHOA PARISH SCHOOL BOARD**

By Attorneys,

/s/ Ashley Edwards Bass
Ashley Edwards Bass (Bar Roll 24364)
Cashe Coudrain & Bass
P. O. Drawer 1509
Hammond, LA 70404-1509
Telephone: (985) 542-6848
E-mail: aeb@ccbattorneys.com