UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE MARIE MOORE, ET AL.,                CIVIL ACTION
                                          NO. 65-15556 "B"
VERSUS
                                          JUDGE LEMELLE
TANGIPAHOA PARISH SCHOOL BOARD,
ET AL.                                    MAGISTRATE JUDGE MEERVELD

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

On July 30, 2020, the court held a hearing and thereafter issued an order on August 6, 2020, directing that both the Court Compliance Officer and defendants' counsel to provide all counsel with documents that had been submitted to the court, but apparently, not submitted to undersigned counsel. Plaintiffs object to the process and procedure implemented concerning submissions to the court that were not submitted as specified by ORDER, Record Document 1636, which specified:

> "that any supplemental materials to previously received evidentiary materials from the last hearing shall be filed by affidavit no later than July 21, 2020; and replies to same shall be filed no later than 5 days from the filing date of an opponent's supplement.

The defendants did not file any supplemental materials into the record prior to the hearing on July 30, 2020. During the course of the July 30-hearing, however, it became obvious that the court had received supplemental documents

Page 1 of 5

that had not been filed into the record or given to undersigned counsel for plaintiffs.  How the court received these documents is not in the record and there are no authenticating affidavits.  Plaintiffs object to the admission of these documents into evidence. Furthermore, The July 30 hearing was an evidentiary hearing and plaintiffs object to being denied a meaningful opportunity to participate because of defendants failure to disclose evidence that the court had ordered them to disclose. The belated attempt to provide what defendants should have provided long ago imposes unfair conditions on plaintiffs' attorneys.

   The court ordered the Tangipahoa Parish School Board to provide undersigned counsel with the documents. Defendants have filed a Notice of Compliance [Record Document 1639] claiming compliance with the court order to provide undersigned counsel with the documents sent to the court and additional available informaton concerning academic performance of blsck students. However defendants did not identify for the record the documents sent to undersigned counsel; nor is there any verification in the record that

the documents sent to undersigned counsel are the same documents that were provided to the court.

The court also directed that defendants:

> ...shall obtain information/data set forth by the court and distribute same to the court all counseled the compliance officer and the desegregation implementation officer no later than August 6, 2020. After conferring with all parties, plaintiffs' counsel shall file any motions regarding disputes by August 10, 2020, but only after conferring with all counsel per local rules of court in an effort to resolve the relevant issues.

Nothing presented by defendants has changed the position of plaintiffs concerning the pending motion for unitary status. The facts before the court have not changed; nor has the law concerning unitary status changed.

After conferring with the class in this case, undersigned counsel refuse to consent to what amounts to a suspension of the 14th Amendment protecting the rights of Black children and their parents and Black teachers. Longevity of opposition to removing all vestiges of the dual school system based on race is not a justification for abandoning the Constitution.

School officials openly and boldly tell the court about their plans for massive infrastructure changes and tell the court nothing about how the plans impact desegregation and what the plans do to improve desegregation of the school system. The Tangipahoa Parish School Board now tells the court that it has $15-$20 million dollars for infrastructure changes to address growth in new white population areas which will expand already predominately white schools. Defendants have filed a Notice of Compliance regarding information ordered by the court: but its counsel demands final responses to unitary status and refuses to consent to discovery regarding their new submissions to the court. They make the incredulous claim that there is no information regarding Black student performance in Tangipahoa Parish. Undersigned counsel submitted data to the Court Compliance Officer demonstrating that the State Department Of Education evaluates each school in the Tangipahoa Parish school system and an overwhelming number of schools attended by black children are classified as being in urgent need of intervention. Based on the information provided and inquires of the court at the July 30-hearing, undersigned

counsel asked opposing counsel for additional time to review and consult with experts, perform discovery, to file any disputes to the information provided and to raise further disputes concerning the pending motion for unitary status. Defense counsel refused to consent.

The plaintiffs therefore move the court grant them 90 days to review information and to conduct any discovery relevant to the recently submitted documents and inquiries made by tne court concerning academic performaqnce of black students.

```
                          RESPECTFULLY SUBMITTED
                          BY ATTORNEY FOR PLAINTIFFS


                          /S/ CASSANDRA BUTLER,
                          _____
                          CASSANDRA BUTLER, #18152
                          POST OFFICE BOX 407
                          INDEPENDENCE, LA 70443
                          PHONE: 985-878-4881
                          FAX: 985-878-4882


                          /S/ NELSON DAN TAYLOR, SR.
                          _____
                          NELSON DAN TAYLOR, SR. (# 12684)
                          J. K. Haynes Legal Defense Fund
                          1822 N Acadian Thruway W
                          Baton Rouge, LA 70802
                          Phone: 504-214-7109
                          Email: jklegal777@gmail.com
                          Fax: 225-612-6612
```