UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARIE MOORE, et al** | * | **JUDGE IVAN L. R. LEMELLE** |
| **VERSUS** | * | **CIVIL ACTION NO:  65-15556** |
| **TANGIPAHOA PARISH** | | **SECTION B, MAGISTRATE 1** |
| **SCHOOL BOARD, et al** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND ORDER TO SUBSTITUTE INTERESTED PARTY

NOW INTO COURT comes Melissa Stilley, who with respect represents the following:

Melissa Stilley, Superintendent of the Tangipahoa Parish School System, desires to be substituted in place of Mark Kolwe and Louis Joseph as an interested party in this matter.  Mark Kolwe and Louis Joseph, previous Superintendents of the Tangipahoa Parish School System, have retired and Melissa Stilley is now the current Superintendent of the Tangipahoa Parish School System. Neither the case of the plaintiffs nor the defendant would be prejudiced by allowing this substitution.

WHEREFORE, Melissa Stilley prays that she be substituted as an interested party in place of Mark Kolwe and Louis Joseph in this action.

Hammond, Louisiana, this 2nd day of September, 2020.

MELISSA STILLEY, Superintendent of the
Tangipahoa Parish School System
59656 Puleston Road
Amite LA 70422