**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOYCE MARIE MOORE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION: "B"(3)** |

Considering the defendant's motion to substitute interested party (Rec. Doc. 1646) and the opposition to same (Rec. Doc. 1647),

**IT IS ORDERED** that the motion is **GRANTED**. Melissa Stilley, Superintendent of the Tangipahoa Parish School System, is substituted as an interested party in this matter in place of Mark Kolwe and Louis Joseph, previous Superintendents of the Tangipahoa Parish School System.

New Orleans, Louisiana this 4th day of September, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE

1