UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOYCE MARIE MOORE, ET AL**                              CIVIL ACTION

**VERSUS**                                                NO. 65-15556

**TANGIPAHOA PARISH SCHOOL BOARD**                        SECTION: "B"(3)

## ORDER AND REASONS

Before the Court is defendant's "Motion to Expand Physical Plants at Several Locations" (Rec. Doc. 1650) and plaintiffs' memorandum in opposition (Rec. Doc. 1652). For the following reasons,

**IT IS ORDERED** that defendant's motion (Rec. Doc. 1650) is **GRANTED**. The record is replete with all parties' concerns over the need for permanent new facilities to further quality education, including achievement of unitary status. Plaintiffs correctly cited to prior pleadings that the latter goals would be hampered by continued use of temporary trailer-like classrooms, including related safety concerns, e.g., fire hazards. Credible evidence has been presented that the expansion of physical facilities will advance those goals. Further monitoring will occur to assure compliance. Additional reasons will be given in the ultimate opinion on the pending and underlying motion for provisional unitary status (Rec. Doc. 1630).

New Orleans, Louisiana this 22nd day of January, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE