UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOYCE MARIE MOORE, ET AL.**                               **CIVIL ACTION**

**VERSUS**                                                                **NO. 65-15556**

**TANGIPAHOA PARISH SCHOOL BOARD**        **SECTION: "B"(1)**

## ORDER & REASONS

Considering the Court Compliance Officer's unopposed Report and Recommendation (Rec. Doc. 1819), and to supplement prior related orders,

**IT IS HEREBY ORDERED** that the report and recommendation, along with reasons cited therein (Rec. Doc. 1819) are **ADOPTED** as the opinion of the Court. Accordingly,

**IT IS FURTHER ORDERED that no later than January 2, 2024** in consultation with Lead Class Settlement and Negotiation Counsel, Tangipahoa School Board ("TPSB") shall provide the formal job qualifications, job description, and role definition for the Family Advocate, along with objective metrics for success in that role. The Parties should seek input from stakeholders. In addition, the CEO should be included in all substantive discussions on these issues.

**IT IS FURTHER ORDERED** that TPSB expeditiously advertise for, select, and hire a Family Advocate following all appliable hiring processes and procedures, including any requirements set out in Rec. Docs 1630-1, 1661, and other applicable Orders and Decrees not superseded or modified by Rec. Doc. 1661. The hiring process should be completed **no later than March 1, 2024**. At the conclusion of the process, the Court Compliance Officer ("CCO") shall be informed of the candidates who applied for the position, and their qualifications, whether any

1

applicants were rejected without an interview, and for each, the basis why, and TPSB's basis for selection of the chosen candidate in favor of others.

**IT IS FURTHER ORDERED** that **no later than March 1, 2024** TPSB shall produce a single set of timelines, deadlines, and complaint procedures for all employment-related complaints that are submitted alleging a violation of any standing Order or Decree in this case. That process shall be clearly published and communicated by TPSB to potential complainants.

**IT IS FURTHER ORDERED** that **no later than March 1, 2024** TPSB shall produce a single set of timelines, deadlines, and complaint procedures for all non-employment-related complaints that are submitted alleging a violation of any standing Order or Decree in this case. That process shall be clearly published and communicated by TPSB to potential complainants.

**IT IS FURTHER ORDERED** that the processes for complaints of lack of compliance with this Court's Orders, including Rec. Doc. 1661 shall be adopted by TPSB as formal TPSB policies.

**IT IS FURTHER ORDERED** that to the extent that TPSB seeks to supplement, modify, amend, or changes any timelines, deadlines, or procedures for complaints of violations of any standing Order or Decree in this case, it shall notify Class Counsel and the CCO at least fourteen (14) days before any proposed supplementation, modification, amendment, or change will take effect. Also, TPSB shall certify that the CEO and Family Advocate have been consulted; for both, whether the CEO and/or Family Advocate agree or disagree with the proposed modification(s); and if there is a disagreement by either the CEO and/ or Family Advocate, the basis for it.

**IT IS FURTHER ORDERED** that TPSB shall provide to Class Counsel and the CCO monthly reports on the status and nature of each then pending complaint, and all resolved complaints for the previous twelve (12) months, the date and nature of resolution of any alleged

violations of standing Orders and Decrees in this case. The CEO and Family Advocate shall certify that the listing of complaints and information provided about them, is accurate and complete.

New Orleans, Louisiana, this 30th day of November 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE