**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOYCE MARIE MOORE ET AL** — **CIVIL ACTION**

**VERSUS** — **NO. 65-15556**

**TANGIPAHOA PARISH SCHOOL BOARD ET AL** — **SECTION: "B"(1)**

**ORDER**

Before the Court is defendant Tangipahoa Parish School Board's ("**TPSB**") motion for declaration of unitary status in student assignment and employement [sic] practices. Rec. Doc. 1851. Accordingly,

**IT IS HEREBY ORDERED** that TPSB's motion (Rec. Doc. 1851) is **DISMISSED WITHOUT PREJUDICE** in order to allow parties on-going mediation efforts reasonable time for resolution of issues, including parties agree upon meetings to separately meet with the undersigned and the CCO.

**IT IS FURTHER ORDERED** that the hearing date set for May 14, 2025, is hereby **CONTINUED.** If the matter does not settle the Court will coordinate with all parties to determine a suitable time for oral arguments and receipt of evidence, on a date to be set by the Court.

New Orleans, Louisiana, this 20th day of March, 2025

SENIOR UNITED STATES DISTRICT JUDGE