**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOYCE MARIE MOORE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION: "B"(1)** |

**CONSENT JUDGMENT**

The plaintiffs' Joyce Marie Moore and Others and defendant Tangipahoa Parish School Board's ("**TPSB**"), have submitted the following "Consent Motion for Dismissal of the Existing Injunction and all Orders related to Employment Practices (Teacher Assignment and Staff and Faculty Assignment)" (Rec. Doc. 1929); and hereby agree to the following consent judgment:

In order to eliminate the vestiges of the segregated system, to the best of its ability in the areas of Teacher Assignment and Faculty and Staff Assignment TPSB has committed to the following actions and both parties agree that TPSB has shown a good faith effort not to return to the same. *See* Rec. Doc. 1929-1.

After considering the recommendations from the Community Advisory Panel, and in consideration of the restriction place on TPSS by recent Presidential Orders and Supreme Court Cases, all parties have agreed that the Court Appointed Chief Equity Office should be transformed into a permanent position with expanded responsibilities and have developed a plan for Assistant Superintendent of Innovation and their department, the Department of Innovation. *See* Rec. Docs. 1929-1 at 1-2 and 1929-2 at 1-5.

In reaching this Consent Agreement for Unitary Status of Employment Practices (Teacher Assignment, Staff and Faculty Assignment), the parties have also considered and consented to various teacher assignment commitments including:

1. TPSB is committed to the Peer-Mediation program recommended by Dr. Palmisano and has hired a district level Conflict Resolution Peer Mediation Facilitator to continue this program. TPSB has also adopted the Due Process practices

recommended by Attorney Mungo. TPSB is committed to continuing these practices.

2. TPSB created the Resolve a Problem portal which is an online platform for community accessibility to report school problems, complaints, or grievances. After training and implementation of the portal, it has proven to successfully support Parents and Schools in the event of a complaint. The portal has also given students the ability to self-advocate. TPSB will continue using this process for their complaints and the software provider Incident IQ will be used for maintaining, tracking, and reporting of the complaints. Incident IQ will also allow anonymous reporting and better access by external and internal users. Finally Incident IQ provides data for complaint trend tracking. TPSB is committed to continuing these practices.

3. Prioritized Highly Effective VAM/SLT teachers (stipends ranging from $500 to $2,000 depending on the teacher's effectiveness score). TPSB is committed to continuing these programs subject to budget limitations.

4. TPSB has increased Certified African American teachers through the programs TangiTeach and Reach University. As a result, African American certified teachers have increased from 27.20% in 2021 to 53% in 2024. TPSB is committed to continuing these programs subject to budget limitations.

5. The Advanced College and Career Pre-Educator Pathway encourages TPSB students to return home as teachers. TPSB is committed to continuing this program.

6. TPSB participates in the Temporary Certificate program with the State Legislatures' Associate Degree program. TPSB is committed to this program as long as the State continues the program.

7. TPSB works with the LDOE, SLU, & Workforce Commission's apprentice program which supports resident paraprofessionals in becoming resident certified teachers. TPSB is committed to this program as long as the State continues the program.

8. TPSB has established a "High Needs Stipend" of $15,000.00 over two years to incentivize certified teachers to go to high needs schools. TPSB is committed to continuing this incentive subject to budget limitations.

9. TPSB has established a $5,000.00 Stipend (for one year) for resident teachers who choose TPSS as their first choice and agree to be assigned to a high needs school. TPSB is committed to continuing this incentive subject to budget limitations.

10. TPSB's newly created Innovative Improvement Zone which will improve high quality teachers at neediest schools using data and encouraging/incentivizing highly effective teachers to transfer to the neediest schools. TPSB is committed to continuing this program subject to budget limitations.

11. TPSB will implement the Center for Model School Strategic Plan with the guidance of Dr. Starr. This will include ensuring fidelity in implementation by assigning responsible parties and designated resources to each goal of the plan. TPSB is committed to its full and continued implementation.

In reaching this Consent Agreement for Unitary Status of Employment Practices (Teacher Assignment, Staff and Faculty Assignment), the parties have also considered and consented to various faculty and staff assignment commitments including:

1. TPSB is committed to the Peer-Mediation program recommended by Dr. Palmisano and has hired a district level Conflict Resolution Peer Mediation Facilitator to continue this program. TPSB has also adopted the Due Process practices recommended by Attorney Mungo. TPSB is committed to continuing these practices.

2. TPSB created the Resolve a Problem portal which is an online platforms for community accessibility to report school problems, complaints, or grievances. After training and implementation of the portal, it has proven to successfully support Parents and Schools in the event of a complaint. The portal has also given students the ability to self-advocate. TPSB will continue using this process for their complaints and the software provider Incident IQ will be used for maintaining, tracking, and reporting of the complaints. Incident IQ will also allow anonymous reporting and better access by external and internal users. Finally Incident IQ provides data for complaint trend tracking. TPSB is committed to continuing these practices.

3. TPSB established a "Post Interview Experience" survey for hiring which is distributed to candidates after interviews. The survey is designed to receive feedback from the candidates on their interview and the process as a whole which furthers transparency and fidelity in the hiring process. TPSB is committed to continuing this practice.

4. TPSB will establish a permanent Office of Innovation and Assistant Superintendent of Innovation as identified in Rec. Doc. 1929-2 at 1-5.

5. TPSB is committed to adopting the employment practices identified in Rec. Doc. 1929-2 at 6 -17.

6. TPSB is committed to adopting the Policy providing for a review process for those unsuccessful in applying to a school or district leadership position identified in Rec. Doc. 1929-2 at 18-20.

7. TPSB will implement the Center for Model School Strategic Plan. This will include ensuring fidelity in implementation by assigning responsible parties and designated resources to each goal of the plan. TPSB is committed to its full and continued implementation.

Considering all of the "Green factors", appliable law, instant motion and exhibit, duly noted commitments listed above, the record, a newly admitted response/objection, today's hearing with parties and counsel, and for additional reasons orally pronounced today,

**IT IS HEREBY ORDERED** that the motion for consent judgment (Rec. Doc. 1929) is **GRANTED,** decreeing that to the extent practicable and lawful, the Tangipahoa Parish School Board has obtained and is hereby declared unitary in the area of employment practices. All previous injunctions and orders entered in this matter by this Court with respect to the areas of employment practices are hereby **VACATED AND LIFTED**. The Court's supervision over defendant TPSB in the area of employment practices is hereby **TERMINATED** and this matter with respect to employment practices is **DISMISSED with prejudice**. **All other injunctions and orders of this Court not inconsistent herewith shall remain in full force and effect.**

New Orleans, Louisiana, this 23rd day of April, 2025

SENIOR UNITED STATES DISTRICT JUDGE