**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOYCE MARIE MOORE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 65-15556** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION: "B"(1)** |

**CONSENT JUDGMENT**

The plaintiffs' Joyce Marie Moore and Others and defendant Tangipahoa Parish School Board's ("**TPSB**"), have submitted the following Consent Agreement for Unitary Status: Student Assignment (Rec. Doc. 1930); and hereby agree to the following consent judgment:

In order to eliminate the vestiges of the segregated system, to the best of its ability in the areas of student assignment TPSB has committed to the following actions and both parties agree that TPSB has shown a good faith effort not to return to the same. *See* Rec. Doc. 1930.

All parties agree the position held by the Court Appointed Chief Equity Office serves a necessary function for all marginalized groups within Tangipahoa Parish School System and should be transformed into a permanent position with expanded responsibilities. After considering the recommendations from the Community Advisory Panel, and in consideration of the restriction placed on TPSS by recent Presidential Orders and Supreme Court Cases, TPSB has developed a plan for the Assistant Superintendent of Innovation and their Department of Innovation. Rec. Doc. 1930-2 at 1-5.

In reaching this Consent Agreement for Unitary Status of student assignments, TPSB, in a good faith showing, agrees to the following representations and commitments:

1. TPSB is committed to the Peer-Mediation program recommended by Dr. Palmisano and has hired a district level Conflict Resolution Peer Mediation Facilitator to continue this program, mediate students who have had conflicts, and train school teams on Peer Mediation/Conflict Resolution as a preventative measure to reduce fighting. TPSB has also adopted the Due Process practices recommended by Attorney Mungo and Attorney Love. TPSB is committed to continuing these practices.

2. TPSB created the Resolve a Problem portal which is an online platform for community accessibility to report school problems, complaints, or grievances. After training and implementation of the portal, it has proven to successfully support Parents and Schools in the event of a complaint. The portal has also given students the ability to self-advocate. TPSB will continue using this process for their complaints and the software provider Incident IQ will be used for maintaining, tracking, and reporting of the complaints. Incident IQ will also allow anonymous reporting and better access by external and internal users. Finally Incident IQ provides data for complaint trend tracking. TPSB is committed to continuing these practices.

3. TPSB will continue to strengthen the Magnet School and Montessori Programs to make them more attractive to students and parents. In doing so TPSB will receive and consider community and school administrator input, continue to seek State and Federal Grant support, consider the scope and implementation options of these Programs, and strengthen the attractiveness of the Programs to parents considering utilization of Louisiana's Course Choice Program (Act 91 of the 2024 Louisiana Legislative Session and La. R.S. 17:4002). Consideration will be given to ensure that similar/like programs are offered within each "transportation zone" or a transportation plan is developed to ensure that transportation concerns do not dictate or inhibit the ability of a family to take advantage of program options available to them.

4. TPSB is committed to further development and expansion of programs at the Advanced College and Career Center which juniors and seniors from all seven (7) TPSB high schools may attend for part of the day. These practices, developments, and expansions include:

    a. Maintaining and expanding so long as budgetary considerations allow the following options for students: The Advanced College and Career Pre-Educator Pathway, the Academy of Health and Science, the Academy of Information Technology, the Academy of Hospitality and Tourism, Public Speaking, Survey of Art History, TV Production IT class, American Sign Language, Criminal Justice 911 Dispatcher course, and the Academy of Advanced Studies courses including Engineering, English, Social Studies, Math, and Science.
    b. Accelerate plans to expand popular high school campus-based career related classes which are only offered at some schools to the Advanced College and Career Center campus. This will open high demand classes such as Construction, Electrical, Welding, and ProStart to juniors and seniors at all seven campuses regardless of their home school.
    c. Adding up to $10 million worth of program expansions in construction and improvements of programs at the Advanced College and Career Center to which will increase dual enrollment and certification program options for all TPSB juniors and seniors as well as expanding space in high demand courses which currently have wait lists.
    d. Seeking and obtaining Grant money to assist in any expansion of programming.

5. TPSB prioritizes Highly Effective VAM/SLT teachers (stipends ranging from $500 to $2,000 depending on the teacher's effectiveness score) who in turn provide highly effective lessons to students. TPSB is committed to continuing these programs subject to budget limitations.

6. TPSB has increased Certified teachers through the programs TangiTeach and Reach University. As a result, more students receive lessons from Certified Teachers. TPSB is committed to continuing these programs subject to budget limitations.

7. TPSB works with the LDOE, SLU, & Workforce Commission's apprentice program which supports resident paraprofessionals in becoming resident certified teachers. This program, in turn, provides TPSB students with more certified teachers. TPSB is committed to this program as long as the State continues the program.

8. TPSB has established a "High Needs Stipend" of $15,000.00 over two years to incentivize certified teachers to go to high needs schools. TPSB is committed to continuing this incentive subject to budget limitations.

9. TPSB's newly created Innovative Improvement Zone which will improve high quality teachers at neediest schools using data and encouraging/incentivizing highly effective teachers to transfer to the neediest schools which will benefit the students at those schools. TPSB is committed to continuing this program until the goal of raising all schools to an LDOE grade of "C" or better has been achieved, subject to budget limitations.

10. TPSB was recognized by the LDOE in 2024 as the Fourth top improving system in their "Top 10 Systems for Improvement." This is a great achievement for a school system of TPSB's size. TPSB is committed to continuing its best efforts for the students of Tangipahoa.

11. TPSB will implement the Center for Model School Strategic 5-Year Plan with the guidance of Dr. Starr. This will include ensuring fidelity in implementation by assigning responsible parties and designated resources to each goal of the plan. TPSB is committed to its full and continued implementation.

12. TPSB will establish the Office of Innovation and Assistant Superintendent of Innovation as identified in Rec. Doc. 1930-2 and explained above.

13. Each Spring or Summer a review of discipline and dress code policies is done with the Board and a group of parents, students, and school level administrators who are representative of the Tangipahoa community. In addition, the Superintendent meets with a Teacher Advisory Committee, Principal Advisory Committee, and a Bus Driver Advisory Committee, throughout the year to seek feedback on various topics including discipline, school culture, and climate. TPSB will continue its best efforts to seek feedback from the parents, students, employees, and community it serves.

14. TPSB is committed to non-discriminatory and non-race related school attendance zones and is further committed to exploring various options for school transfers and attendance options outside of a student's traditional attendance zone as the landscape of public education changes so as to best benefit all students of Tangipahoa.

15. TPSB is committed to improving and standardizing, to the best of its ability considering Bus Operator shortages and other challenges, transportation options for "transfer students" in such a way that transportation would otherwise be a barrier to families that desire to take advantage of the transfer option.

16. TPSB is committed to offering their Virtual Learning Option. The TPSB Virtual Learning Option is a tuition-free, virtual learning option for public school students, grades K-12. TPSB provides all tools necessary to attend at no additional cost to the student. Students enrolled can still participate in the extracurricular activities and select TPOPS Tech and Dual Enrollment classes.

17. The TPSB Student Code of Conduct was revised to include multiple steps of due process to eliminate the "school to prison pipeline" effect. Through working with several consultants and experts, TPSB developed and implemented the Discipline Review Committee (DRC). The DRC is a panel of three administrators who decide long term exclusionary student discipline recommendations. A student now receives a review at the school level, through the DRC, and through an appeal process if requested, prior to placement at the alternative education site. This provides at minimum three layers of review before a student is placed for Alternative Education.

18. TPSB's alternative education site, Tangipahoa Alternative Solutions Program (TASP), was recognized in 2025 as an exemplar site by the Louisiana Department of Education. Of approximately 128 Alternative Education sites in Louisiana, only 24 were identified as exemplary. TPSB is committed to making its best effort to maintaining this level of care to the students of TASP.

19. On achieving Unitary Status for Student Assignment, TPSB will continue the Family Advocate Position who may be assisted by a coordinator and other site registrars. The responsibilities of this office will include:
    a. Assisting families in assessing and navigating student assignment/transfer options available to them. The hope is that this service will ensure that families are better equipped to find the school option that is best suited for their family and not overwhelming by the options available to them and the complexity of taking advantage of those options. This function will work in conjunction with the Department of Innovation.
    b. Truancy Management/Reduction.
    c. Guiding and Advocating for the family/student during IEP, DRC, SAT, etc. process. This function will work in conjunction with the Department of Innovation.

20. TPSB is committed to continuing the following community outreach programs for students and families so long as budgetary limitations allow:
    a. Tangi STREAMliner;
    b. Tangipahoa Parish School System Partners in Literacy program;
    c. The TPSB Resolve a Problem Portal;
    d. The "Got Questions" email address for any and all questions from the community reached at Questions@tangischools.org; and
    e. The Family Advocate/Parent Advocate position

Considering all of the "Green factors", appliable law, instant motion and exhibit, duly noted commitments listed above, the record, a newly admitted response/objection, today's hearing with parties and counsel, and for additional reasons orally pronounced today,

**IT IS HEREBY ORDERED** that this motion for consent judgment for Unitary Status relative to Student Assignments (Rec. Doc. 1930) is **adopted and GRANTED, decreeing** that the Tangipahoa Parish School Board has to the extent practicable and lawful obtained and is hereby declared unitary in the area of student assignments. All previous injunctions and orders entered in this matter by this Court with respect to the areas of student assignments are hereby **VACATED AND LIFTED**. The Court's supervision over Defendant TPSB in the area of student assignments is hereby **TERMINATED** and this matter with respect to student assignments is **DISMISSED with prejudice**. All other injunctions and orders of this Court not inconsistent herewith shall remain in full force and effect.

New Orleans, Louisiana, this 23rd day of April, 2025

SENIOR UNITED STATES DISTRICT JUDGE